IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

RECEIVED

2006 NOV 17 A 9:49

[stamp] DEBRA P. H[ACKETT, CLK]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:06CV1033 - WKW

Inmate Identification Number: #246204

Charles Hicks
_____
(Enter above the full name(s) of the plaintiff(s)
in this action)

**NOTICE TO FILING PARTY**

*It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

"Alabama Deptartment of Corrections"
"Frank Lee Youth Center"
_____
_____

(Enter above full name(s) of the defendant(s)
in this action)

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes ( ✓ )           No (   )

   B.   If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff(s):   Charles Hicks

             Defendant(s):   Alabama Department of Corrections, Commissioner Richard Allen etc, Alabama Prison Medical Services

2. Court (if Federal Court, name the district; if State Court, name the county)
   In the District Court of the United States for the Middle District of Ala.

3. Docket number  2:06-CV-990 MEF

4. Name of judge to whom case was assigned  Charles S. Coody

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  It is still pending

6. Approximate date of filing lawsuit  October 19th 2006

7. Approximate date of disposition  November 6th 2006

I. Place of present confinement  Frank Lee Youth Center

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( ✓ )    No (   )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( ✓ )    No (   )

   C. If your answer is YES:
      1. What steps did you take? (1) notified an officer (2) Brought it to the Captains attention (3) Spoke with the Warden (Cummins).
      2. What was the result? The Warden set up an doctors appointment in which I did receive an ultra sound.

   D. If your answer is NO, explain why not?  N/A

2

I. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Charles Hicks

Address FLYC P.O. Box 220410 Deatsville, Ala 36022

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Alabama Dept. of Correction etc, Richard Allen

is employed as Commissioner

at Alabama Dept. of Corrections in Montgomery, Alabama

C. Additional Defendants Prison Medical and Health Services
416 Mary Lindsay Park Drive Suite 515
Franklin, Tennessee 37067

V. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I am a diabetic and have been incarcerated since April, 2006. Since that time the Ala Dept. of Cor. and Prison Medical Services has not provided me with adequate medical treatment. My left leg is swollen and so badly that I can't wear on shoe, I can hardly walk. This admin. has done nothing to treat this illness adequately. I have constantly written medical requests to see the doctor but all of my requests have been ignored by the Professional Medical

3

here at Frank Lee Youth Center, that suppose to provide medical treatment to all prisoners. The defendants owe me this adequate medical treatment. They have breached their duty and caused me enormous amounts of physical pain, due to the lack of attention. This has been an on going attraction for the past 7 months, I have filed numerous of grievances, but nothing has been done. I have went through the chain of command to only get ignored. My condition has worsten, and I'm in constant pain. I fear that I may have to have my leg amputated because of this continued negligence.

**RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to sue the Dept. of Corrections of Alabama "Richard Allen" for neglect and cruel unusual punishment. I would also like to receive adequate medical treatment, and be seen by an outside physician, "Immediately".

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 14th, 2006

Charles Hicks #246241    pro-se
FLYC  dorm 3  bed 12
P.O. Box 220410
Deatsville, Ala  36022

*Charles Hicks*
Signature(s)

4