**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Commissioner Richard Allen
Alabama Department of Corrections
P.O. Box 301501
Montgomery, AL 36130

06cv1033

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jay P. Hope_  ☑ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
   DEC 04 2006

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)    7006 0810 0005 2150 5710

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540