IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, #246241, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1033-WKW |
| | ) |
| ALABAMA DEPT. OF CORRECTIONS, et al., | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the correctional defendants on December 28, 2006 (Court Doc. No. 9), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the correctional defendants be GRANTED an extension from January 9, 2007 to and including January 29, 2007 to file their special report and answer.

Done this 8th day of January, 2007.


    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE