IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, #246241, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1033-WKW |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before February 12, 2007:

1. Prison Health Services shall show cause why it has failed to file a written report in compliance with the order entered on November 20, 2006 (Court Doc. No. 5).

2. Shall file a written report in compliance with the order entered on November 20, 2006.

The Clerk is DIRECTED to provide a copy of this order to counsel for Prison Health Services, Inc.

Done this 30th day of January, 2007.

        /s/ Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE