IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES HICKS, #246241, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1033-WKW |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the medical defendant on February 1, 2007 (Court Doc. No. 14), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the medical defendant be GRANTED an extension from February 12, 2007 to and including March 2, 2007 to file its special report and answer.

Done this 2nd day of February, 2007.

                                              /s/ Charles S. Coody
                                         CHARLES S. COODY
                                         CHIEF UNITED STATES MAGISTRATE JUDGE