IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES HICKS  (AIS# 246241),

      Plaintiff,

v.

ALABAMA DEPARTMENT OF
CORRECTIONS, et al.

      Defendants.

\*
\*
\*
\*
\*
\*

CIVIL ACTION NO.
1:06cv1033-WKW

## SPECIAL REPORT OF DEFENDANTS
## PRISON HEALTH SERVICES, INC. AND DR. CORBIER

COME NOW Defendants, Prison Health Services (identified in the plaintiff's Complaint as Prison Medical Services) (hereinafter "PHS") and Paul Corbier, M.D., in response to this Honorable Court's order and presents the following Special Report with regard to this matter:

## I.  INTRODUCTION

The plaintiff/prisoner in this case, Charles Hicks (AIS# 246241), has been incarcerated since April 2006 at various facilities in the State of Alabama.  Regarding this particular complaint, Hicks alleges his place of present confinement is the Frank Lee Youth Center, Deatsville, Alabama.

On or about October 19, 2006, Hicks filed a complaint against Defendant PHS and others surrounding the allegedly inadequate medical care received by him as an incarcerated prisoner with the Alabama Department of Corrections.  That case, filed in the United States District Court for Middle District of Alabama, is styled 2:06cv-990-MWF.  In that case, Hicks complained about inadequate medical care and cited multiple constitutional grounds

that he believes supported his claim of poor medical treatment. Specifically, Hicks asserted the following "claims" in that lawsuit:

1. Hicks contended he was provided inadequate medical treatment concerning complications from diabetes, specifically in his left leg.

2. Hicks asserted that he filed "numerous grievances" pertaining to his condition, even though such grievances cannot be located.

3. The prison physician, Dr. Paul Corbier, demonstrated deliberate indifference by failing to quickly obtain diabetic shoes.

Defendant PHS is the company currently contracting with the Department of Corrections to provide healthcare services to inmates within the State. Hicks sought an unknown amount in damages.

In the initial case file, Defendant PHS filed a properly supported Special Report, including a certified copy of Hicks' medical records [Exhibit "A"], an affidavit from Dr. Paul Corbier [Exhibit "B"], and an affidavit from Darryl Ellis [Exhibit "C"], along with other specific exhibits. This material provided indisputable evidence to show that Hicks (1) failed to follow required administrative procedures pursuant to the Prison Litigation Reform Act of 1995, 42 U.S.C. 1999(e), et seq. ("PRLA") and (2) was provided appropriate medical care for his complaints at all times. In the case before this Court, Hicks reiterates those very same claims albeit in the context of a second, separate lawsuit. There is no distinguishable difference between Hicks' initial complaint, a copy of which is marked hereto as Exhibit "D" and the Complaint filed in this case, a copy of which is attached hereto as Exhibit "E."

Defendant PHS has already undertaken a review of Hicks' claims and determined that adequate medical care was provided for him at all times. In addition, PHS has determined that Hicks, again, failed to follow required administrative procedures under the PRLA.

Thirdly, Hicks violated the principles of *res judicata* by filing two separate lawsuits involving identical claims against the same defendants arising out of the same set of facts.

## II. NARRATIVE SUMMARY OF FACTS

Hicks claims to have been incarcerated with the Alabama Department of Corrections since April 2006. Hicks claims that he has been provided inadequate medical treatment concerning complications from diabetes, specifically in his left leg. In his complaint, Hicks asserts that he has filed "numerous grievances" pertaining to his condition and currently claims to be in constant pain.

Hicks filed a sick call request on August 2, 2006, indicating a need to see a doctor "real bad because I am not feeling well at all." [Exhibit "F"]. Hicks complained of feeling very weak and reported his diabetic condition to the treating nurses. He was instructed to notify PHS physicians if his glucose level was less than 60. Hicks returned to sick call on August 23, 2006, at which time he was provided medication from the prison's stock and was ordered to return if his condition worsened. [Exhibit "G" – 08/23/06 note]. Hicks also complained again on September 12, 2006, requesting that he get all medications KOP. During the physical exam, his blood pressure was reported as 140/90 and Hicks exhibited good range of motion in his left arm. No swelling was noted in either his right or left shoulder, despite complaints from Hicks concerning pain in these areas.

On September 14, 2006, Hicks completed a request for diabetic shoes. On exam, his ankles were noted as being swollen due to poor circulation. As a result of this exam, he was referred to Dr. Paul Corbier. Dr. Corbier's progress notes indicate that on September 22, 2006, Hicks reported for a follow-up sick call. He again complained of pain in his left neck

and chills for the past six (6) days.  As for his diabetic condition and problems with his feet, Dr. Corbier's notes indicate that Hicks was presently wearing TED hose to treat for this condition.  [Exhibit "A"].

On October 2, 2006, Hicks returned for additional treatment of his neck pain. Dr. Corbier noted a previous left posterior cervical lymph node enlargement and provided medication for this condition.  Hicks also complained of persistent lower extremity pain associated with walking.  Dr. Corbier ordered additional medication as well as a formal request for diabetic shoes.

On October 13, 2006, Hicks returned for follow-up treatment with Dr. Corbier.  He expressed concerns about pain in his left leg and again requested special shoes for elephantiasis.  Corbier noted Hicks' left leg had marked swelling and bruising and, as a result, Corbier increased his diuretic therapy and again filled out the appropriate forms for diabetic shoes.

On October 25, 2006, Hicks received a veinous doplar assessment on both of his legs after that procedure had been requested.  At that time, he voiced no complaints about his medical condition, but did state for the first time that he wanted an attorney contacted regarding the medical treatment for his legs.  Corbier instructed Hicks to return in 10 days to discuss the veinous report results.

On November 3, 2006, Hicks returned to discuss the follow-up test results.  Hicks was informed that there was no evidence of deep vein thrombosis ("DVT") in his leg, a positive development given his diabetic condition.  [Exhibit "A"].  Corbier noted severe chronic swelling with a history of diabetes and hypertension and ordered Hicks to inspect his leg

4

twice daily. [Exhibit "A"]. A cane and support stockings were provided with instructions to Hicks to keep his legs elevated.

All of Mr. Hicks' medical complaints, with specific emphasis on those relating to his diabetic condition, have been evaluated and treated in a timely and appropriate fashion. [Exhibit "A", Exhibit "B"]. Hicks has been seen and evaluated by medical and nursing staff and has even been referred to outside care providers and provided appropriate care when medical conditions warranted such a referral, including outside diagnostic testing pertaining to a possible diagnosis of DVT. All of those outside tests were negative.

Both the Frank Lee Youth Center and Staton Correctional have in place a set of grievance procedures specifically related to health complaints. [Exhibit "H"]. It is required that inmates file grievances concerning healthcare services in order to facilitate a prompt review of the medical records. [Id.]. If necessary, the inmate is then interviewed and a review of the grievance occurs within three (3) days after the patient has filed the grievance. [Id.]. If the grievance cannot be resolved to the inmate's satisfaction, the prisoner may request an appeal in which case his initial written grievance will be reviewed through the facility review process and answered within five (5) days. [Id.]. It is undisputed that Hicks failed to follow the grievance procedures in place prior to filing this particular complaint in the United States District Court for the Middle District of Alabama.

At all times, the Defendants have exercised the same degree of care, skill, and diligence as other similarly situated healthcare providers would have exercised under the same or similar conditions. [Exhibits "A", "B", "C", "F", "G"]. In other words, the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate. Id.

At no time has this Defendant denied Mr. Hicks any needed medical treatment, nor have they ever acted with deliberate indifference to any serious medical needs of this prisoner. At all times, Mr. Hicks' medical complaints and conditions have been addressed as promptly as possible under the circumstances.

### III. DEFENSES

The Defendants assert the following defenses to the Plaintiff's claims:

1.     The Plaintiff/prisoner failed to comply with the mandatory requirements of the Prison Litigation Reform Act of 1995, 42 U.S.C. §1997(e), et seq. ("PLRA") and the PLRA directly applies to require that this matter be dismissed with prejudice for failing to comply with the terms and conditions of grievance procedures concerning medical issues.

2.     The Defendants deny each and every material allegation contained in the Plaintiff's Complaint and demand strict proof thereof.

3.     The Defendants plead not guilty to the charges in the Plaintiff's Complaint.

4.     The Plaintiff's Complaint, as amended, fails to state a claim against the Defendants for which relief can be granted.

5.     The Defendants affirmatively deny any and all alleged claims by the Plaintiff.

6.     The Plaintiff is not entitled to any relief requested in the Complaint, as amended.

7.     The Defendants plead the defense of qualified immunity and avers that the actions taken by the Defendants were reasonable and in good faith with reference to clearly established law at the time of the incidents complained of by the Plaintiff.

8.    The Defendants are entitled to qualified immunity and it is clear from the face of the Complaint, as amended, that the Plaintiff has not alleged specific facts indicating that the Defendants have violated any clearly established constitutional right.

9.    The Defendants cannot be held liable on the basis of <u>respondeat superior</u>, agency, or vicarious liability theories.

10.    The Plaintiff is not entitled to any relief under 42 U.S.C. § 1983.

11.    The allegations contained in the Plaintiff's Complaint, as amended, against the Defendants sued in their individual capacities, fails to comply with the heightened specificity requirement of Rule 8 in § 1983 cases against persons sued in their individual capacities. <u>See</u> <u>Oladeinde v. City of Birmingham</u>, 963 F.2d 1481, 1485 (11th Cir. 1992); <u>Arnold v. Board of Educ. Of Escambia County</u>, 880 F.2d 305, 309 (11th Cir. 1989).

12.    The Defendants plead all applicable immunities, including, but not limited to qualified, absolute, discretionary function immunity, and state agent immunity.

13.    The Defendants aver that they were at all times acting under color of state law and, therefore, they are entitled to substantive immunity under the law of the State of Alabama.

14.    The Defendants plead the general issue.

15.    This Court lacks subject matter jurisdiction due to the fact that even if the Plaintiff's allegations should be proven, the allegations against the Defendants would amount to mere negligence which is not recognized as a deprivation of the Plaintiff's constitutional rights. <u>See</u> <u>Rogers v. Evans</u>, 792 F.2d 1052 (11th Cir. 1986).

16.    The Plaintiff's claims against the Defendants in their official capacities are barred by the Eleventh Amendment to the United States Constitution.

17.     Alabama law provides tort and other remedies for the allegations made by the Plaintiff herein and such remedies are constitutionally adequate.

18.     The Defendants plead the defense that at all times in treating Plaintiff they exercised the same degree of care, skill, and diligence as other physicians and nursing staff would have exercised under similar circumstances and that at no time did they act toward the Plaintiff with deliberate indifference to a serious medical need.

19.     The Defendants plead the affirmative defense that the Plaintiff's Complaint, as amended, fails to contain a detailed specification and factual description of the acts and omissions alleged to render them liable to the Plaintiff as required by § 6-5-551 of the Ala. Code (1993).

20.     The Defendants plead the affirmative defenses of contributory negligence and assumption of the risk.

21.     The Defendants plead the affirmative defense that Plaintiff's damages, if any, were the result of an independent, efficient, and/or intervening cause.

22.     The Defendants plead the affirmative defense that they are not responsible for the policies and procedures of the Alabama Department of Corrections.

23.     The Defendants plead the affirmative defense that the Plaintiff has failed to mitigate his own damages.

24.     The Defendants plead the affirmative defense that they are not guilty of any conduct which would justify the imposition of punitive damages against it and that any such award would violate the United States Constitution.

25.     The Defendants adopt and assert all defenses set forth in the Alabama Medical Liability Act § 6-5-481, et seq., and § 6-5-542, et seq.

26.    The Plaintiff has failed to comply with 28 U.S.C. § 1915 with respect to the requirements and limitations inmates must follow in filing in forma pauperis actions in federal court.

27.    Pursuant to 28 U.S.C. § 1915 A, this Court is requested to screen and dismiss this case, as soon as possible, either before or after docketing, as this case is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks money damages from the Defendants who are state officers entitled to immunity as provided for in 42 U.S.C. § 1997 (e)(c).

28.    The Defendants assert that the Plaintiff's Complaint, as amended, is frivolous and filed in bad faith solely for the purpose of harassment and intimidation and requests this Court pursuant to 42 U.S.C. § 1988 to award Defendants reasonable attorney's fees and costs incurred in the defense of this case.

29.    The Plaintiff's claims are moot because the events which underlie the controversy have been resolved. See Marie v. Nickels, 70 F., Supp. 2d 1252 (D. Kan. 1999).

## IV.  ARGUMENT

**A.**    **Because Inmate Hicks Failed to Follow the Required Grievance Procedures for Assessing Medical Complaints Prior to Filing His Lawsuit, the Prison Litigation Reform Act of 1995 Requires the Immediate Dismissal, with Prejudice, of His Complaint..**

With the explosion of prisoner cases becoming epidemic, Congress passed the Prison Litigation Reform Act of 1995 in an effort to control frivolous prisoner litigation.  The Act is wide ranging and contains multiple, mandatory provisions that require the dismissal of complaints identical to that asserted by Mr. Hicks.

The PLRA defines a prisoner as follows:

> As used in this section, the term "prisoner" means any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program.  42 U.S.C. §1997e(h).

Because Hicks admits to being incarcerated in his complaint, he meets the definition of

"prisoner" as defined by the PLRA.  See Boyd v. Corrections Corporation of America, 380

F.3d 989 (6th Cir. 2004).

The crux of the PLRA requires a prisoner to exhaust all internal, administrative remedies

prior to filing suit.  The PLRA requires that the Court on its motion or the motion of a

defendant dismiss any action with respect to prisoner conditions or medical treatment upon

failure to exhaust these remedies.  42 U.S.C. §1997e(a).  This provision states the following:

> **(a) Applicability of Administrative Remedies.**
> No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted.  (emphasis added).
>
> **(b) Failure of State to Adopt or Adhere to Administrative Grievance Procedure.**
> The failure of a State to adopt or adhere to an administrative grievance procedure shall not constitute the basis for an action under 1997a or 1997c of this Title.
>
> **(c) Dismissal**
> The Court shall on its own motion or on the motion of  a party dismiss any action brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility if the court is satisfied that the action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from a defendant who is immune from such relief.
>
> 42 U.S.C. § 1997e(a)

"Administrative remedies" pursuant to this Act constitute prison or jail grievance procedures such as those identified in this Special Report. Before filing suit, the prison/plaintiff must submit his claim through this procedure and the grievance must address the specific issue upon which the suit is based. Failure to strictly follow these procedures requires dismissal of the action. Even if the prisoner/plaintiff has no knowledge regarding the existence of the procedures, this does not relieve the requirement. See Zolicoffer v. Scott, 55 F. Supp. 2d 1372 (N.D. Ga. 1999), affirmed without opinion (252 F.3d 440 (11th Cir. 2001).

It is undisputed that Hicks failed to follow the appropriate administrative procedures associated with his claim for inadequate medical care. [Exhibit "C" – Affidavit Darryl Ellis]. Because Hicks failed to follow internal procedures concerning these grievances, his claim must be dismissed with prejudice for failing to comply with these mandatory administrative remedies. Woodford v. NGO, 126 S. Ct. 2378, 165 L.Ed.2d 368 (2006).

The Woodford case is extremely instructive because the United States Supreme Court took the opportunity to clarify issues concerning the Prison Litigation Reform Act. In Woodford, a California state prisoner challenged a disciplinary act but did so in an untimely manner, violating California's Prison Grievance System. Subsequently, the prisoner sued the system in federal court, but the district court granted the Department's Motion to Dismiss, stating the prisoner had not fully exhausted his administrative remedies, pursuant to the Prison Litigation Reform Act. On appeal, the Ninth Circuit reversed, claiming that because no administrative remedies remained available to the prisoner, he had "not exhausted them" amongst other reasons.

On appeal, the United States Supreme Court reversed the Ninth Circuit and affirmed the dismissal of the prisoner's complaint. The Court's opinion focused extensively on the "exhaustion" of available remedies and concluded that whether procedural deficiencies existed or whether a prisoner is poorly educated and unfamiliar with such proceedings, it is <u>a requirement that administrative remedies be followed prior to litigation ensuing in federal court.</u> <u>Id.</u> At 2387, 2388, 2390, 2392-2393.

**B.** **The Plaintiff has failed to prove that the Defendants acted with deliberative indifference to any serious medical need.**

A court may dismiss a complaint for failure to state a claim if it is clear that no relief could be granted under any set of facts that could be proven consistent with the allegations in the complaint. <u>Romero v. City of Clanton</u>, 220 F. Supp. 2d 1313, 1315 (M.D. Ala., 2002), (<u>citing</u>, <u>Hishon v. King & Spalding</u>, 467 U.S. 69, 73, (1984). "Procedures exist, including Federal Rule of Civil Procedure 7(a), or Rule 12(e), whereby the trial court may "protect the substance of qualified immunity," <u>Shows v. Morgan</u>, 40 F. Supp. 2d 1345, 1358 (M.D. Ala., 1999). A careful review of Hicks' medical records reveals that he has been given appropriate medical treatment at all times. (<u>See</u> Exhibits "A" & "B"). All of the allegations contained within Hicks' Complaint, as amended, are either inconsistent with his medical records, or are claims for which no relief may be granted. (<u>Id.</u>) Therefore, Hicks' claims against the Defendants are due to be dismissed.

In order to state a cognizable claim under the Eighth Amendment, Hicks must allege acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs. <u>See</u> <u>Estelle v. Gamble</u>, 429 U.S. 97, 106 (U.S. 1976); <u>McElligott v. Foley</u>, 182 F.3d 1248, 1254 (11th Cir. 1999); <u>Palermo v. Corr. Med. Servs.</u>, 148 F. Supp. 2d 1340, 1342 (S.D.

Fla. 2001). In order to prevail, Hicks must allege and prove that he suffered from a serious medical need, that the Defendants were deliberately indifferent to his needs, and that he suffered harm due to deliberate indifference. See Marsh v. Butler County, 268 F.3d 1014, 1058 (11th Cir. 2001) and Palermo, 148 F. Supp. 2d at 1342. "Neither inadvertent failure to provide adequate medical care nor a physician's negligence in diagnosing or treating a medical condition states a valid claim of medical mistreatment under the Eighth Amendment." Id. (citations omitted).

Not every claim by a prisoner that medical treatment has been inadequate states an Eighth Amendment violation. Alleged negligent conduct with regard to inmates' serious medical conditions does not rise to the level of a constitutional violation. Alleged medical malpractice does not become a constitutional violation merely because the alleged victim is a prisoner. See Estelle, 429 U.S. at 106, McElligott, 182 F.3d at 1254, Hill, 40 F.3d 1176, 1186 (11th Cir. 1994), Palermo, 148 F. Supp. 2d at 1342. Further, a mere difference of opinion between an inmate and the physician as to treatment and diagnosis cannot give rise to a cause of action under the Eighth Amendment. Estelle, 429 U.S. at 106-108.

The Defendants may only be liable if they had knowledge of Hicks' medical condition, Hill, 40 F. 3d at 1191, and acted intentionally or recklessly to deny or delay access to his care, or to interfere with treatment once prescribed. Estelle, 429 U.S. at 104-105. Obviously, Hicks cannot carry his burden. The evidence submitted with this Special Report clearly shows that the Defendants did not act intentionally or recklessly to deny or delay medical care, or to interfere with any treatment which was prescribed or directed. The evidence demonstrates, to the contrary, that appropriate standards of care were followed at all times.

(Id.)  These facts clearly disprove any claim that the Defendants acted intentionally or recklessly to deny treatment or care.

The Defendants are, further, entitled to qualified immunity from all claims asserted by Hicks in this action.  There is no argument that the Defendants were not acting within the scope of their discretionary authority.  See Eubanks v. Gerwen, 40 F. 3d 1157, 1160 (11th Cir. 1994); see also Jordan v. Doe, 38 F. 3d 1559, 1566 (11th Cir. 1994).  Because the Defendants have demonstrated that they were acting within the scope of their discretionary authority, the burden shifts to Hicks to show that the Defendants violated clearly established law based upon objective standards.  Eubanks, 40 F. 3d at 1160.  The Eleventh Circuit requires that before the Defendants' actions can be said to have violated clearly established constitutional rights, Hicks must show that the right allegedly violated was clearly established in a fact-specific, particularized sense.  Edwards v. Gilbert, 867 F.2d 1271, 1273 (11th Cir. 1989), aff'd in pertinent part, rev'd in part on other grounds, sub nom., Edwards v. Okaloosa County, 5 F. 3d 1431 (11th Cir. 1989).

The Eleventh Circuit further requires that the inquiry be fact specific, and that officials will be immune from suit if the law with respect to their actions was unclear at the time the cause of action arose, or if a reasonable person could have believed that their actions were lawful in light of clearly established law and information possessed by the individual.  See Brescher v. Von Stein, 904 F.2d 572, 579 (11th Cir. 1990) (quoting, Anderson v. Creighton, 483 U.S. 635, 640, (U. S. 1987)).  The question that must be asked is whether the state of the law in 2006 gave the Defendants fair warning that their alleged treatment of Hicks was unconstitutional.  Hope v. Pelzer, 536 U.S. 730, 741 (U.S. 2002).

Therefore, to defeat summary judgment, Hicks must be able to point to cases with "materially similar" facts, within the Eleventh Circuit, that would alert the Defendants to the fact that their practice or policy violates his constitutional rights. See Hansen v. Soldenwagner, 19 F.3d 573, 576 (11th Cir. 1994). In order for qualified immunity to be defeated, preexisting law must "dictate, that is truly compel (not just suggest or allow or raise a question about), the conclusion for every like-situated, reasonable government agent that what the defendant is doing violates federal law in the circumstances." Lassiter v. Alabama A & M Univ., Bd. of Trustees, 28 F. 3d 1146, 1151 (11th Cir. 1994). The Defendants submit that there is no case law from the United States Supreme Court, the Eleventh Circuit Court of Appeals, or District Courts sitting within the Eleventh Circuit showing that, under the facts of this case, it was clearly established that these alleged actions violated Hicks' constitutional rights. All of Hicks' medical needs have been addressed or treated. (See Exhibits "A" & "B"). The Defendants have provided Hicks with appropriate medical care at all times and he has received appropriate nursing care as indicated for treatment of his condition.

## V. CONCLUSION

Charles Hicks has filed two complaints arising out of the same set of facts against the same Defendant. Defendant PHS has previously filed a Special Report and for purposes of this case, has filed a virtually identical Special Report dealing with Mr. Hicks' second lawsuit since the claims are identical. On all accounts, Mr. Hicks has received appropriate medical treatment for his diabetic condition and has received immediate medical treatment when those claims have been brought to the attention of PHS employees. Without question,

Hicks' complaints do not rise to the high standard of deliberate indifference to a serious medical need.

Hicks also failed to follow internal grievance procedures, thereby violating the Prison Litigation Reform Act that requires prisoners to adhere to internal procedures prior to initiating litigation. Recent United States Supreme Court cases require dismissal of prisoner cases when this occurs.

Finally, the principles of res judicata prevent Mr. Hicks from filing an identical lawsuit arising out of the same facts and transactions against the same Defendants in a separate court. Mr. Hicks' claim is currently pending in federal court in a case styled <u>Charles Hicks v. Alabama Department of Corrections</u>; 2:06cv-990-MWF, United States District Court – Middle District of Alabama.

For the reasons set out above, the Plaintiff has not established a right to pursue litigation against the Defendants and has failed to establish a deliberate indifference to a serious medical need. At best, he has filed the identical lawsuit in two separate courts, warranting the immediately dismissal of this particular case.

Respectfully submitted,

/s/ PAUL M. JAMES, JR.
Alabama State Bar Number JAM017
Attorney for Defendant Prison Health
Services, Inc.

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
Telephone: (334) 206-3148
Fax: (334) 262-6277
E-mail: pmj@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail

this the 2nd day of March, 2007, to:

Charles Hicks (AIS# 246241)
P. O. Box 220410
Deatsville, AL  36022

The Clerk of Court, using the CM/ECF system will send notification of this filing to the

following:

Greg Biggs, Esq.
Assistant Attorney General
Alabama Department of Corrections
Legal Division
P. O. Box 301501
Montgomery, AL  36130

/s/  PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants Prison Health
Services, Inc. and Dr. Corbier

# EXHIBIT A

# A F F I D A V I T

STATE OF ALABAMA          )
                                          )
_____COUNTY     )

      I, _Tommie Ellerbee_, hereby certify and affirm that I am a _MEDICAL CLERK_, at _STATION Healthcare_; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one _Hicks, Charles_, AIS# _246 241_; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

      I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _____; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

      This, I do hereby certify and affirm to on this the _30_ day of _November_, 2006

      SWORN TO AND SUBSCRIBED BEFORE ME THIS THE _30_ Day of _November_, 2006

_____
Notary Public

_12/06/2008_
My Commission Expires



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Last   Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Fourth   Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Third   Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| | |
|---|---|
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Second   Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| | |
|---|---|
| NAME: Hicks, Charles   ③ | DIAGNOSIS   pm |
| | - NgOIC 001453 |
| | - 210319 Profile Fasg |
| D.O.B. 11/2 61   246241   Fiyc | UP in nose |
| ALLERGIES: MCA | - BS   BIM X100 days |
| Use First   Date 11/30/06 i505 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED   [signature] |

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Hicks, Charles
246241

D.O.B. 1/12/61    FYC

ALLERGIES: NKDA

Use Last    Date 120/06 1505

DIAGNOSIS (If Chg'd) men renew
EC ASA 325mg 1 po daily x 100 Days
Glipizide 10mg 1po daily x 100 Days
Neva or 40mg 1po QHS x 100 Days
HCT 25mg 1 po qam x 100 Days
Lisinopril 20mg 1po BID x 100 Days
☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED    Dglicerus

---

NAME: Hicks, Charles
246241

D.O.B. 1/12/61

ALLERGIES: NKDA

Use Fourth    Date 11/7/06

DIAGNOSIS (If Chg'd)
- 1 Month PCV
- BS BID x 120 days
- 2000 ADA diabetic diet
- Aldactone 50mg 1 PO QD x 90 days
☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Hicks, Charles
246241

D.O.B. 1/12/61

ALLERGIES: NKDA

Use Third    Date 11/3/06

DIAGNOSIS (If Chg'd)
1) ASA 81 mg PO QD KOP x 100d
2) BBP x 180 days
☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Hicks, Charles
246241

D.O.B. 1/12/61    FLYC

ALLERGIES: NKDA

Use Second    Date 11/3/06

DIAGNOSIS (If Chg'd)
1) A+D OINTMENT KOP x 90d
2) F/U HCU IN 2-3 wks
3) No prolonged standing, front of line
Packk x 180 d · Cane + stockings
Packk x 180d – venous insufficiency
☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Hicks, Charles

D.O.B. /  /

ALLERGIES:

Use First    Date 10/30/06

DIAGNOSIS
HCU F/U Test Results – Leg Pain
Noosapt 11/5/06
☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

60110 (4/03)                    MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: *Hicks, Charles*
246241    FLYC
D.O.B. 1/12/61/KDA
ALLERGIES:
Use Last    Date 01/30/06

DIAGNOSIS (If Chg'd)  *Metrin* 400 mg BID X
2 days PRN
pp Dr. Cohee / J. Swindle tpn
Noted 10-06 pm ~SS
10:30 pm

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: *Hicks, Charles*
D.O.B. 11/2/61
ALLERGIES: NKDA
Use Fourth    Date 10/27/06

DIAGNOSIS (If Chg'd)
BS BID X 30 days
Slide profile & Marked Peripheral edema
X 60 days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: *Hicks, Charles*
246241
D.O.B. 11/12/61    FLYC
ALLERGIES: NKDA    J. Parker
Use Third    Date 10/26/06

DIAGNOSIS (If Chg'd)
(Frank Lee Nurse)
Please inform Dr. of Neg. Venous dopp
ner PN
10/26/06
3:30 pm

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: *Hicks, Charles*
246241
D.O.B. 11/02/61    FUC
ALLERGIES: NKDA
Use Second    Date 10/25/06 TDD

DIAGNOSIS (If Chg'd)
Hause's in 10 days re Venus
popper resuls
11/3/06 mprn

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED    Quice NP

---

NAME: *Hicks, Charles*
246241
D.O.B. 11/12/61
ALLERGIES: NKDA
Use First    Date 10/20/06

DIAGNOSIS
Blood mgr checks X 2 weeks
noted M Sanders PN 10:30 pm 10/20/06

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

10 (4/03)                MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Hicks, Charles
246241

D.O.B.: 1/2/61        FLYC
ALLERGIES: NKDA

Use Last     Date 10/01/06

DIAGNOSIS (If Chg'd)
Lasix 40mg 1 PO BID x 2 wks
Micardis? 1 PO QD
Elevate left leg.
10/13/06 HCU in 2 wks
2:30pm

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hicks, Charles
246241

D.O.B.: 1/2/61        FLYC
ALLERGIES: NKDA

Use Fourth     Date 10/12/06

DIAGNOSIS (If Chg'd)
IM done for Diabetic Shoes
Motrin 400 mg 1 PO BID x 2 wks
10/13/06
12:10pm

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hicks, Charles

D.O.B.: 1/2/61
ALLERGIES: NKDA

Use Third     Date 10/11/06

DIAGNOSIS (If Chg'd)
Schedule HCU 2 weeks
D/C regard
D/C look appt

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hicks, Charles
246241

D.O.B.: 1/2/61        FLYC
ALLERGIES: NKDA

Use Second     Date 10/2/06 10:35pm

DIAGNOSIS (If Chg'd)
1) Lasix 40mg 1 PO QAM x 2 wks
2) KCL 10 meq 1 PO QAM x 2 wks
3)

CRNP

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hicks, Charles
246241

D.O.B.: 1/2/61        FLYC
ALLERGIES: NKDA

Use First     Date 10/2/06

DIAGNOSIS ⓢ Procedure day - toenail trim
1) 2000 Cal ADA diet x 180 days
2) (B)LE Venous doppler (P.V.D)
3) Augmentin 875mg 1 PO BID x 10 days
4) May purchase diabetic shoes 2fft
5) FU 2 wks c CRNP   CRNP

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Hicks, Charles FYC<br>246241<br>J. Parker, LPN<br>10/8/06<br>10:10 pm<br>D.O.B. 1/2/61<br>ALLERGIES: NKDA<br><br>Use Last    Date 10/7/06 | DIAGNOSIS (If Chg'd)<br>① Please draw DP II ASAP<br>② Clonidine 0.2mg PO X 1 now<br>③ Epsom salt soaks QD X 14 days<br>④ BP √ QD X 14 days<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED   M. ? CRNP |
| NAME: Hicks, Charles<br>246241<br>9/20/06<br>1:05p<br>FYC<br>D.O.B. 1/2/61<br>ALLERGIES: NKDA<br><br>Use Fourth    Date 9/22/06 | DIAGNOSIS (If Chg'd)    9/21 noted<br>① DP II<br>② Bactrim DS ī PO BID X 10 days<br>③ F/U 1 mi. n/ mahood, CRNP<br>④ 1800 cal ADA diet — emorum<br>M. ?    CRNP<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br>Hicks, charles<br>D.O.B. 1/2/61<br>ALLERGIES: NKDA<br><br>Use Third    Date 9/20/06 | DIAGNOSIS (If Chg'd)<br>Keep scheduled appt 9/22/06<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br>Hicks, charles<br>D.O.B. 1/2/61<br>ALLERGIES: NKDA<br><br>Use Second    Date 9/15/06 | DIAGNOSIS (If Chg'd)<br>Schedule for HCU next week<br>9:30 almost PD 9/18<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hicks Charles<br>246241<br>FYC<br>D.O.B. 1/2/61    BM<br>ALLERGIES: NKDA<br><br>Use First    Date 9/12/06 | DIAGNOSIS<br>DIC Maxzide<br>HCTZ 25 mg ī PO QD X 90 days<br>lisinopril 20 mg ī PO BID X 90 days<br>BP √ QD X 14 days.<br>No KOP + BP meds till further notice.<br>noted M. Coleman, LPN 9/13/06 @ 9:40p<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: Hicks, Charles | DIAGNOSIS (If Chg'd) |
|---|---|
| Frostlee 24624 | ① Notify MD if glucose less than 60% |
| D.O.B. 11 021 61 | ② Fasting DR II Next Lab draw |
| ALLERGIES: NKA | |
| Use Last   Date 08 07 06   08/3/06 | p.o. De Cobinger |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   S Ha and CRNP |

| NAME: Hicks, Charles | DIAGNOSIS (If Chg'd) noted C S Taylor PU 7-12-06 D K AB |
| 24624 | ① Start 2020 cal ADA-365 |
| D.O.B. 11, 2 161   7L | – call pt to pill call line |
| ALLERGIES: NKDA | to get pin slip to go |
| | on ADA diet line |
| Use Fourth   Date 7 12 b Co | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hicks Charles | DIAGNOSIS (If Chg'd)   1/3 06 none at Hmp 7-6 |
| | ⑥ HCU- Chronic Care Visit |
| | in 3 mos   9/26/06 |
| D.O.B. 11 02 61 | ⑦ HCU on Next Wed. 07/13/06 ↑ |
| ALLERGIES: NKA | See Dr Pealord for both clinics |
| Use Third   Date 07 05 06 | ⑧ Check urine micro albumin in 80 days |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Hicks  Charles | DIAGNOSIS (If Chg'd) |
| 246241 | ① Discontinue Vasotec. |
| FUC | ② Lisinopril 30mg p.o. QD X 180 days |
| D.O.B. 11 2 161 3M | ③ Fasting Profile I in 80 days |
| ALLERGIES: NKA | ④ Glucose (BS) Check B I D X 30 days |
| Use Second   Date 7 05 06 | ⑤ Extra Lg, thigh high Ted Hose |
| | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   S Howard CRNP |

| NAME: Hicks, Charles | DIAGNOSIS |
| #24624   5/31/06  0858 | 1) Vasotec 5 mg po qd X 180d |
| D.O.B. 11 02 61 | 2) HgbA1c in 10 wks |
| ALLERGIES: NKDA | |
| Use First   Date 5 31 06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Hicks, Charles

DIAGNOSIS (If Chg'd)
Trim Nails @ tx time - notify provider to do ✓

D.O.B. 11 12 61    246241
ALLERGIES: NKDA

Use Last    Date 5/19/06    ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    *[signature]*

---

NAME: Hicks, Charles    246241

DIAGNOSIS (If Chg'd)
CC 4 wks - 2 wks DM/HTN
Lisinopril 10 m
Mayzide 25/80 m pod d x 180 days ✓
BBP x 3 months
Cutra blank't to allow inmate to elevate both feet x3

D.O.B. 1/12/61
ALLERGIES: NKDA

Use Fourth    Date 5/19/06    ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    *[signature]*

---

NAME: Hicks, Charles    246241

DIAGNOSIS (If Chg'd)
ECASA 325 mg pod d x 180 days ✓
Glucotrol 10 mg pod d x 180 days ✓
Lisinopril 5mg pod d x 180 days
AFC BID x 30 days AAA Thin layer
AiD oint AAA BID x 30 days ✓

D.O.B. 1 12 61
ALLERGIES: NKDA

Use Third    Date 5/19/06    ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    *[signature]*

---

NAME: Hicks, Charles    246241

DIAGNOSIS (If Chg'd)
B/S ✓ S 2x day x 30 ✓
Obtain records from Cooper Green RE
Cardiac & DM
Lis m Mayzide 32.5/25 pod x 180 days
Mevacor 20 mg pod d x 180 days ✓

D.O.B. 1 12 61
ALLERGIES: NKDA

Use Second    Date 5/19/06    ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    *[signature]*

---

NAME: Hicks, Charles    246241

DIAGNOSIS
Cmp, Cho, HgbA1c, TSH, (eleve: 140 285
EKG, C/R
Eye Clinic Referral ✓
2300 calorie diabetic diet c̄ Snack ✓
B/P ✓ 2x wk x 4 wks ✓

D.O.B. 1 12 61
ALLERGIES: NKDA

Use First    Date 5/19/16    ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    *[signature]*

---

60110 (4/03)    **MEDICAL RECORDS COPY**



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hicks Charles  BM246241 | D.O.B.: 11/2/61 |
|---|---|---|

11/7/06
8:25
_Complaint. Eval see 11/6/06 sickcall  wt 280_
T-98°  P-70  R-20  O2Sat 98% B/P 162/102

11/7/06  Pt. Venous doppler ⊕ for
DVT.
Plan
① Elevated the legs frequent
② Continue using Support
stockings.
③ Cont. c̄ No prolonged standing
preside.

A), B.  Pt. c̄ diabetes
discussed Diabetic diet.

| Date/Time | Inmate's Name: Hicks, Charles, 246234    D.O.B.: 11/26/ |
|---|---|
| 10-25-06 3:00pm | Return from FWA Venous Doppler on legs. — T 97.8, O2sat 97%, P 66, R 20 B/P 156/88 ————————————— 'S. Traylor LPN Patient back from FWA appt re: venous Doppler study of legs. Ø complaints voiced. Pt want attorney contacted re: his legs. Instructed pt have attorney express records for his review. Will bring back to HCU in 10 days for venous report results. Pt w/o return paperwork |
| 11-3-06 9:48 | Dr NCP re: f/u test results    wt 253    T 98    P 64 Non-cuff R-20  O2sat 99%, 146/88 ————————— Ⓡ A Pt informed results of Doppler study — No evidence of DVT  Ø Ⓐ done. c/o pain along lateral leg. Severe chronic swelling. Hx DM HTN. Pt informed to inspect leg twice daily. Cane + support stocking given today. Resume ASA qd. ˢEXAM Large leg: ē severe chronic venous insuff skin hyperpig & dry — No evidence of infect.  Fungal nails A: DM II ~~HTN~~ Chronic venous insuff. P: Elevate leg Phlebocs Given Cane Skin care education. ABD ointment F/u HCU Ⓡ 2-3 wks ē Dr Corbier  [signature] |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hicks Charles 246241 | D.O.B.: 11/2/61 |
|---|---|---|

**7-5-06** wt 252 T 98' P 64 R 20 B/p 140/90   O2 SAT 97%
Chronic Care

**7/12/06** 20 NC Pri. nail clipping Wt 258  T-98⁷  P-72
R-20  O2 sat 98%  B/p (164/96) — Dr.
① C/o fever funny growth of tonsils.
② Upper back ... for cough? Cor.

**9-22-06** 20 NC Pri. Eval C/o neck pain, √ B/p et B/S  WT 271  BS-167
**8:30** T-98.4  P-72  R-20  O2 sat 97%  B/p 128/88
S: Pt here for flu sick call. C/o "knot on ① side
of neck" x 6 days. Pain c ① side turning of neck. Approx
6 days ago C/o chills, fever x 2 days c resulted
"knot c tenderness" on ① side of neck. Denies cough,
nasal drainage, ear pain / drainage, SOB.
O: VSS Afebrile. GEN: AAOX3, in NAD. HEENT:
Head normocephalic, atraumatic. Eyes: PERRLA. EOMs
intact. Ears: TMs intact, ⊘ drainage. Nose: Nares
patent, ⊘ drainage. Neck: ① lymph node enlargement / tenderness
1cm x 1cm ① posterior cervical. Movable. ⊘ warmth. ⊘ JVD
⊘ carotid bruits. Throat: Pharynx pink ⊘ PND. Lungs: CTA B
COR: RRR ⊘ M/G/R/C. Abd: Benign, soft, NT, ⊕ BS x4,
⊖ ABM. Ext: ⊕ DP/PT pulses. ⊘ generalized. B/L E
edema. Presently wearing TED hose.
A: 1) Posterior cervical enlarged lymph node
      a) Possible lymphangitis vs. folliculitis
P: 1) DP II    2) Bactrim DS + po B10 V 10 days
   3) 1 wk · F/U

... CRNP

60111 (5/85)   ... ete Both Sides Before Using Another She...



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Charles Hicks_
ID # _246241_      Date of Request: _11-16-06_
           Date of Birth: _11-2-61_ Location: _3 #12_
Nature of problem or request: _I need to talk to Dr._
_Cortier because my leg is really hurting me real bad._
_the fluid in my leg looks like it has gone up my leg._
_and I don't like that all._

                             _Charles Hicks_
                                *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

_TKO SC_
_11-17-06_
_12:29 PM_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials ____ |

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                           CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
          Was MD/PA on call notified:   Yes ( )    No ( )

                          *SIGNATURE AND TITLE*

PHS

**Nursing Evaluation Tool:**                                    <u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: _Hicks, Charles_
First / Last

Inmate Number: _24624_          Date of Birth: _11 / 12 / 61/_
MM   DD   YYYY

Date of Report: _11 / 17 / 06_          Time Seen: _12 30_   AM / **PM** Circle One
MM   DD   YYYY

_Subjective:_ Chief Complaint(s) _need to be back to Dr. Carbee and need_
_diabetic shot. Need something for pain, leg hurts_

Onset:

Brief History: _Have pain and swelling in left leg for_
(Continue on back if necessary) _a long time._

☐ Check Here if additional notes on back

_Objective:_ Vital Signs: (As Indicated) T: _97.6_  P: _84_  RR: _20_  B/P: _140 , 92_

Examination Findings: _Swelling noted left leg. Requesting to_
(Continue on back if necessary) _see Dr. Carbee to discuss outside appt. and_
_need something for pain._

☐ Check Here if additional notes on back

_Assessment: (Referral Status)_     **Preliminary Determination(s):** _____
☐ Referral **NOT REQUIRED**

☒ Referral **REQUIRED** due to the following: (Check all that apply)
☒ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

_Plan:_ Check All That Apply:
☒ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____
(Describe)
OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _____    Date for referral: _/ /_
MM  DD  YYYY
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _MD review_    Time _____

X _T. Saindle_          Name: _T. Saindle_
Nurses Signature                              Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Charles Hicks_
ID # _246241_ ——————— Date of Request: _11-7-06_
Date of Birth: _11-2-61_ Location: _3P-B#12_
Nature of problem or request: _I need to go to another free world Doctor to have a test on my left leg again. This is to Doctor Corbier._

_Charles Hicks_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

_Refused SC_
_11-8-06 11:55 pm_

```
┌─────────────────────────────┐
│         RECEIVED            │
│  Date: 11/7/06              │
│  Time: 8050                 │
│  Receiving Nurse Intials Mily│
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective:**  (V/S): T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )      No ( )
              Was MD/PA on call notified:   Yes ( )      No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002   (1/4)



**Nursing Evaluation Tool:**                    <u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: _Hicks, Charles_

Inmate Number: _246291_    First

Date of Report: _11 / 6 / 06_    Date of Birth: _11 / 2 / 61_

    MM   DD   YYYY    Time Seen: _12 N_  AM / PM  Circle One

<u>Subjective:</u> Chief Complaint(s) _Need to start BS again and leg hurts_
_real bad. Request to see FW doctor @ UAB @ Jackson_

Brief History: _Chronic leg pain and edema. Requesting_
(Continue on back if necessary) _FWA. Also want blood sugar checks._

☐ Check Here if additional notes on back

<u>Objective:</u>  Vital Signs: (As Indicated) T: _97⁶_ P: _80_ RR: _20_ B/P: _120 / 78_

Examination Findings: _Left leg edematous, c/o real bad pain_
(Continue on back if necessary) _and wants FWA._

☐ Check Here if additional notes on back

<u>Assessment: (Referral Status)</u>    Preliminary Determination(s): _____

☑ Referral <u>NOT REQUIRED</u>

☐ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other: _____

<u>Comment:</u> You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>Plan:</u>  Check All That Apply:
    ☑ Instructions to return if condition worsens.
    ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☐ Other: _____
         (Describe)
OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☑ NO ☐ YES (If Yes, Whom/Where): _MD review_    Date for referral: _/ /_
                                                              MM DD YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____   Time ___

X _T. Swindle In_    Name: _T. Swindle In_



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Charles Hicks_    Date of Request: _11-5-06_

ID # _246241_    Date of Birth: _11-2-61_ Location: _3Dorm/Bed #12_

Nature of problem or request: _I need to start back checking my blood sugars_
_I also need to talk to Dr. Corbier again about seeing a_
_free world Doctor again, My leg hurts me real real bad._
_I want to go to UAB or Jackson Hosp Hospital for test on my leg and_
_Body please._    _Charles Hicks_
_____ Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│        RECEIVED             │
│ Date: 11/5/06               │
│ Time: 8:53pm                │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective    (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Charles Hicks_  Date of Request: _10-28-06_
ID # _246241_  Date of Birth: _11-02-61_ Location: _3 #12_
Nature of problem or request: _I need to see the Doctor because my left leg still hurts me. Also, I need a profile so I can show it to sst, Givens._

_Charles Hicks_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│          RECEIVED           │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ____│
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective**  **(V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Hicks, Charles_
                                                              Last

Inmate Number: _246247_

Date of Birth: _11 12 161_
                                                              MM  DD  YYYY
                                                              First

Date of Report: _10 30 06_         Time Seen: _12⁰⁰_ AM / PM  Circle One
                          MM  DD  YYYY

**Subjective:** Chief Complaint(s) _Need to see eye doctor, request to see another_
_doctor about leg. Having a lot of leg pain._
Onset: _____

Brief History: _Vision problem c̄ left leg. Pain + swelling_
(Continue on back if necessary)

_____

_____

☐ Check Here if additional notes on back

**Objective:**    Vital Signs: (As Indicated) T: _97⁶_  P: _70_   RR: _18_   B/P: _110 / 76_

Examination Findings: _Left_
(Continue on back if necessary)

_____

_____

**Assessment: (Referral Status)**     Preliminary Determination(s): _____    ☐ Check Here if additional notes on back
  ☒ Referral **NOT REQUIRED**

  ☐ Referral **REQUIRED** due to the following: (Check all that apply)
       ☐ Recurrent Complaint (More than 2 visits for the same complaint)
       ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:**  Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
                  (Describe)
OTC Medications given  ☐ NO  ☐ YES (If Yes List): _Motrin 400 mg b.i.d x 2days_

Referral: ☒ NO  ☐ YES (If Yes, Whom/Where): _____    Date for referral: _/ /_
                                                                              MM DD YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?) _____
                                                                              Time _____

x _____

PHS

Nursing Evaluation Tool:                    <u>General Sick Call</u>

Facility: Staton Correctional Facility

Patient Name: Dicks, Charles

Inmate Number: 246247        Last

Date of Birth: 11 , 2 , 61
                MM   DD   YYYY   MI

First

Date of Report: 10 , 23 , 06
                 MM   DD   YYYY

Time Seen: 1155    AM / PM  Circle One

**Subjective:** Chief Complaint(s): Feet sink able to wear slides due
to my feet + leg swelling

Onset:

Brief History: Chronic feet + leg swelling
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T 97⁶  P: 68  RR: 20  B/P: 110 /70

Examination Findings: Chronic leg swelling left leg
(Continue on back if necessary)

**Assessment:** *(Referral Status)*     Preliminary Determination(s): _____
☐ Check Here if additional notes on back

☑  Referral NOT REQUIRED

☐  Referral REQUIRED due to the following: (Check all that apply)
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other: _____

Noted ℞  10/21/06

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:**  Check All That Apply:
    ☐ Instructions to return if condition worsens.
    ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☐ Other: _____
            (Describe)

OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral: ☑ NO  ☐ YES (If Yes, Whom/Where): MD review    Date for referral: __/__/__
                                                                          MM  DD  YYYY

Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____    Time _____

x _D. Swindle_ GP                  Name: T. Swindle GP
     Nurses Signature                        Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Charles Hicks_    Date of Request: _10/21/06_
ID # _246241_    Date of Birth: _11-2-61_ Location: _3-712_
Nature of problem or request: _I need the doctor to write me_
_some papers so the people here at Frank Lee_
_would know that I have promission to wear these_
_slides because my left leg is hurting me real bad._
_Charles Hicks_
                                                        *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│           RECEIVED          │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ____│
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective**    (V/S): **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                    Was MD/PA on call notified:   Yes ( )    No ( )

_____
                    *SIGNATURE AND TITLE*
WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Charles Hicks*                     Date of Request: *10/19/06*

ID # *296241*                     Date of Birth: *11-2-67* Location: *3-#12*

Nature of problem or request: *I need to have my diabetic Blood ~~pressure~~ sugar checked every morning because it is very important.*

                                    *Charles Hicks*
                                    *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ____/____/____

Time: _____ AM  PM

Allergies: _____

┌─────────────────────────────────┐
│            RECEIVED             │
│ Date:                           │
│ Time:                           │
│ Receiving Nurse Intials _____  │
└─────────────────────────────────┘

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE

Check One:  ROUTINE ( )     EMERGENCY ( )

           If Emergency was PHS supervisor notified:   Yes ( )     No ( )
                    Was MD/PA on call notified:    Yes ( )     No ( )

_____
           *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS

Nursing Evaluation Tool:                    <u>General Sick Call</u>

Facility: Staton Correctional Facility
Patient Name: _Hicks, Charles_
Inmate Number: _246247_ <sub>Last</sub>
Date of Report: _10_,_20_,_06_          Date of Birth: _11_,_12_,_16_ MI
                MM  DD  YYYY                              MM   DD   YYYY
                                          Time Seen: _1145_ (AM / PM Circle One)

<u>Subjective:</u> Chief Complaint(s): _Want B/S done q Am_
            Onset: _Years ago_
Brief History: _Diabetic X's some time and want B/S_
(Continue on back if necessary)

☐ Check Here if additional notes on back

<u>Objective:</u> Vital Signs: (As Indicated) T: _97.6_  P: _72_  RR: _20_  B/P: _140_,_98_
Examination Findings: _No acute distress, Status no problems_
(Continue on back if necessary) _Just Want BS qd_

<u>Assessment: (Referral Status)</u>        Preliminary Determination(s): _____
☒ Referral <u>NOT REQUIRED</u>                              ☐ Check Here if additional notes on back

      ☐ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
          ☐ Recurrent Complaint (More than 2 visits for the same complaint)
          ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>Plan:</u> Check All That Apply:
☒ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
                (Describe)
OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☒ NO ☐ YES (If Yes, Whom/Where): _____
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _MD review_   Date for referral: _/_,_/_
                                                                                    MM  DD  YYYY
                                                                                    Time ____
X _T. Swindle Lgn_        Name: _T. Swindle Lgn_
    Nurses Signature                    Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Charles Hicks _____  Date of Request: 10-16-06

ID # 246241 _____  Date of Birth: 11-2-61  Location: 3-#12

Nature of problem or request: I am requiring about the orthopedic shoes that i suppose it gets. Dr. Corbier told me that he will let me know when or were will, I go to the hospital to see about my leg. the reason why my leg really hurts me real bad.                Charles Hicks

                                                                           *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM  PM

Allergies: _____

| | RECEIVED |
| --- | --- |
| | Date: |
| | Time: |
| | Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**  (V/S):  T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )    No ( )

Was MD/PA on call notified:    Yes ( )    No ( )

_____

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Charles Hicks_ _____ Date of Request: _10-16-06_

ID # _246327_ _____ Date of Birth: _11-2-61_ Location: _3-12_

Nature of problem or request: _I am inquiring about the orthopedic_
_show that I suppose to get. The Corpsin told me that_
_he will let me know when I was will, I go to the_
_hospital to see about my leg, the reason why my leg really_
_hurts me real bad._ _Charles Hicks_

<div align="right">Signature</div>

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM  PM

Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**    (V/S):  T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
<div align="center">CIRCLE ONE</div>

Check One:   ROUTINE ( )    EMERGENCY ( )

    If Emergency was PHS supervisor notified:    Yes ( )    No ( )

        Was MD/PA on call notified:    Yes ( )    No ( )

_____

<div align="center"><em>SIGNATURE AND TITLE</em></div>

WHITE:    INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name _Charles Hicks_ _____ Date of Request: _10/10/06_ _____
ID # _246241_ _____ Date of Birth: _11-2-61_ Location: _3 Dorm Bed #12_
Nature of problem or request: _I still require about my orthopedics_
_shoes and to get my blood pressure checked. I also_
_need to know how much ~~medicine~~ medicine do I take_
_everyday please. I want to know about every pill and what it is all about._
_____ _Charles Hicks_ _____
                                                              *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ____│
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective**   **(V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )     No ( )
                Was MD/PA on call notified:   Yes ( )     No ( )

_____
                              *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)



PRISON HEALTH SERVICES, INC.
PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name _Charles Hicho_ _____ Date of Request: _10/10/06_

ID # _246241_ _____ Date of Birth: _11-2-61_ Location: _3 Dorm Bed # 12_

Nature of problem or request: _I still requiring about my orthopedic_
_shoes and to get my blood pressure checked. I also_
_need to know how much Melena is I take_
_everyday please. I want to know about every pill and what it is all about._

_____ _Charles Hicho_ _____

_Signature_

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM  PM

Allergies: _____

(S)ubjective:

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

(O)bjective   (V/S):  T: _____   P: _____   R: _____   BP: _____   WT: _____

(A)ssessment:

(P)lan:

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )     No ( )

Was MD/PA on call notified:   Yes ( )     No ( )

_____

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**PHS**

## Nursing Evaluation Tool:                     General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Hicks, Charles_
                                    Last            First

Inmate Number: _246241_          Date of Birth: _11 \ 12 \ 61_
                                                  MM   DD   YYYY

Date of Report: _10 \ 11 \ 06_         Time Seen: _1155_  AM / **PM**  Circle One
                 MM   DD   YYYY

**Subjective:** Chief Complaint(s): _Need BP checked and want to find out_
Onset: _about meds, take & for what. Want to know_

Brief History _Diabetic requesting diabetic shoes; diabetic_
(Continue on back if necessary) _x 4 yrs._

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _97⁶_  P: _80_  RR: _20_  B/P: _120 \ 86_

Examination Findings: _Requesting diabetic shoes and wants_
(Continue on back if necessary) _to know know about meds._

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**     Preliminary Determination(s): _____

☒ Referral **NOT REQUIRED**

☐ Referral **REQUIRED** due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:**  Check All That Apply:
  ☒ Instructions to return if condition worsens.
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____
             (Describe)
OTC Medications given  ☒ NO  ☐ YES (If Yes List): _____

Referral: ☒ NO  ☐ YES (If Yes, Whom/Where): _MD review_     Date for referral: _/ /_
                                                                              MM DD YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?) _____     Time _____

x _T. Swindle LPN_          Name: _T. Swindle LPN_
      Nurse Signature



**PRISON HEALTH SERVICES**
**INCORPORATED**

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Charles Hicks_ ___ Date of Request: _9/26/06_
ID # _246241_ ___ Date of Birth: _11-2-61_ Location: _2D - Bed #20_
Nature of problem or request: _I need some diebetic orthopedic_
_shoes real bad and also some Elpson Salt and_
_a foot tub for my feet because I have swelling in_
_left leg that hurts real bad._
___ _Charles Hicks_
___ *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
RECEIVED
Date: 9/26/06
Time: 450
Receiving Nurse Intials AM
```

**(S)ubjective:**

**(O)bjective   (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**  S/C 12:38
9-27-06
MB

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



## Nursing Evaluation Tool:                    <u>General Sick Call</u>

Facility:  Alabama Department of Corrections

Patient Name: __Hicks__                    __Charles__
                    Last                              First

Inmate Number: __246241__          Date of Birth: __11__ | __2__ | __61__
                                                        MM    DD    YYYY

Date of Report: __9__ | __27__ | __06__     Time Seen: __12:30__   AM / (PM) Circle One
                    MM   DD   YYYY

<u>Subjective:</u> Chief Complaint(s): _Request foot socks_

Onset: _1982_

Brief History: _____
(Continue on back if necessary)

☐ Check Here if additional notes on back

<u>Objective:</u>  Vital Signs: (As Indicated) T: __98__  P: __72__   RR: __14__   B/P: __140__ / __78__

Examination Findings: _Pitting edema to R foot & L Lleg, trerril on feet_
(Continue on back if necessary)  _dark + deformed  Diabetic, lungs clear, denies_
_cough_

☐ Check Here if additional notes on back

<u>Assessment:</u> (Referral Status)     Preliminary Determination(s): _____

☐ Referral <u>NOT REQUIRED</u>

☐ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _Has appt c MD on 9-29-06_

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of
the appropriate care to be given.

<u>Plan:</u>  Check <u>All</u> That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
     should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
            (Describe)
OTC Medications given  ☐ NO   ☐ YES (If Yes List): _____

Referral: ☐ NO  ☐ YES (If Yes, Whom/Where): _____          Date for referral: __/__/__
                                                                                              MM  DD  YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?) _____     Time _____

x _N Broden / RN_                    Name: _N Broden_



**PRISON**
**HEALTH**
**SERVICES**
**INCORPORATED**

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Charles Hicks_    Date of Request: _9/20/06_

ID # _246241_    Date of Birth: _11-2-61_ Location: _20-820_

Nature of problem or request: _My neck is hurting me on my left side real bad. Also, I want to know about my ~~ol~~ diabetes shoes that i ask about before?_

_Charles Hicks_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM  PM

Allergies: _____

```
RECEIVED
Date: 9/18/06
Time: 10:16 pm
Receiving Nurse Intials JH
```

**(S)ubjective:**

**(O)bjective:**

_9/19/06_

**(A)ssessment:**

_C_
_1:35 pm_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

_____

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95


**PHS**

### Nursing Evaluation Tool:

<u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: _Hicks_                 _Charles_
                    Last              First           MI

Inmate Number: _246241_          Date of Birth: _1 / 2 / 61_
                                                    MM  DD  YYYY

Date of Report: _9 / 19 / 06_      Time Seen: _1:35_  AM/**PM** Circle One
                  MM  DD  YYYY

<u>Subjective:</u>  Chief Complaint(s): _Neck is hurting since Sunday. I Noticed_
          Onset: _a Knot on the Lt side of my Neck._

Brief History: _My dad had a Knot at the same place and the_
(Continue on back if necessary)  _Doctors did surgery and took it out at UAB._
_(Family injury.) Since I got the Knot I've felt a_
_little Wooey._
☐ Check Here if additional notes on back

<u>Objective:</u>  Vital Signs: (As Indicated)  T: _99.8_  P: _96_  RR: _12_  B/P: _142 / 82_

Examination Findings: _On exam, large 1/2 golf ball sized Knot palpated_
(Continue on back if necessary)  _on Lt side of neck. Knot Hard. No inflammation, No_
_pus observed. Tender to touch._

☐ Check Here if additional notes on back

<u>Assessment:</u> (Referral Status)    Preliminary Determination(s): _____

          ☐ Referral **NOT REQUIRED**

          ☑ Referral **REQUIRED** due to the following: (Check all that apply)
                ☐ Recurrent Complaint (More than 2 visits for the same complaint)
                ☑ Other: _Knot on Lt side of Neck_                 _9/21/06_
                                                                _HHS appt 9/21/06_

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>Plan:</u>  Check All That Apply:
          ☑ Instructions to return if condition worsens.
          ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
          ☐ Other: _____
                (Describe)
OTC Medications given  ☑ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _MD_          Date for referral: _/ /_
                                                                          YYYY
Referral Type: ☐ Routine  ☑ Urgent  ☐ Emergent  (if emergent who was contacted?) _____  Time _____

X _Ann Blackmon RN_          Name: _A. Blackmon, RN_



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Charles Hicks_
ID # _246241_                              Date of Request: _9/14/06_
                    Date of Birth: _11-2-61_  Location: _2#20_
Nature of problem, or request: _I need some diabates shoes_
_because it important for me to weae them._

_Charles Hicks_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

┌─────────────────────────────┐
│        RECEIVED             │
│ Date: 9/14/06               │
│ Time:  8:30 pm              │
│ Receiving Nurse Intials  Rg │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

s/c
9/15/06  OBAN
         12:05 pm

**(P)lan:**

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )   No ( )
                Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

PHS

## Nursing Evaluation Tool:

### General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Hicks_ _Charles_
                  Last          First

Inmate Number: _Z46241_    Date of Birth: _11_ / _2_ / _61_
                                            MM  DD  YYYY

Date of Report: _9_ / _15_ / _06_    Time Seen: _12:05_ AM/**PM** Circle One
                 MM   DD   YYYY

**Subjective:** Chief Complaint(s): _I Need some Diabetic Shoes. My shoes_
Onset: _have No Support. My feet hurt bad. My_
Brief History: _tennis shoes are very flat and have no arches._
(Continue on back if necessary) _Seems like my ankles are getting larger._

**Objective:** Vital Signs: (As Indicated) T: _98 7_ P: _72_ RR: _72_ B/P: _162 / 92_    On B/P ✓'s x 14 days
☐ Check Here if additional notes on back

Examination Findings: _Very large. BM wears tennis shoes. Ankles swollen_
(Continue on back if necessary) _greatly from poor circulation. Toenail of_
_feet extremely thick and dark, deformed. Needs_
_too nails cut badly._

**Assessment:** *(Referral Status)*    Preliminary Determination(s): _____    ☐ Check Here if additional notes on back
☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
☐ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Other: _MD – Extremely Bad Toenails – Diabetic._

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
      (Describe)
OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _MD_
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?) _____    Date for referral: ___/___/___
                                                                                              MM  DD  YYYY
                                                                                              Time _____

X _Ann Blackshear RN_    Name: _A. Blackshear, RN_
   Nurses Signature



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: Charles Hicks
ID # 246241 ———————— Date of Birth: 11-2-61  Location: 2D/Bed #20  Date of Request: 9-11-06

Nature of problem or request: I am a high Blood and a diebtic
and I take asprin, I take 5 kinds of medicine,
I suppose to have all of my medicines KOP
on me, I just have one of them KOP.

Charles Hicks
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

s/c
9/12/06
ABRN
12:25 pm

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:      Yes ( )      No ( )
Was MD/PA on call notified:      Yes ( )      No ( )

_____
*SIGNATURE AND TITLE*

**PHS**

## Nursing Evaluation Tool:

Facility: Alabama Department of Corrections

Patient Name: _Hicks_ _Charles_
Last                    First

Date of Birth: _11_ | _2_ | _61_
MM   DD   YYYY

Inmate Number: _246241_

Time Seen: _12:25_ (AM)/PM Circle One

Date of Report: _9_ | _12_ | _06_
MM   DD   YYYY

**Subjective:** Chief Complaint(s): ① I would like to get All my meds KOP.
I would like to get my BP v. I got checked

Onset: I'm supposed to get my BP again.

Brief History (Continue on back if necessary): A few days but feel it Needs checking again.
I'm getting my Diabetic medicine. The morning
Nurse has an attitude, she's light skinned. My Lt shoulder hurts.
② I talked to a male nurse about a mattress pad.

**Objective:** Vital Signs: (As Indicated) T: _98⁴_ P: _72_ RR: _12_ BP: _140_ | _90_

Examination Findings (Continue on back if necessary): BP as above. Good ROM to Lt arm. No swelling
in Rt or Lt shoulder.

Noted on 9/12/06
[signature]

**Assessment; (Referral Status)    Preliminary Determination(s):** _____

☑ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _Requests All meds KOP_
       _Wants BP's_

Will check
on Mattress
pad status KOP

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
  ☐ Instructions to return if condition worsens.
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

  ☐ Other: _____
       (Describe)
OTC Medications given ☐ NO ☐ YES (If Yes List): _____    Date for referral: _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _MD_

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____

X _Anna Blackmon RN_    Name: _A. Blackmon RN_
      Nurses Signature                              Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _CharLes HickS_    Date of Request: _8-22-06_

ID # _246241_    Date of Birth: _11-2-61_ Location: _____

Nature of problem or request: _To recive my medicine for_
_My diabetes and fluid for my leg and High_
_Blood presure and aspun please_

           _Charles Hick_
                 Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective:**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                           CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )    No ( )
           Was MD/PA on call notified:   Yes ( )    No ( )

                                  *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Hicks_ (Last)    _Charles_ (First)    MI

Inmate Number: _246241_    Date of Birth: _11_/_12_/_61_ (MM/DD/YYYY)

Date of Report: _8_/_23_/_06_ (MM/DD/YYYY)    Time Seen: _12:30_ AM/**PM** Circle One

**Subjective:** Chief Complaint(s): _Came Back Monday from Court in Jefferson_
Onset: _County. Have not had any medicine since_
Brief History: _Sunday. I get Diabetic medicine, Lasix, & BP_
(Continue on back if necessary) _medicines, Aspirin. I would like my_
_medications restarted._

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98¹_ P: _72_ RR: _12_ B/P: _147_/_86_

Examination Findings: _On exam calm, oriented, cooperative._
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**    **Preliminary Determination(s):** _____
☑ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
☐ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Other: _Put Note on Aug MAR in MAR Book to give meds from stock until KOP arrives._

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☑ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____ (Describe)
OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☑ NO ☐ YES (If Yes, Whom/Where): _____    Date for referral: ___/___/___ (MM/DD/YYY)
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time _____

_Ann Blackmon RN_ (Nurses Signature)    Name: _B. Blackmon RN_ (Printed)



**Nursing Evaluation Tool:**     <u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: _Hicks                Charles_____
                 Last                       First

Inmate Number: _246241_____     Date of Birth: _11 / 2 / 61_
                                                  MM  DD  YYYY

Date of Report: _____/____/_____     Time Seen: _____ AM / PM Circle One
                        MM  DD  YYYY

<u>S</u>ubjective: **Chief Complaint(s):** _Need to see MD- not feeling well at all_

        Onset: _last week_

**Brief History:** _At times I feel very weak ie sunday before last_
(Continue on back if necessary) _I felt very weak as if to pass-out. I had my BSV = 64._
_After eating a sandwich I felt better. This reoccured since_
_then but not as severe._

                                              ☐ Check Here if additional notes on back

<u>O</u>bjective: **Vital Signs: (As Indicated)** T: _98²_ P: _66_ RR: _18_ B/P: _148 / 95_

**Examination Findings:** _Ax3. Noted 3am FS ↑ than 3pm FS. average AM FS ↑-100_
(Continue on back if necessary) _PM FS = ↑-90 (AM ↑ 116 ↓ 84) (PM ↑ 171 ↓ 63). On one occasion_
_they had nothing in refrig. for snack. Takes glucotrol 10mg ǧd for ↓_
_BP med taken daily. BP ↑ 148/95. Meds taken for BP._
_Linispril 20mg ǧd / Maxzide 75/50mg ǧd / ASA EC 325mg ǧd._
                                              ☐ Check Here if additional notes on back

**Assessment: (Referral Status)**     **Preliminary Determination(s):** _____

    ☑ Referral <u>NOT REQUIRED</u>

    ☐ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
        ☐ Recurrent Complaint (More than 2 visits for the same complaint)
        ☐ Other: _↑ BP_

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given. _44 y/o request eggcrate matress (HT 6'5" WT 258/lbs)_

<u>P</u>lan: Check All That Apply:
    ☑ Instructions to return if condition worsens.
    ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☐ Other: _____
        (Describe)
OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _HCU review_     Date for referral: _8 / 31 / 06_
                                                          MM  DD  YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____     Time _____

X _____     Name: _G. Lyszkowycz_
   Nurse Signature                                 Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Charles Hicks_ _____ Date of Request: _8/2/06_

ID # _246241_ _____ Date of Birth: _11-2-61_ Location: _2 Dorm/Bed 20_

Nature of problem or request: _I need to see a doctor real bad because i am not feeling well at all, as soon as possible, i am having trouble with my left shoulder, and my diabetes and blood pressure_

_Charles Hicks_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM PM

Allergies: _____

<div style="border:1px solid;">
RECEIVED
Date: 8/2/06
Time: 10:44 pm
Receiving Nurse Intials JP
</div>

**(S)ubjective:**

**(O)bjective:**

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )      No ( )

Was MD/PA on call notified:   Yes ( )      No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

Nursing Evaluation Tool:                                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Hicks        Charles_
                    Last                    First

Inmate Number: _246241_

Date of Birth: _11_ , _2_ , _161_
                MM    DD    YYYY

Date of Report: _6_ , _12_ , _06_        Time Seen: _3²⁵_ AM/PM (Circle One)
                 MM    DD    YYYY

FLyc

**Subjective:** Chief Complaint(s): _BBP / missing Mar / meds resolved_

Onset: _4 years_

Brief History: _Stal problems c̄ edema in R̄ t leg since High school_
(Continue on back if necessary)

**Objective:** Vital Signs: (As Indicated) T:_____ P:_____ RR:_____ B/P:_____ / _____

Examination Findings: _AO x 3. C/o diff elevating on ↑ bunk due_
(Continue on back if necessary)
_edema ↓ R̄ leg at level 8 (1-10) when weight_
_applied. Occasional pain when walking & pain_
_standing. States keeps R̄ leg elevated when able_
_Noted edema R̄ ankle to mid calf about 2x size of L̄ t leg_

**Assessment:** (Referral Status)        Preliminary Determination(s): _____

☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
  ☑ Instructions to return if condition worsens.
  ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____
           (Describe)

OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _HCV review_        Date for referral: _6_ , _12_ , _06_
                                                                                MM   DD   YYYY

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____        Time: _____

X _____        Name: _G. Congbaryce, lpn_
      Nurse Signature              Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Charles Hicks*                Date of Request: *6-10-06*

ID # *246241*                Date of Birth: *11-2-61*  Location: *4-Dorm*

Nature of problem or request: *Medince for my Diebates, Blood*
*Prisuer, And Lassic for my legs, And to check*
*my blood presure And Blood sugar.*

*Charles Hick*
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____

Time: _____ AM PM

Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date: *6-11-06*             │
│ Time: *5 pm*                │
│ Receiving Nurse Intials *R* │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective    (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Charles Hicks_     Date of Request: _6-10-06_

ID # _340547_     Date of Birth: _11-2-?_   Location: _C-Dorm_

Nature of problem or request: _Medine for my Diabetes and_
_Pressure And Lassie for my legs, And to Check_
_my Blood Pressure And Blood Sugar._

_Charles Hicks_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/____

Time: _____ AM  PM

Allergies: _____

| RECEIVED |
| --- |
| Date: _10-11-06_ |
| Time: _5 pm_ |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective**   **(V/S):**   **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Hicks Charles Bm 246241   D.O.B.: 11/2/61 |
|-----------|-----------------------------------------------------------|
| 6/12/06 9⁰⁰am | Blue jacket rec'd @ tdyc/BHCu ℞ meds vol 1 of 1 rec'd — you |
| 10/24/06 1800 | Admitted to MOU Bed #6 for FWA. Alert Ox4 Resp c ease. Skin w/D to touch. (L) leg edematous to ext. No complaints voiced. Will continue to monitor — DMReddy |
| 10/26/06 3³⁵pm | Inform pt g Neg results g venous doppler. ——— J. Parker, LPN |

**Complete Both Sides Before Using Another Sheet**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: FLTC

Date: 6/8/06 Time: _____ AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

KCF

RECEIVING MEDICAL STATUS

☑ Population

☐ Infirmary

☐ Isolation

---

RELEASED: Inmate/Health Record

Institution: Kilby

Date: 6/8/06 Time: _____ AM/PM

RELEASE FROM:
☐ Infirmary    ☐ Segregation
☑ Population    ☐ Mental Health
☐ Other _____

RELEASE TO:
☑ DOC    ☐ Infirmary    ☐ Mental Health

☐ _____
Institution/Work Release Center/Free-World Hospital

---

ALLERGIES:

NKA

PHYSICAL EXAMINATION

Date of last exam: 5/19/06

Chest X-Ray Date: _____ Result: _____

PPD Reading Ø mm

Classification: _____

Limitations: _____

---

LAB RESULTS - - LAST REPORT

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | 5/20/06 | ☑ | ☐ |
| Urinalysis | 5/19/06 | ☐ | ☐ |

| | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | ☑ | ☐ |
| Dental Prosthesis | ☐ | ☐ |
| Hearing Aide | ☐ | ☐ |
| Other Prosthesis | ☐ | ☐ |

Receiving Nurse

---

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

IDDm    HTM

---

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

See MAR

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

---

| | | |
|---|---|---|
| MEDICATIONS | ☐ Sent w / inmate | ☐ Not sent w / inmate |
| X-RAY FILM | ☐ Sent w / inmate | ☐ Not sent w / inmate |
| HEALTH RECORD | ☐ Sent w / inmate | ☐ Not sent w / inmate |

Released to: _____

Date: _____ Time: _____ AM/PM

| | | |
|---|---|---|
| MEDICATIONS | ☐ Received | ☑ Not Received |
| X-RAY FILM | ☐ Received | ☑ Not Received |
| HEALTH RECORD | ☑ Received | ☐ Not Received |
| CHART REVIEWED | ☑ YES | ☐ NO |

Received by: C. Occam

Signature of Receiving Nurse

Date: 6/8/06 Time: 12 PM AM/PM

---

FOLLOW-UP CARE NEEDED    Date    Time    With Whom - - Location (Sending Nurse)    Date/Appt. Made w/Whom (Rec. Nurse)

☐ Medical    ☐ Dental    _____

☐ Mental Health

---

NURSING ASSESSMENT (SENDING NURSE)
(Noted from health record documentation)

| HISTORY | Yes | No |
|---|---|---|
| Drug Use | | ☑ |
| Mental Illness | | ☑ |
| Suicide Attempt | | ☑ |
| Chronic Care | ☑ | |

| STATUS | | |
|---|---|---|
| Special Diet | ☑ | |
| Appearance | ☑ | |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE)
(Noted from inmate assessment)

| SKIN | Yes | No |
|---|---|---|
| Open Sores | | ☑ |
| Lice | | ☑ |
| Edema | | ☑ |
| Warm & Dry | ☑ | |
| Cool & Moist | | i |

| CONDITION | | |
|---|---|---|
| Alert | ☑ | |
| Oriented | ☑ | |
| Uncooperative | | ☑ |
| Depressed | | ☑ |

INTAKE

Sick Call Procedures Explained ✓

Height 5'5"

Weight 255

Blood Pressure 126/81

Temperature 97.8

Pulse Resp. 84/18

Other _____

---

_____ LPN    6/8/06    C. Occam    6/8/06

Signature of Nurse Completing Assessment (Sending Nurse)    Date    Signature of Intake Screening Nurse (Receiving Nurse)    Date

---

INMATE NAME (LAST, FIRST, MIDDLE)

Hicks, Charles

| DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|
| 246241 | 11/2/61 | B/m | KCF |

PHS-MD-70009

(White - Medical Jacket, Yellow - Transfer Coordinator)

Facility Name:   Frank Lee Youth Center

Month/Year of Charting:   10/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Aspirin EC 325MG EC Tab**     30.00

Take 1 tablet(s) by mouth daily

KOP

given 9/16/06

Start Date: 05-22-2006     Prescriber: Lassiter, L.
Stop Date: 11-17-2006     RX #: 251540568

**Glipizide 10MG Tab**     30.00

Take 1 tablet(s) by mouth daily

Start Date: 05-22-2006     Prescriber: Lassiter, L.
Stop Date: 11-17-2006     RX #: 251540569

**Lovastatin 40MG Tab**     15.00

Take one-half (1/2) tablet(s) by mouth daily

given

Start Date: 05-22-2006     Prescriber: Lassiter, L.
Stop Date: 11-17-2006     RX #: 251540573

**Hydrochlorothiazide ( for HCTZ ) 25MG Tab**     30.00

Take 1 tablet(s) by mouth daily

Start Date: 09-15-2006     Prescriber: Corbier, Paul
Stop Date: 12-13-2006     RX #: 251941057

**Lisinopril 20MG Tab**     60.00

Take 1 tablet(s) by mouth twice daily

given

Start Date: 09-15-2006     Prescriber: Corbier, Paul
Stop Date: 12-13-2006     RX #: 251941064

Lasix 40mg i PO @ AM X 2 wks

See new order

Start Date: 10-3-06     Prescriber: Meet Mahood
Stop Date: 10-17-06     RX #:

Diagnosis

Allergies
NKA

Housing Unit:     Population
Patient ID Number:   246241
Patient Name:
**Hicks, Charles**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth:

Facility Name: __PLYC__      Month/Year of Charting: 10/06

| Order | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**KCL 10 meq ÷ PO QAM x 2 wks**
Hour: 6A — X

Start Date: 10-3-06   Prescriber: Mahood
Stop Date: 10-17-06   RX #:

**Augmentin 875 mg ÷ PO BID x 10 days**
Hour: 6A — X / 6P — X

Start Date: 10-3-06   Prescriber: Mahood
Stop Date: 10-13-06   RX #:

**Motrin 400 mg PO Bid**
Hour: 6A / 6P

Start Date: 10 / 13 / 06   Prescriber: Corbin
Stop Date: 10 / 26 / 06   RX #:

**Lasix 40 mg PO Bid**
Hour: 6A / 6P

Start Date: 10 / 13 / 06   Prescriber: Corbin
Stop Date: 10 / 27 / 06   RX #:

**Microk 10 meq 2 po QD**
Hour: 6A

Start Date: 10 / 13 / 06   Prescriber: Corbin
Stop Date: 10 / 27 / 06   RX #:

**Motrin 400 mg Bid PRN x 2 days**
Hour: 6A / 6P

Start Date: 10-30-06   Prescriber: PP Dr. Parker
Stop Date: 11-1-06   RX #:

Diagnosis: 

Allergies: NKA

Housing Unit: 
Patient ID Number: 246241
Patient Name: Hicks, Charles

Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| J. Parker, PN | JP | A. Blunt, LPN | ab |
| C. Grantham | | | |
| Rev. Bklyn | ab | | |
| R. High, LPN | NB | | |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: Jefferson County Jail

Month/Year of Charting: 05/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

**Vasotec 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

*SEE Below*

Start Date: 11-12-2005
Stop Date: 11-11-2006
Prescriber: Banu, Shirin
RX #: 250875681

---

**Glucophage 500MG Tab    30.00**

Take 1 tablet(s) by mouth every morning

0700

Start Date: 11-29-2005
Stop Date: 05-27-2006
Prescriber: Banu, Shirin
RX #: 250921345

---

**Clonidine HCl 0.3MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

0800
2000

DC
5/1/06

Start Date: 04-18-2006
Stop Date: 05-17-2006
Prescriber: Banu, Shirin
RX #: 251413207

---

**Lasix 40MG Tab    30.00**

Take 1 tablet(s) by mouth daily

0700

Start Date: 04-18-2006
Stop Date: 06-16-2006
Prescriber: Banu, Shirin
RX #: 251413203

---

**Potassium Chloride CR 10MEQ Tab CR 60.00**

Take 2 tablet(s) by mouth daily

0700

Start Date: 04-18-2006
Stop Date: 05-17-2006
Prescriber: Banu, Shirin
RX #: 251413211

---

VAsotec 10 mg
PO QD x30 days

0200

DC
5/3/06

Renew p 30 day

Start Date: 5/1/06
Stop Date: 6/1/06
Prescriber: Banu/Pharmacy
RX #:

---

Diagnosis:

Allergies:

Housing Unit: 6All
Patient ID Number: 199225
Patient Name:

**Hicks, Charles**

Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | P | | L | 1. Discontinued Order |
| C Thomas | CT | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

| Facility Name: | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Month/Year of Charting:**

VAsotec 10mg
PO BID X 30 days
0700 → 9    DC SEE new order
2000 → JN
Renew p 30 days
Start Date: 5/3/06    Prescriber: Banu/Philmore nc
Stop Date: 6/2/06    RX #:

Vasotec 10mg 1 dose
Now
5/4/06 Banu/Thomas
1440 → C#06
Start Date: 5/4/06    Prescriber: Banu
Stop Date:    RX #:

VAsotec 20mg
Q Am X 30 days
0700 → 5/4 CmB
Renew p 30 days
Start Date: 5/4/06    Prescriber: Banu/Philmore nc
Stop Date: 6/2/06    RX #:

VAsotec 10mg
PO Q HS X 30 days
2000 →
Renew p 30 days
Start Date: 5/4/06    Prescriber: Banu/Philmore nc
Stop Date: 6/2/06    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

VAsotec 10mg
PO X 1 dose
Now
1530 → JN
Start Date: 5/3/06    Prescriber: Banu/Philmore nc
Stop Date:    RX #:

Diagnosis

Allergies
NKA

Housing Unit: 6A11
Patient ID Number: 199 225
Patient Name:
Hicks, Charles

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| Gcasb | JN | C Thomas | CT | 1. Discontinued Order |
| | | Lee Johnson Lvn | Q | 2. Refused |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth: 11/2/61

| Facility Name: FLYC | | | | | | | | | | | | Month/Year of Charting: 9/06 | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

HCTZ 25mg = po 6A
qd x 90 days

not KOP   mr

Hour 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

Start Date: 9/13/06   Prescriber: Corbier, MD
Stop Date: 12/13/06   RX #:

Lisinopril 20mg = 6A
po qd x BID x 6p
90 days
not KOP   mr

Hour 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

Start Date: 9/13/06   Prescriber: Corbier, MD
Stop Date: 12/13/06   RX #:

Ask inmate to   F
return card of   4
Lisinopril 20mg re-   I
ceived 9/9/06   mr

Hour 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

Start Date:   Prescriber:
Stop Date:   RX #:

Hour 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

Start Date:   Prescriber:
Stop Date:   RX #:

Hour 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

Start Date:   Prescriber:
Stop Date:   RX #:

Hour 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

Start Date:   Prescriber:
Stop Date:   RX #:

Diagnosis

Allergies
NKDA

Housing Unit:
Patient ID Number: 246241
Patient Name:
Hicks, Charles

Date of Birth: 11/2/61

Nurse's Signature: M Robinson RN  Initial: mr
Nurse's Signature: J Parker RN  Initial: sp

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: | Frank Lee Youth Center | Month/Year of Charting | 09/06 |
|---|---|---|---|

**Maxzide 75-50MG Tab    30.00**

Take 1 tablet(s) by mouth daily

KOP

| Start Date: 05-22-2006 | Prescriber: Lassiter, L. |
| Stop Date: 11-17-2006 | RX #: 251540566 |

D/C 9/12/06

---

**Aspirin EC 325MG EC Tab    30.00**

Take 1 tablet(s) by mouth daily

KOP

| Start Date: 05-22-2006 | Prescriber: Lassiter, L. |
| Stop Date: 11-17-2006 | RX #: 251540568 |

Charles Hicks   #30 9/16/06

---

**Glucotrol 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

KOP

| Start Date: 05-22-2006 | Prescriber: Lassiter, L. |
| Stop Date: 11-17-2006 | RX #: 251540569 |

Charles Hicks   #30 9/16/06

---

**Mevacor 40MG Tab    15.00**

Take one-half (1/2) tablet(s) by mouth daily

20mg   KOP

| Start Date: 05-22-2006 | Prescriber: Lassiter, L. |
| Stop Date: 11-17-2006 | RX #: 251540573 |

Charles Hicks   #30 9/16/06

---

Lisinopril 20mg
po QD

KOP

| Start Date: 8 5 06 | Prescriber: Howard |
| Stop Date: 2 5 07 | RX #: |

Charles Hicks   #30 9/9/06

---

Bactrim DS i po
Bid

| Start Date: 9 22 06 | Prescriber: Mabood |
| Stop Date: 10 2 06 | RX #: |

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | J. Parker, LPN | | 1. Discontinued Order |
| Allergies  NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: Population | | | | | 6. Self Administered |
| Patient ID Number: 246241 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| **Hicks, Charles** | | | | | 9. No Show |
| | | Date of Birth | 11 2 61 | | 10. Other |

## Drug Interaction Report
Generated: 9/6/2006 6:07:44 PM

**To: Corbier, Paul**

**Facility: Frank Lee Youth Center**

**Housing Unit: Population**

**Patient Name: Hicks, Charles**

**ID Number: 246241**

**Drug Name: Lisinopril / 20MG / Tab**

**Severity: Major**

**Interaction: Lisinopril / 20MG / Tab with Maxzide 75-50MG Tab**

Summary: Hyperkalemia, possibly with cardiac arrhythmias or arrest, may occur with the combination of Maxzide and Lisinopril / 20MG / Tab. Serum potassium concentrations should be monitored.

For additional information regarding the potential management of this drug information, please contact the Secure Pharmacy Plus Drug information Center at 1-800-833-2510 x 1724.

Done

This document was produced by Secure Pharmacy Plus exclusively for the use of their clients. Any other distribution is forbidden.

Facility Name: Frank Lee Youth Center

Month/Year of Charting: 08/06

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**Maxzide 75-50MG Tab    30.00**

Take 1 tablet(s) by mouth daily

(KOP)

Start Date: 05-22-2006   Prescriber: Lassiter, L.
Stop Date: 11-17-2006    RX #: 251540566

**Aspirin EC 325MG EC Tab    30.00**

Take 1 tablet(s) by mouth daily

(KOP)

Start Date: 05-22-2006   Prescriber: Lassiter, L.
Stop Date: 11-17-2006    RX #: 251540568

**Glucotrol 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

(KOP)

Start Date: 05-22-2006   Prescriber: Lassiter, L.
Stop Date: 11-17-2006    RX #: 251540569

**Mevacor 40MG Tab    15.00**

Take one-half (1/2) tablet(s) by mouth daily

(KOP)

Start Date: 05-22-2006   Prescriber: Lassiter, L.
Stop Date: 11-17-2006    RX #: 251540573

*Lisinopril 20 mg PO*
*q d x 180 days*

Start Date: 8/5/06   Prescriber: Howard Crisp
Stop Date: 2/5/07    RX #:

Give meds from stock until KOP available.

Start Date:
Stop Date:

Diagnosis

Allergies NKA

Housing Unit: Population
Patient ID Number: 246241
Patient Name:

**Hicks, Charles**

Nurse's Signature

| Documentation Codes |
| --- |
| 1. Discontinued Order |
| 2. Refused |
| 3. Patient out of facility |
| 4. Charted in Error |
| 5. Lock Down |
| 6. Self Administered |
| 7. Medication out of Stock |
| 8. Medication Held |
| 9. No Show |
| 10. Other |

Date of Birth: 11-4-61

Facility Name: Frank Lee Youth Center

Month/Year of Charting: 07/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Vasotec 5MG Tab** 30.00

Take 1 tablet(s) by mouth daily

6A (circled)

| St | Start Date: 06-01-2006 | Prescriber: Robbins, M. |
|---|---|---|
| | Stop Date: 11-27-2006 | RX #: 251575009 |

**Maxzide 75-50MG Tab** 30.00

Take 1 tablet(s) by mouth daily

KOP

6A

Thru 8/28/06 Charles Hicks

| St | Start Date: 05-22-2006 | Prescriber: Lassiter, L. |
|---|---|---|
| | Stop Date: 11-17-2006 | RX #: 251540566 |

**Aspirin EC 325MG EC Tab** 30.00

Take 1 tablet(s) by mouth daily

KOP

6A

Thru 8/28/06 Charles Hicks

| St | Start Date: 05-22-2006 | Prescriber: Lassiter, L. |
|---|---|---|
| | Stop Date: 11-17-2006 | RX #: 251540568 |

**Glucotrol 10MG Tab** 30.00

Take 1 tablet(s) by mouth daily

KOP

6A

Thru 8/28/06 Charles Hicks

| St | Start Date: 05-22-2006 | Prescriber: Lassiter, L. |
|---|---|---|
| | Stop Date: 11-17-2006 | RX #: 251540569 |

**Mevacor 40MG Tab** 15.00

Take one-half (1/2) tablet(s) by mouth daily

KOP

6A

Thru 8/28/06 Charles Hicks

| St | Start Date: 05-22-2006 | Prescriber: Lassiter, L. |
|---|---|---|
| | Stop Date: 11-17-2006 | RX #: 251540573 |

| | Start Date: | Prescriber: |
|---|---|---|
| | Stop Date: | RX #: |

Diagnosis

Allergies NKDA

Housing Unit: Population
Patient ID Number: 246241
Patient Name:

**Hicks, Charles**

Date of Birth: 11-2-61

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| S. Taylor RN | St | William RN MD | 6 | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Facility Name: KCF

Month/Year of Charting: 6/06

Vasotec 5 mg p.o.
QD X180 days

(Enalapril)

Charles Sperling

given 6-30-06 DO

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 5/31/06   Prescriber: Dr. Robbins
Stop Date: 11/30/06   RX #:

Diagnosis

Allergies
KDA

Unit: POP
Number: 346241

S, Charles

Date of Birth: 11-02-61

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

I of II

| Facility Name: KCF | | | | | | | | | | | | | Month/Year of Charting: 6/06 | | | | | | | | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**Maxzide 75/50** 0300
po qd x180d DP
(Triamterene-HCTZ)
Charles Hicks
6/24/06 #30
Start Date: 5-19-06   Prescriber: LR
Stop Date: 11-20-06   RX #:

**ECA 325mg** 0300
ī po qd x180d KOP
Charles Hicks
6/24/06 #30
Start Date: 5-19-06   Prescriber: LR
Stop Date: 11-20-06   RX #:

**Glucotrol 10mg** 0300
ī po qd x180d KOP
Charles Hicks
6/24/06
(Glipizide)
Start Date: 5-19-06   Prescriber: LR
Stop Date: 11-20-06   RX #:

**Mevacor 20mg** /500
ī po qd x180d KOP
Charles Hicks
given 6-3-06
(Lovastatin)
Start Date: 5-19-06   Prescriber: LR
Stop Date: 11-20-06   RX #:

**AFC BID x 30d** K
use as directed O
thin layer P Given 5-19-06
Start Date: 5-19-06   Prescriber: LR
Stop Date: 6-19-06   RX #:

**Vit. A&D oint.** K
use as directed O
BID x 30d P Given 5-19-06
Start Date: 5-19-06   Prescriber: LR
Stop Date: 6-19-06   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies NKDA | | | N. Hugley | MH | 2. Refused |
| | Bramt LPN | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 246241 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of facility |
| | | | | | 8. Medication Hold |
| | | | | | 9. No Show |

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Hicks, Charles | **Inmate Number:** | 246241HI |
| **Service Authorized:** | X-Ray: Doppler Study - Standard Cost | **Effective Dates:** | 10/18/2006 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Staton Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 16609600 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| **The consulting physician should complete this section.**<br>**The completed form will be sealed in the attached envelope and**<br>**returned with an officer to the correctional facility.** |
|---|

| **Clinical Summary or Attached Report** |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | |
|---|---|---|
| Signature of Consulting Physician: | Date | Time |
| Reviewed and Signed By<br>Medical Director: | Date | Time |

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Hicks, Charles | Inmate Number: | 246241HI |
|---|---|---|---|
| Service Authorized: | Office Visits: Op General Specialty Referral | Effective Dates: | 10/13/2006 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Staton Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 16589490 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| The consulting physician should complete this section. The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility. |
|---|

| Clinical Summary or Attached Report |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | | Date | Time |
|---|---|---|---|
| Reviewed and Signed By Medical Director: | | Date | Time |

10/13/2006

*(must be complete and legible) You must type... ee Authorization Letter to the service provider a... ...r of the Appointment*
Please send this for...

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Hicks, Charles | 10/12/06 |

| Site Phone # | Alias: (Last, First,) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 567-1548 | | 1/02/61 |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| (334) 567-1538 | 246241 | 4/13/06 |

| Will there be a charge? | Sex | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|---|
| ☑ Yes ☐ No | ☑ Male ☐ Female | 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 | 11/20/08 |

**Responsible party:** ☑ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☐ Physician  ☐ NP, PA  ☐ Dental

Paul Corbier

Facility Medical Director Signature and Date:

[signature] 10/12/06

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☑ Routine  ☐ Urgent

Estimated Date of Service (mm/dd/yy)  ___/___/___
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:  ☐ Radiation therapy  ☐ Chemotherapy
Number of Visits/Treatments: _____  ☐ Other:____

Specialist referred to: Harshberger Orthotics

Type of Consultation, Treatment, Procedure or Surgery:

Request for Diabetic Shoes

Diagnosis: (1) DM (2) Elephantiasis (3) Venous insufficiency

ICD-9 code:

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**

44 y.o. DT ē H/O Diabetes type II in 2003. Pt. has had chronic foot problems 2nd marked swelling of lower extremities.

**Results of a complaint directed physical examination:**

Legs
- Swelling (L) leg (chronic) ē evidence of venous stasis
- 'DP' pulses fairly intact
- ↓ loss of protective sensation per monofilament testing

**Previous treatment and response (including medications):**
- Venous doppler ordered → results pending
- Lymphedema A/O
- Diuresis ē diuretics
- A1C - 7.6 (last one)
- On hypoglycemic meds

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:
☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required:

_____ ___/___/___ (mm/dd/yy)

---

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

---

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| | | | |

05a - UM Referral review form

E. Ellis, RN, DON
10-13-06

 FAXED AM 10/13/06

must be complete and Legible. You must type o...
Please send this for ...e Authorization Letter to the service provider a...  of the Appointment
PHS

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Staton 843 | Hicks, Charles | 10.13.06 |
| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
| (334) 567-1548 | | 11.02.06 |
| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
| (334) 567-1538 | 246241 | 4.13.06 |
| | SS Number | Potential Release Date: (mm/dd/yy) |
| Will there be a charge? ☐ Yes ☐ No   Sex ☑ Male ☐ Female | 420.90.0383 | 11.20.08 |

Responsible party: ☑ PHS  ☐ Auto Ins.   ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )   ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☑ Physician   ☐ NP, PA   ☐ Dental

Paul Corbier, MD

**Facility Medical Director Signature and Date:**

Paul Corbier    10/13/06

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)   ☑ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)
☑ Routine   ☐ Urgent

Estimated Date of Service (mm/dd/yy)    /    /
**(This starts the approval window for the "open authorization period")**

Multiple Visits/Treatments: ☐ Radiation therapy ☐ Chemotherapy
Number of Visits/Treatments: _____   ☐ Other:_____

Specialist referred to:   FMI

Type of Consultation, Treatment, Procedure or Surgery:

Venous doppler (L) leg

Diagnosis: (L) leg swelling & Pain N/O DVT
ICD-9 code:

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmptoms with Date of Onset:**

Pt. has type 2 Dm, HTN & Chronic swelling (L) leg c some faint pain; While symptoms started several years a he has had ↑ swelling in last few months

**Results of a complaint directed physical examination:**

(L) leg : 3+ Edema picture of Elephantiasis. — Homen's sign equivocal. — Dorsalis Pedis pulse 2+.

**Previous treatment and response (including medications):**

— Diuretic therapy — support stockings.

***For security and safety, please do not inform patient of possible follow-up appointments***

| UM DETERMINATION: | ☐ Offsite Service Recommended and Authorized |
|---|---|
| ☐ Alternative Treatment Plan (explain here): | |
| ☐ More Information Requested: (See Attached) | Date resubmitted: |
| ☐ Resubmitted with requested information. | /    / |

Regional Medical Director Signature, printed name and date required:    /    /  (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

Usa - UM Referral review form

received 10/17/06 M    Faxed 10/17/06



## Integrated Magnetic Imaging

| | |
|---|---|
| **Date:** | **10/25/2006** |
| **Patient:** | **Hicks, Charles** |
| **DOB:** | **11/2/1961** |
| **Physician:** | **P. Corbier, MD** |
| **Tech:** | **Amy Waite, RT** |
| **Chart #:** | **PAT000020360** |
| **Indication:** | **Left leg edema greater than 5 years, painful** |

**SCAN:** Bilateral lower extremity Doppler ultrasound.

**TECHNIQUE:** Bilateral lower extremity venous Doppler was performed in the usual manner.

**FINDINGS:**

Right extremity: The patient had normal compression, augmentation and flow in the deep venous system of the right extremity.

Left extremity: The patient had calcifications and edema in the region of the left posterior tibial vein. There was normal compression, flow and augmentation of the deep venous system of the left extremity.

**IMPRESSION:**

1. Exam negative for DVT in the right leg.
2. Scattered calcifications and edema surrounding the left posterior tibial vein. No thrombus was identified.

Thank you for this patient referral.

P. Kulback, MD
PK/bk
D:10/25/2006
T:10/26/2006

74240 Tallassee Hwy
Wetumpka, AL 36092
Phone: 334-567-8383
Fax: 334-567-1880

www.myimi.org
A Division of Ransom & Heart, Inc.

7094 University Court
Montgomery, AL 36117
Phone: 334-271-1345
Fax: 334-271-1342



BlueCross BlueShield
Preferred Provider



Accredited by the American College of Radiology



## Integrated Magnetic Imaging

| | |
|---|---|
| **Date:** | **10/25/2006** |
| **Patient:** | **Hicks, Charles** |
| **DOB:** | **11/2/1961** |
| **Physician:** | **P. Corbier, MD** |
| **Tech:** | **Amy Waite, RT** |
| **Chart #:** | **PAT000020360** |
| **Indication:** | **Left leg edema greater than 5 years, painful** |

**SCAN:** Bilateral lower extremity Doppler ultrasound.

**TECHNIQUE:** Bilateral lower extremity venous Doppler was performed in the usual manner.

**FINDINGS:**

Right extremity: The patient had normal compression, augmentation and flow in the deep venous system of the right extremity.

Left extremity: The patient had calcifications and edema in the region of the left posterior tibial vein. There was normal compression, flow and augmentation of the deep venous system of the left extremity.

**IMPRESSION:**

1. Exam negative for DVT in the right leg.
2. Scattered calcifications and edema surrounding the left posterior tibial vein. No thrombus was identified.

Thank you for this patient referral.

P. Kulback, MD
PK/bk
D:10/25/2006
T:10/26/2006

74240 Tallassee Hwy
Wetumpka, AL 36092
Phone: 334-567-8383
Fax: 334-567-1880

7094 University Court
Montgomery, AL 36117
Phone: 334-271-1345
Fax: 334-271-1342

www.myimi.org
A Division of Ransom & Heart, Inc.





## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM
Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

### DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: Staton 843 | Patient Name: (Last, First) Hicks, Charles | Date: (mm/dd/yy) 10.03.06 |
| Site Phone # (334) 567-1548 | Alias: (Last, First) | Date of Birth: (mm/dd/yy) 11.02.61 |
| Site Fax # (334) 567-1538 | Inmate # 246241 | PHS Custody Date: (mm/dd/yy) 4.13.06 |
| Will there be a charge? ☑ Yes ☐ No   Sex ☑ Male ☐ Female | SS Number 420.90.0383 | Potential Release Date: (mm/dd/yy) 11.20.28 |

Responsible party: ☑ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

### CLINICAL DATA

Requesting Provider:  ☐ Physician  ☑ NP, PA  ☐ Dental
Megan Mahood, CRNP

Facility Medical Director Signature and Date:
Paul Corbier 10/3/06

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)  ☑ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☐ Routine  ☐ Urgent

Estimated Date of Service (mm/dd/yy) ___/___/___
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:  ☐ Radiation therapy  ☐ Chemotherapy
Number of Visits/Treatments:  ☐ Other:

Specialist referred to:  IMI

Type of Consultation, Treatment, Procedure or Surgery:
(B) Venous doppler of lower extremity

Diagnosis: Peripheral Vascular disease
ICD-9 code:

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

History of illness/injury/symptoms with Date of Onset:
45 y.o. male w/ history of (B)LE pitting edema progressive since 1982 ≈ assoc. dry/scaly skin and c/o intermittent claudication.
PMH: HTN, DM II

Results of a complaint directed physical examination:
↓ DP/PT pulses (B) +1/+2 ≈ +2 - +3
(B) LE pitting edema prog. to (B) patella region. Dry scaly/hyperkeratotic skin (B)LE ≈ thick ingrown toenails (+) Homan's sign

Previous treatment and response (including medications):
① Elevation (B) LE ③ MTX OB ④ Lasix 40 mg PO QAM

10.05 (B) OB QAM

***For security and safety, please do not inform patient of possible follow-up appointments***

### UM DETERMINATION:
☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.   Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required:

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| OP | IL | 93965 | 1657367 |

OS3 - UM Referral Review Form

E. Ellis, RN, Dqn

# InterQual
## S m a r t S h e e t s ™

**2005 - Imaging Criteria**
Venogram

Authorization#

PATIENT: Name _Charles Hicns_  D.O.B. _11/3/61_  ID# _246241_  GROUP#

CPT/ICD: Code _____  Facility _Staton_  Service Date _____

PROVIDER: Name _Dr Paul Corbier_  ID# _____  Phone# _____

Signature _Paul Corbier_  Date _____

**ICD-9-CM:** 88.60, 88.66, 88.67
**CPT:** 75820, 75822

## INDICATIONS (choose one and see below)

- [ ] **100 Suspected lower extremity DVT**
- [ ] **200 Suspected upper extremity DVT**
- [x] **300 Evaluation of venous patency**
- [ ] **400 Preoperative evaluation of varicosities**
- [ ] **500 Mapping of the venous system prior to bypass surgery**
- [ ] *Indication Not Listed (Provide clinical justification below)*

**100 Suspected lower extremity DVT(BOTH)**
- [ ] 110 Sx/findings(TWO)
  - [ ] 111 Pain/tenderness in thigh/calf/ankle
  - [ ] 112 Edema/swelling in thigh/calf/ankle
  - [ ] 113 Homan's sign positive
  - [ ] 114 D−dimer assay positive
  - [ ] 115 High−risk for DVT
- [ ] 120 Duplex US(ONE)
  - [ ] 121 Nondiagnostic for lower extremity DVT
  - [ ] 122 Not feasible

**200 Suspected upper extremity DVT(BOTH)**
- [ ] 210 Sx/findings(TWO)
  - [ ] 211 Pain/tenderness in arm/forearm
  - [ ] 212 Edema/swelling in arm/forearm
  - [ ] 213 D−dimer assay positive
- [ ] 220 Duplex US(ONE)
  - [ ] 221 Nondiagnostic for upper extremity DVT
  - [ ] 222 Not feasible

**300 Evaluation of venous patency(BOTH)**
- [x] 310 New Sx/findings
- [ ] 320 Post vascular reconstruction/angioplasty/thrombolysis

**400 Preoperative evaluation of varicosities**

*InterQual® criteria are intended solely for use as screening guidelines with respect to the medical appropriateness of healthcare services and not for final clinical or payment determinations concerning the type or level of medical care provided, or proposed to be provided, to a patient.

Proprietary material protected by intellectual property laws. Use permitted only by and subject to license with McKesson Corporation and/or one of its subsidiaries. Copyright ©2005 McKesson Corporation and/or one of its subsidiaries, CPT only ©2004 American Medical Association. All rights reserved.

# MᶜKESSON



**LabCorp**
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 264-205-5298-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #:  1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

FLYC                    FASTING: Y
                        DOB: 11/02/1961

| CLINICAL INFORMATION |
|---|
| CD- 41147612641 |

| PHYSICIAN ID. CORBIER P | PATIENT ID. 246241 |
|---|---|

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HICKS,CHARLES | M | 44 / 10 |

PT. ADD.:

**ACCOUNT:**  Staton Correctional Facility
Prison Health Services
PO BOX 56
Elmore                    AL   36025-0000
**ACCOUNT NUMBER:**   01308900

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 9/21/2006 | 7:52 | 9/21/2006 | 9/22/2006 | 8:33 | 8042 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

Microalbumin, Random Urine
>    Microalbum.,U,Random      22.2H  ug/mL          0.0 - 17.0    MB

LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

| Pat Name:  HICKS,CHARLES | Pat ID: 246241 | Spec #:  264-205-5298-0 | Seq #: 8042 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

# FINGER STICK BLOOD RECORD FORM

NAME: _Hicks, Charles_

INSTITUTION/FACILITY: _KCF_

I.D. # _246241_    D.O.B.: _11-2-61_

CELL SITE: _____

PHYSICIAN ORDER/INSTRUCTIONS: _BSVS 3A + 3p x 3d_

| DATE | TIME | INITIALS | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTIONS TAKEN/COMMENTS |
|------|------|----------|---------------------|-------------------------------------|----------|---|------------------------|
| 5-31 | 1500 | 8 | 143 | | | | |
| 6/1 | 0047 | RW | 142 | | | | |
| 6/1 | 1800 | PP | 101 | | | | |
| 6/2 | 0400 | Cy | 117 | | | | |
| 6/2 | 1600 | 8 | 104 | | | | |
| 6/3 | 1800 | LM | 116 | | | | |
| 6/4 | 1500 | LM | 119 | | | | |
| 6/5 | 0400 | OD | 90 | | | | |
| 6/5/06 | 1500 | RF | 87 | | | | |
| 6/6 | 0400 | RW | 110 | | | | |
| 6/6 | 1500 | LM | 99 | | | | |
| 6/7 | 0400 | RW | 101 | | | | |
| 6/7 | 1500 | 8 | 93 | | | | |
| 6/8 | 0900 | RW | 100 | | | | |
| 6/8 | 1500 | AD | 134 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*Check if results called to physician.

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |
| | | |

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |
| | | |

60415



ID:    #STAT#060525071317

05/25/2006 7:13:16

SINUS RHYTHM
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE **
WITHIN NORMAL LIMITS

Summary: NORMAL ECG

* Unconfirmed Analysis

D.O.B.: 11/2/41
Meds:
Class:
Dr.:
Tech:

| Vent. Rate: | 65 | bpm |
| RR Interval: | 914 | ms |
| PR Interval: | 156 | ms |
| QRS Duration: | 98 | ms |
| QT Interval: | 388 | ms |
| QTc Interval: | 396 | ms |
| QT Dispersion: | 66 | ms |
| P-R-T AXIS: | 1° | -4° | 31° |

QTc=Hodges

L: 10 mm/mV
C: 10 mm/mV

25 mm/s

**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

**LabCorp** Laboratory Corporation of America

| SPECIMEN 142-205-5362-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

**ADDITIONAL INFORMATION**

PE18
5/19

FASTING: N
DOB: 11/02/1961

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HICKS,CHARLES | M | 44 / 6 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/22/2006 | 11:05 | 5/22/2006 | 5/23/2006 | 9:31 | 957 |

**CLINICAL INFORMATION**
CD- 41139331447

| PHYSICIAN ID. ROBBINS M | PATIENT ID. 246241 |
|---|---|

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs          AL   36507-0000
ACCOUNT NUMBER:   01306900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| CMP14+LP+5AC | | | |
| Chemistries | | | MB |
| > Glucose, Serum | 132 H | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 5.4 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 15 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.3 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 12 | | 8 - 27 | |
| Sodium, Serum | 138 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.6 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 101 | mmol/L | 96 - 109 | MB |
| Carbon Dioxide, Total | 20 | mmol/L | 20 - 32 | MB |
| Calcium, Serum | 10.1 | mg/dL | 8.5 - 10.6 | MB |
| > Phosphorus, Serum | 5.0 H | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 8.0 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.3 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.7 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.2 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.2 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 88 | IU/L | 25 - 150 | MB |
| LDH | 194 | IU/L | 100 - 250 | MB |
| AST (SGOT) | 26 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 41 | IU/L | 0 - 55 | MB |
| > GGT | 75 H | IU/L | 0 - 65 | MB |
| Iron, Serum | 57 | ug/dL | 40 - 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| > Cholesterol, Total | 217 H | mg/dL | 100 - 199 | MB |
| > Triglycerides | 156 H | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 42 | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 31 | mg/dL | 5 - 40 | |
| > LDL Cholesterol Calc | 144 H | mg/dL | 0 - 99 | |
| Comment | | | | MB |
| If initial LDL-cholesterol result is >100 mg/dL, assess for risk factors. | | | | |
| > T. Chol/HDL Ratio | 5.2 H | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | 1.0 | times avg. | 0.0 - 1.0 | |

```
                              T. Chol/HDL Ratio
                                    Men    Women
                       1/2 Avg.Risk  3.4     3.3
                          Avg.Risk   5.0     4.4
```

| Pat Name: HICKS,CHARLES | Pat ID: 246241 | Spec #: 142-205-5362-0 | Seq #: 957 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page



**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|---|---|---|---|---|---|
| 142-205-5362-0 | S | MB | COMPLETE | Page #: | 2 |

| ADDITIONAL INFORMATION | | | | CLINICAL INFORMATION |
|---|---|---|---|---|

ADDITIONAL INFORMATION

PE18                    FASTING: N
    5/19            DOB: 11/02/1961

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HICKS,CHARLES | M | 44 / 6 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/22/2006 | 11:05 | 5/22/2006 | 5/23/2006 | 9:31 | 957 |

CLINICAL INFORMATION
CD- 41139331447

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 246241 |

ACCOUNT:  Kilby Correctional Facility
          Prison Health Services
          12201 Wares Ferry Road
          Mt. Meigs        AL  36507-0000
ACCOUNT NUMBER:  01306900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| | | 2X Avg.Risk 9.6    7.1 | |
| | | 3X Avg.Risk 23.4   11.0 | |

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

Microalb/Creat Ratio, Randm Ur

| | | | | |
|---|---|---|---|---|
| Creatinine, Urine | 168.8 | mg/dL | Not Estab. | MB |
| > Microalbum.,U,Random | 51.3H | ug/mL | 0.0 - 17.0 | MB |
| > Microalb/Creat Ratio | 30.4H | ug/mg creat | 0.0 - 30.0 | |

Hemoglobin A1c

| | | | | |
|---|---|---|---|---|
| > A1c | 7.6H | % | 4.5 - 5.7 | MB |

Current guidelines recommend a treatment goal of <7% for diabetic
patients.  A1c may be overestimated in diabetic patients exhibiting
poor control and who are also heterozygous or homozygous for HgbS or
HgbC.  Total glycohemoglobin is a better indicator of diabetic control
in patients with these hemoglobin variants.

| TSH | 1.353 | uIU/mL | 0.350 - 5.500 | MB |
|---|---|---|---|---|

LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000



**LabCorp** Laboratory Corporation of America
LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 142-205-5362-0 | S | MB | COMPLETE | Page #:   1 |

**ADDITIONAL INFORMATION**

PE18
5/19

FASTING: N
DOB: 11/02/1961

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HICKS,CHARLES | M | 44  /  6 |

PT. ADD.:

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/22/2006 | 11:05 | 5/22/2006 | 5/23/2006 | 9:31 | 957 |

**CLINICAL INFORMATION**
CD- 41139331447

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ROBBINS M | 246241 |

ACCOUNT:  Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs              AL   36507-0000
ACCOUNT NUMBER:   01306900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP14+LP+5AC | | | | MB |
| Chemistries | | | | |
| > Glucose, Serum | 132 H | mg/dL | 65 – 99 | MB |
| Uric Acid, Serum | 5.4 | mg/dL | 2.4 – 8.2 | MB |
| BUN | 15 | mg/dL | 5 – 26 | MB |
| Creatinine, Serum | 1.3 | mg/dL | 0.5 – 1.5 | MB |
| BUN/Creatinine Ratio | 12 | | 8 – 27 | |
| Sodium, Serum | 138 | mmol/L | 135 – 148 | MB |
| Potassium, Serum | 4.6 | mmol/L | 3.5 – 5.5 | MB |
| Chloride, Serum | 101 | mmol/L | 96 – 109 | MB |
| Carbon Dioxide, Total | 20 | mmol/L | 20 – 32 | MB |
| Calcium, Serum | 10.1 | mg/dL | 8.5 – 10.6 | MB |
| > Phosphorus, Serum | 5.0H | mg/dL | 2.5 – 4.5 | MB |
| Protein, Total, Serum | 8.0 | g/dL | 6.0 – 8.5 | MB |
| Albumin, Serum | 4.3 | g/dL | 3.5 – 5.5 | MB |
| Globulin, Total | 3.7 | g/dL | 1.5 – 4.5 | |
| A/G Ratio | 1.2 | | 1.1 – 2.5 | |
| Bilirubin, Total | 0.2 | mg/dL | 0.1 – 1.2 | |
| Alkaline Phosphatase, Serum | 88 | IU/L | 25 – 150 | MB |
| LDH | 194 | IU/L | 100 – 250 | MB |
| AST (SGOT) | 26 | IU/L | 0 – 40 | MB |
| ALT (SGPT) | 41 | IU/L | 0 – 55 | MB |
| > GGT | 75 H | IU/L | 0 – 65 | MB |
| Iron, Serum | 57 | ug/dL | 40 – 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| > Cholesterol, Total | 217 H | mg/dL | 100 – 199 | MB |
| > Triglycerides | 156 H | mg/dL | 0 – 149 | MB |
| HDL Cholesterol | 42 | mg/dL | 40 – 59 | MB |
| VLDL Cholesterol Cal | 31 | mg/dL | 5 – 40 | |
| > LDL Cholesterol Calc | 144 H | mg/dL | 0 – 99 | |
| Comment | | | | MB |
| If initial LDL-cholesterol result is >100 mg/dL, assess for | | | | |
| risk factors. | | | | |
| > T. Chol/HDL Ratio | 5.2H | ratio units | 0.0 – 5.0 | |
| Estimated CHD Risk | 1.0 | times avg. | 0.0 – 1.0 | |

```
                              T. Chol/HDL Ratio
                               Men   Women
                    1/2 Avg.Risk  3.4    3.3
                        Avg.Risk  5.0    4.4
```

| Pat Name:  HICKS,CHARLES | Pat ID: 246241 | Spec #: 142-205-5362-0 | Seq #: 957 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page





**LabCorp** LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|----------|------|-------------|---------------|---|
| 139-205-5126-0 | S | MB | COMPLETE | Page #: 1 |

ADDITIONAL INFORMATION

NPY18                    FASTING: N
                        DOB: 11/02/1961

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|--------------|-----|---------------|
| HICKS,CHARLES | M | 44 / 6 |
| PT. ADD.: | | |

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|--------------------|------|---------------|---------------|------|---|
| 5/19/2006 | 6:00 | 5/19/2006 | 5/20/2006 | 7:16 | 882 |

CLINICAL INFORMATION
CD- 41139331378

| PHYSICIAN ID. | PATIENT ID. |
|---------------|-------------|
| ROBBINS M | 246241 |

ACCOUNT: Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs                    AL    36507-0000
ACCOUNT NUMBER:    01306900

| TEST | RESULT | | LIMITS | LAB |
|------|--------|---|--------|-----|
| CBC With Differential/Platelet | | | | |
| White Blood Cell(WBC)Count | 5.3 | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.92 | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 14.8 | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 43.3 | % | 36.0 - 50.0 | MB |
| MCV | 88 | fL | 80 - 98 | MB |
| MCH | 30.0 | pg | 27.0 - 34.0 | MB |
| MCHC | 34.1 | g/dL | 32.0 - 36.0 | MB |
| RDW | 14.4 | % | 11.7 - 15.0 | MB |
| Platelets | 323 | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 44 | % | 40 - 74 | MB |
| Lymphs | 39 | % | 14 - 46 | MB |
| Monocytes | 11 | % | 4 - 13 | MB |
| Eos | 5 | % | 0 - 7 | MB |
| Basos | 1 | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 2.3 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 2.1 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.6 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.3 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.2 | MB |

LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham, AL 35233-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report





**PRISON
HEALTH
SERVICES
INCORPORATED**

### DEPARTMENT OF CORRECTIONS

# DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
|                   |       |        |     |     |        |

PHS-MD-70022

DEPARTMENT OF CORRECTIONS

MENTAL HEALTH SERVICES

# DENTAL RECORD

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|



Date of Initial Examination  5·19·06

Initial Classification

| Oral Pathology | Gingivitis | |
| | Vincent's Infection | |
| | Stomatitis | |
| | Other Findings | |
| Occlusion | | |
| Roentgenograms | Periapical | |
| | Bitewing | |
| | Other | |

**Health Questionnaire**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☒ | Rheumatic Fever | ☐ | ☒ | V.D. |
| ☐ | ☒ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☒ | Hepatitis |
| ☐ | ☒ | Present Medication | ☐ | ☒ | Anemia or Bleeding Problems |
| ☐ | ☒ | Epilepsy | ☐ | ☒ | Heart Disease |
| ☐ | ☒ | Asthma | ☒ | ☐ | High Blood Pressure |
| ☒ | ☐ | Diabetes | ☐ | ☒ | Kidney Disease |
| ☐ | ☒ | HIV | ☐ | ☒ | Other Disease |

| SERVICES RENDERED | | | | | | |
|---|---|---|---|---|---|---|
| **Date** | **Tooth #** | **DX** | **TX** | | **Initials** | **Class** |
| 5-19-06 | Fm | | OHI | | 98 M | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hicks, Charles | 246241 | 11-2-61 | B | KCF |

PHS-MD-70015

# ALABAMA DEPARTMENT OF CORRECTIONS

## PROBLEM LIST

INMATE NAME _Hicks, Charles_          AIS# _246241_

Medication Allergies: _NKA_

Medical: Chronic (Long-Term) Problems
Roman Numerals for Medical/Surgical

Mental Health Code: SMI  HARM  HIST  NONE
Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 5/19/06 | HTN | | | |
| 5/19/06 | Dm II | | | H |
| 5/20/6 | PPd ✓ams | | | H |
| | | | | WW |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**If Asthmatic label:  Mild – Moderate – or Severe.



KILBY CORRECTIONAL FACILITY
C A N T E E N   S A L E S   R E C E I P T

HICKS, CHARLES

-------------------------------------------------------------------
                      246241   B/M   6/02/2006   3:35PM   TRANS NR   98845

LI    ITEM   ISSUE
      NBR    QTY      DESCRIPTION            UI      UNIT        EXTENDED
-------------------------------------------------------------------      COST         COST

1     934      1     HONEY BUN
                                            EA      $.67
              **** LAST ITEM ****                              $.67

                                                          ==========

                              TOTAL PURCHASES          $.67

OLD PMOD BALANCE         .70   TOTAL PURCHASE      .67   NEW PMOD BALANCE       .03
TOTAL APPLIED TO WEEKLY LIMIT       .00   POSTED BY: INMATE WORKERS

I CERTIFY THAT I RECEIVED ALL ITEMS AND QUANTITIES LISTED ABOVE.

_Charles Hicks_
SIGNATURE                        _____
                                     DATE

                                          BED NBR: M   074B

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: 7/5/06   Time: _____   Facility: ELYC

Check all applicable CIC's being evaluated:
Card/HTN _X_ DM _X_ GI __ ID __ PUL __ SZ __ TB __

Maternal Grandmother has h/o Steph

HTN & DM    HTN ONSET 1992    DM ONSET 2003    mother HTN & DM    father - HT

**SUBJECTIVE:** "getting regular food, but aware orders is for 2200 cal ADA diet. Walk approx 2 miles QD. Denies tobacco use. Mother h/o DM HTN + Eye exam c
Kilby 05/06. Mevacon 1 stone last week.   Out q 2 mph pal X 2 mth.

**OBJECTIVE:** BP 140/90   HR 64   RR 20   Temp 98   Wt 252   Peak Flow _____   02 SAT 97 50

05/31 to Note: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
b/d Glucose X 30 days   Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Glucose range 87-143   Cardiopulmonary, abdomen, extremities.; ID-all systems; PUL-HEENT,
    Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.   NKA

meds
MAXZIDE 75/50    138 | 101 | 15 | (132)   EYE EXAM 05/06 @ KILBY
EC ASA 325 mg    4.6 | 20 | 1.3          CXR 5/4/06
Glucotrol                                Fundi- Clear
Mevacon 20mg QD   Total Chol. 217↑   Urine CR. 16.8, 8↑   SI - Sg - auscultated RRR
Vasotec (Enalapril)  TRG 156↑   Microalb 51.3↑   Chest symmetric & clear
5mg QD            HDL 42    HgbA1C 7.6↑       A/P
                  VLDL 31    TSH 1.353     abd soft c @ BS present
                  LDL 144↑   EKG 05/06 NSR   Toenail grossly thick & distorted
                                           BPP 3/4 C R L   Block

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's Visit. Degree of Control: G=Good, F=Fair, P=Poor   Status: I=Improved, S=Stable, W=Worsened

| DM | | | | HTN/CARD | | | | SZ | | | | PUL | | | | ID | | | | GI | | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | | Degree of Control | | | | Degree of Control | | | | Degree of Control | | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | (F) | P | | G | (F) | P | | G | F | P | | G | F | P | | G | F | P | G | F | P | G | F | P |
| Status | | | | Status | | | | Status | | | | Status | | | | Status | | | Status | | | Status | | |
| I | S | W | | I | S | W | | I | S | W | | I | S | W | | I | S | W | I | S | W | I | S | W |

**PLAN:** ① ↑ Activities ↓ weight by 10 lbs (2 lbs weight loss per week)
② Diet - Counsel on 2200 cal ADA
③ # Lisinopril to 20mg QD & dic Vasotec   ⑤ AI Elephantiasis
④ DM - BS = 2X/Day X 30 days   ⑥ Check feet   Yes QD

F/U: Routine 90 days: _X_   Other _____
① Check lipid & Microalbumenia.   Problem List Updated? Yes  No

Physician/NP/PA: B. Howard CRNP

NAME: Hicks Charles,

GENDER: M

RACE: B

AIS#: 246241

DOB: 11-2-61

(Revised 2/28/05)

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# MONOFILAMENT TESTING FOR DIABETICS

Fill in the following blanks with a "Y" or "N" to indicate findings

| | RIGHT | LEFT |
|---|---|---|
| Is there a foot ulcer now? | N | N |
| Is there a history of foot ulcer? | N | N |
| Is there an abnormal shape of the foot? | N | N |
| Is there a toe deformity? | N | N |
| Are the toenails thick or ingrown? | N | N |
| Is there callus buildup? | Yes | Yes |
| Is there swelling? | No | No |
| Is there elevated skin temperature? | Yes(m2Li) | Yes |
| Is there muscle weakness? | N | N |
| Can the inmate see the bottom of feet? | N | N |
| Is the inmate wearing improperly fitting shoes? | Yes | Yes |
| Does the inmate use footwear appropriate? | No Yes | No Yes PH |
| Pulses?  3/2  (4/4) | Yes | Yes |
| DP/PT | +3 | +2 |

Note the level of sensation in the circles:  (+) → Can feel the 5.07 filament (-) → Can't feel the 5.07 filament



RIGHT                    LEFT                    Elephantiasis

Skin Conditions on the Foot or Between the Toes:
Draw in: Callous [grid], Pre-ulcer [grid], Ulcer [filled] (note length and width in cm)
Label with:  **R** - Redness,  **M** - Maceration, **D** - Dryness, **T** – Tinea

### Risk Category:

_____ 0  No loss of protective sensation.
_____ 1  Loss of protective sensation
_____ 2  Loss of protective sensation with either high pressure (callous/deformity), or poor circulation.
_____ 3  History of plantar ulceration, neuropathic fracture (Charcot foot) or amputation.

Education done about  BHH  Yes  Education Received

| Name | ABS-NO | Date | By |
|---|---|---|---|
| Harris, Charles | 246241 | 07/05/06 | G. Howard, CP |

60916-Al

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## FINGER STICK BLOOD RECORD FORM

NAME: _Hicks, Charles_

INSTITUTION/FACILITY: _KCF_

CELL SITE: _____

I.D. # _246241_

D.O.B.: _11/2/61_

PHYSICIAN ORDER/INSTRUCTIONS: _BSVS 3A & 3p X 3d_

| DATE | TIME | INITIALS | BLOOD SUGAR RESULTS | URINARY KETONE LEVEL (if required) | INITIALS | * | ACTIONS TAKEN/COMMENTS |
|------|------|----------|---------------------|-----------------------------------|----------|---|------------------------|
| 3-19 | 15W | UT | 105 | | | | |
| 5/20 | 0400 | CA | 127 | | | | |
| 5/20 | 15W | PW | 101 | | | | |
| 5/21 | 0400 | CB | 128 | | | | |
| 5/21 | 15W | UN | 118 | | | | |
| 5/20/01 | 0330 | | | | | | |
| 5/22 | 1500 | PW | 102 | | | | |
| 5/23 | 0330 | aB | 103 | | | | |
| | | | 115 | | | | |
| 5/24 | 0400 | | 107 | | | | |
| 5/24 | 1500 | UAD | | | | | |
| 5/25 | 040 | SS | 133 | | | | |
| 5/25 | 1500 | AP | 110 | | | | |
| 5/26 | 0400 | CB | 93 | | | | |
| 5/26 | 1500 | 8 | 121 | | | | |
| 5/27 | 0400 | CD | 103 | | | | |
| 5/27 | 1500 | 8 | 117 | | | | |
| 5/28 | 040 | CA | 134 | | | | |
| 5/28 | 040 | CA | 118 | | | | |
| 5/24 | 1500 | MW | 116 | | | | |
| 5/30 AM | 0430 | CON | 92 | | | | |
| 6/30 | 1500 | 8 | 105 | | | | |
| 5/31 | MW | PW | 117 | | | | |
| | | | 124 | | | | |

*Check if results called to physician.

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |
| | | |
| | | |

| Date | Initials | Signatures |
|------|----------|------------|
| | | |
| | | |
| | | |
| | | |
| | | |

60415

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: 5/24/06 _____ Time: _____ Facility: Kilby Correctional Facility

Check all applicable CIC's being evaluated: __Card/HTN __DM__GI__ID__PUL__SZ __TB

## SUBJECTIVE:

## OBJECTIVE: BP 140/100 HR 72 RR 16 Temp 98 Wt 260 Peak Flow ____
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

1) DM            no c/o.
2) HTN     Labs 5/06 ok, A, c (initial) 7.7       Maxzide 75/50 mg #P.O. QD
           mild urin protein - chol ~ 217         KSA EC 325 g #P.O. QD
        Lungs clean. Heart RRR s̄ (m)              Glucotrol 10 mg #P.O. QD
        (+) edema (L) leg (chronic, familial)     Mevacor 50 mg #P.O. QD
                                                    , (-) (R) leg.

## ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| (G) | F | P | G | (F) | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | (S) | W | I | (S) | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN: 1) add ACE         3) Re ✓ A, c next time
      2) ↓ wt, ↑ activity  4) Re ✓ lipids in 6 mos.

F/U: Routine 90 days: __✓__ Other _____

Problem List Updated:  Yes      No

_____
Physician/NP/PA

Hicks, Charles
_____
NAME

male
_____
GENDER

(B)/W
_____
RACE

246244
_____
AIS#

11-2-61
_____
DOB

(Revised 2/28/05)



DEPARTMENT OF CORRECTIONS
NURSE'S
# CV/HTN CHRONIC CARE CLINIC

**S: CHRONIC CARE CLINIC**

| | | | |
|---|---|---|---|
| **DATE/TIME** 5/24/06 @ 0802 | | | **ALLERGIES** NKDA |
| O: VS T 98 P 72 R 16 WT 260 | | | |
| BP 140/100 | **IF BP > 140/90 REFER TO MD/NP/PA** | | HX a treadmill? Y (N) |
| Do you smoke? | | Y (N) | Date: |
| Use salt? | | Y (N) | HX bypass surgery: Y (N) |
| Family History of CVHTN? Mother & Father | | (Y) N | Date: |
| Obese? | | (Y) N | |
| Stress? | | Y (N) | |
| Blurred vision | | Y (N) | |
| Headache | | Y (N) | |
| Fatigue | | Y (N) | |
| Muscle weakness | | Y (N) | |
| Polyuria | | Y (N) | |
| Epistaxis | | Y (N) | |
| S.O.B. | | Y (N) | |
| Compliant with meds | | (Y) N | **P: LABS REVIEWED** |
| KOP | | (Y) N | Labs ordered |
| Counseled on risk factors Race - Af. Am | | (Y) N | Last CMP-14 5/23/06 |
| Describe: Age ↑ arteries elastic (Non modifiable) Gender - M heredity | | | Last EKG |
| Modifiable - smoking Sedentary lifestyle - wt management eating habits (salt, fat, etc) | | | |
| Labs/EKG WNL NA | | (Y) N | |
| CXR if over 50 | | Y N | |
| Education Done | | (Y) N | |
| Topic: Healthy Lifestyle Maintenance | | (Y) N | |
| Recently admitted to hospital/infirmary | | Y (N) | **CURRENT MEDICATIONS:** |
| Notes: Educational material given Continue c HTN teaching PRN Encourage inmate to take meds as prescribed, & to exercise regularly & comply c recommended diabetic diet | | | maxzide 75/50 mg 1 p.o. QD Mevacor 20mg p.o. QD |

| | |
|---|---|
| | **Status:** (circle) IMPROVED UNCHANGED WORSENED |
| | **Level of Control:** (circle) GOOD    FAIR    (POOR) |
| | **CCC WITH NURSE** (circle) 1, 2, (3) Months |
| | **CCC WITH MD** (circle) 1, 2, 3, 4, 5, 6 Months |

| **INMATE NAME** Hoke, Charles | **NUMBER** 246241 | **AGE** 44 | **RACE/SEX** B/M | **SIGNATURE:** Charles Hicks |
|---|---|---|---|---|

Control    Good---BP < 140/90
Fair-----BP 140-160/90/100
Poor----BP > 160/100

Status:    Improved---BP< previous visit
Unchanged—BP unchanged
Worsened----BP increased,

PRISON HEALTH SERVICES INCORPORATED

DEPARTMENT OF CORRECTIONS
NURSE'S
# DIABETIC CHRONIC CARE CLINICS

S: DAY CHRONIC CARE CLINIC

**DATE /TIME:** 5/31/06 @ 0800

O: VS T 98 P 72 R 16

BP 140/100 WT 260

| Any reactions: | | | ALLERGIES |
|---|---|---|---|
| | | | N/A |
| Thirst, vomiting, or abdominal pain | Y | (N) | TYPE I    (TYPE II) |
| Skin or foot problems: | Y | (N) | |
| Foot exam done: | Y | (N) | |
| Rotation of injection sites | (Y) | N | |
| Changes in eyes (N/A) | Y | N | |
| Dietary compliance: | Y | (N) | |
| Noncompliant---Education done | (Y) | N | P: LABS |
| Medication compliant | (Y) | N | |
| Noncompliant---Education done | Y | N | Last HgbA1C: |
| Tremors | Y | (N) | Date 5/23/06 Result 7.6% |
| Reviewed canteen list | | | |
| Compliant | (Y) | N | |
| If noncompliant, education done | (Y) | N | |
| Infirmary or hospital since last CCC visit | Y | N | |
| If yes, date | Y | (N) | ORDERS: |
| Review of FLU vaccine | Y | N | |
| Review of Pneumovax | Y | N | |
| Fundoscopic exam  eye clinic - referral 5/8/06 | Y | N | |
| Annual Diabetic Checklist updated | Y | N | |

NOTES:

Educational material given

In 3 mos time A1C

will L 7% + in more

will be consistent c diet,

med compliance + exercise

| | | MEDICATION: |
|---|---|---|
| | | Glucotrol 10mg p.o. QD |
| | | ASA EC 325 mg p.o. QD |

**Status:** (circle)
Improved, Unchanged, Worsened

**Control:** (circle)
Good, Fair, Poor

**CCC NURSE** (circle)
EVERY 1, 2 (3) months

**CCC WITH MD** (circle)
1, 2 (3) 4, 5, 6 months

Education done:  A socks TID  cut toe nails straight across  (Y) N
Topic FOOT / Skin  peeling p feet

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE |
|---|---|---|---|---|
| Dicks, Charles | 216241 | 44 | B/M | Charles Dicks |

Control:  Good—HgbA1C WNL
Fair----HgbA1C within 2 % of normal
Poor---HgbA1C > 2% above normal .

Status:  Improved---Decrease in HgbA1C, and weight decreased by 5%
Unchanged---No change in HgbA1C and weight
Worsened-----Increase in HgbA1C and weight

60518-AL

# CHRONIC CARE CLINIC
# REFERRAL FORM

REFERRAL DATE: _____ 5-19-6

REFERRING DEPT: _____ P. E.

NAME OF PATIENT: _____ Hicks, Charles

AIS# 246241 _____ DOB: 11-2-61 _____ RACE: (B)   W

CLINIC: DM | HTN

_____ Burks

_____

_____

MEDICATIONS: Marzide 75/65g

_____ ECA 325g

_____ Glucotrol 10g

_____ Mevacor 20g

COMMENTS: _____

_____

_____

_____

_____

_____

_____

DATE SEEN IN CLINIC: _____

Date: 5/18/06    Time: 0950    Facility: Kilby Correctional Facility

~~Chronic Care Clinic~~

Check all applicable CIC's being evaluated: ✓Card/HTN __DM__ GI __ID __PUL __SZ __TB

**SUBJECTIVE:** Dx cHTN in 1992, ⊘MI or CVA, Been on monopil, Vasote
Dx DM 2002 on Glucophage

**OBJECTIVE:** BP 110/80  HR 80  RR 20  Temp 98  Wt 200  Peak Flow _____
FSBS 207

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds, Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT, Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

Mom ↓ 79 Renal failure
DM  HTN

Dad ↓ 85 CHF, HTN

Sib c̄ DM, CAD

Denies CP, SOB, ⊘ H/A or visual disturbances
+ pretibial edema  2+ pitting

S₁S₂ reg 3 (⊙), ⊘ Bruits; c̄BBS diminished, ⊘wheezing, rales or Rhonchi, Resp c̄ ease

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:** Will place on Moxzide, ASA, bluestrol, ✓ B/P c̄ BS. ✓ labs EKG, CXR, Eyes
Murder
Will give BBP 2⊘ edema
Diet, foot care, exercise, Med compliance stressed

**F/U:** Routine 90 days: _____ Other 5 wks

Nonfilament done

_____
Physician/NP/PA

Hicks , Charles
NAME

MALE
GENDER

(B)/W
RACE

84624
AIS#

11-2-61
DOB

(Revised 2/28/05)

Problem List Updated: (Yes)    No



PRISON
HEALTH
SERVICES
INCORPORATED

# MONOFILAMENT TESTING FOR DIABETICS

Fill in the following blanks with a "Y" or "N" to indicate findings

| | RIGHT | LEFT |
|---|---|---|
| Is there a foot ulcer now? | | |
| Is there a history of foot ulcer? | N | N |
| Is there an abnormal shape of the foot? | N | N |
| Is there a toe deformity? | N | N |
| Are the toenails (thick) or ingrown? | Y | Y |
| Is there callus buildup? | | |
| Is there swelling? | N | N |
| Is there elevated skin temperature? | Y 2+ | Y 2+ |
| Is there muscle weakness? | N | N |
| Can the inmate see the bottom of feet? | N | N |
| Is the inmate wearing improperly fitting shoes? | Y | |
| Does the inmate use footwear appropriate? | Y | Y |
| Pulses? | Y | Y |
| DP/PT | 2+ | 2+ |

Note the level of sensation in the circles:  (+) → Can feel the 5.07 filament (-) → Can't feel the 5.07 filament



RIGHT

LEFT

Mycotic nails
feet peeling
Multiple callous

Skin Conditions on the Foot or Between the Toes:

Draw in: Callous [▦] ,  Pre-ulcer [▦] ,  Ulcer [■] (note length and width in cm)
Label with:  **R** - Redness,  **M** - Maceration,  **D** - Dryness,  **T** – Tinea

## Risk Category:

| | |
|---|---|
| _____ | 0  No loss of protective sensation. |
| _____ | 1  Loss of protective sensation |
| _____ | 2  Loss of protective sensation with either high pressure (callous/deformity), or poor circulation. |
| _____ | 3  History of plantar ulceration, neuropathic fracture (Charcot foot) or amputation. |

Education done about _foot Care_    Education Received _Sdasutuyen_

| Name | AIS NO | Date | By |
|---|---|---|---|
| Hicks, Charles | 246241 | 5/19/06 | Sdasutuyen |

60516-AL



**PRISON
HEALTH
SERVICES
INCORPORATED**

## DIABETIC CHECKLIST

Name _Hicks, Charles_ Number _24641_ Period _5/06_ to _5/07_

Medications: _____

Compliance:          Yes  No
        If No, follow-up counseling done:   Yes  No          Date _____

Enrolled in Chronic Care:          Yes          No
        Monofilament Foot Exams Done:
        Foot Disorders Treated:                Yes   No
        Educational Material Given:            Yes   No
        Appropriate Diet Ordered:             Yes   No
        Regular Glucose Testing:              Yes   No
        HgbA1C done q 3 months:               Yes   No
        Seen by dental at least annually:     Yes   No   Every 6 months if stable
        Urine tested annually for microalbumin  Yes   No
        Seen by Nurse: _____
        Seen by MD _____

Annual dilated retinal exam_____
        Referral if necessary _____ By _____

Immunization:
        Pneumococcus once and repeated after age 64, if more than 5 yrs.
        Influenza annually                                    Yes   No
                                                              Yes   No

Annual physical exam by MD/NP          Yes  No   Date _____
Individual treatment plan       Yes  No
        Updated                 Yes  No
Appropriate Diet Ordered:       Yes  No
        ADOC notified:          Yes  No

60514-AL



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# DIABETIC INTAKE SCREENING
## FOR INTAKES THAT PRESENT WITH DIABETES
### Referral to MD and Seen within 24 hrs of Intake

NAME Hicks, Charles     Number 246241     Date 5/19/06

Diagnosed with diabetes?
  If yes, then H & P by licensed health care provider with prescriptive authority.     (Yes)  No
  If yes, date H & P completed 5/19/06 by L. Lassiter NP
Random plasma glucose test results 121     Date 5/19/06
  If level > 200, then second test within 48 hours
    Repeat results _____ Date _____
  If level < 200, record flagged for a fasting glucose plasma test upon arrival at first
  assigned institution.
History of fasting Blood Sugar?  Yes  No  Results/Date _____

### History or Frequency of:

| | | | |
|---|---|---|---|
| Ketoacidosis | | | |
| Hypoglycemia | Yes | (No) | |
| Hypoglycemia w/o awareness | (Yes) | No | X 1 |
| History of known complications | (Yes) | No | eyes, feet |

### Screening Laboratory Evaluation (at reception)

| Test | Date | All diabetic receive: Results in MR | Reviewed |
|---|---|---|---|
| HgbA1c upon arrival | | | |
| HDL--Cholesterol * | | | |
| Triglycerides * | | | |
| Total Cholesterol * | | | |
| Urine for microalbumin #140050—24 hr urine | | | |
| UA for protein & ketones (onsite) | | | |
| Serum Creatinine * | | | |
| TSH (when indicated) * | | | |
| EKG (onsite) | | | |
| Fundoscopic Exam | 5-19-06 | | |
| Peripheral Pulses | | | |

* Diagnostic profile II-(048827)-Includes Chem 7, Ca++, LFT's, Lipid Panel, Fe, Phos, Total Protein, Uric acid, Globulin, Transeptidase, Thyroid Panel, CBC w/Diff

Determination of Diabetes ----circle one---- Type I  (Type II)

**Initial Treatment Plan by MD..... (YES) NO**
**Refer to Chronic Care Clinic within 7 days of**
Diabetic diet...................... (YES) NO
Education: Documented in medical record...............Date _____  Informed ADOC ....... (YES) NO
Reviewed by _____
        Date _____

Name: _____

_____ c. Current or most recent use: _____
_____
_____

_____ d. Current Addictions:_____
_____

e. Other:
_____ 1. In remission 6 months or less      ____✗____ 5. Drug use/denies dependency
_____ 2. In remission more than one year    _____ 6. Alcohol use/denies dependency
_____ 3. In remission more than one year    _____ 7. OBS-drug/alcohol induced
_____ 4. In remission only due to incarceration   _____ 8. Other:_____

## IV. Emotional Status

_____ a. No significant problems
_____ b. Depressed_____
_____
_____

_____ c. Anxious or stressful_____
_____

_____ d. Angry or resentful_____
_____

_____ e. Confusion or psychotic symptoms_____
_____
_____

_____ f. Mood disturbances_____
_____

_____ g. Sexual maladjustment_____
_____

**History of sex offenses?   □ Yes  ☑No  List:**_____
_____ h. Paranoid ideation_____
_____

_____ i. Sleep/appetite disorder_____
_____

j. Other
_____ 1. Symptoms of Hypochondria    _____ 4. Overtly psychotic       _____ 7. Behavior disorder
_____ 2. Hyperactivity               _____ 5. Psychosis in remission  _____ 8. Senile/demented
_____ 3. Violent/uncontrolled        ____✗__6. Personality disorder      _____ 9. Other

Name:_____

## V. Mental Deficiency

| | | | |
|---|---|---|---|
| _____ Mild | (50-70) | _____ Borderline (70-80) |
| _____ Moderate | (35-50) | _____ Organic impairment suspected |
| _____ Severe | (20-35) | _____ Memory Deficit |

Remarks:_____

_____

**Emotional response to incarceration:**_____

## VI. Mental Health

_____ a. Outpatient treatment (dates/where)_____

_____

_____

_____ b. Inpatient treatment (dates/where)_____

_____

_____

_____ c. Psychotropic medication (type/effectiveness)_____

_____

_____

_____ d. Family history of mental illness_____

_____

_____

## VII. Management Problems

_____ a. Suicide potential    Ideation ☐ Yes ☑ No    Plans? ☐ Yes ☑ No

History of attempt/gestures_____

_____

_____ b. Serious mental illness (specify)_____

_____

_____ c. Impulsive/acting out behaviors predicted_____

_____

_____ d. Authority Conflict_____

_____

_____ e. Manipulative/untrustworthy_____

_____

_____ f. Easily victimized_____

Name:_____

_____ g. Escape potential_____
_____
_____

_____ h. Assaultiveness_____
_____

_____ i. Other:

| _____ | 1. Malingering | _____ 4. Physical handicap | _____ 7. Domestic Violence |
| _____ | 2. Mental Deficiency | _____ 5. Self-Mutilation | _____ 8. Gender identity disorder |
| _____ | 3. Aged and infirmed | _____ 6. Potential substance abuse in unsupervised situations | |

History of expressive violence? ☐ Yes ☒ No List:_____

## VIII Educational Needs

_____ a. ABE/GED  _____ b. Special Education ___✓___ c. Trade School _____ d. Junior College
_____ e. Life Skills

## IX Mental Health Needs

| _____ a. Refer to psychiatrist | _____ e. Sexual adjustment | _____ i. Self-concept enhancement |
| _____ b. Substance abuse counseling | _____ f. Reality therapy | _____ j. Healthy use of leisure time |
| _____ c. Depression | _____ g. Anger management | _____ k. Personal Development |
| _____ d. Stress management | _____ h. Values clarification | _____ l. other_____ |

**Recommendations/Remarks:**  *(Include accommodations needed for the visual, hearing impaired and other disabilities)*_____ Inmate ABE.

_____ long history of MH + similar charge.

_____ Prescribed - TR.

_____ Desire to learn but in Court Ordered.

_____ Court ordered Trade School.

_____
_____
_____
_____

**Evaluation Completed by:** _____  **Date:** 5/31/06
**Psychologist/Psychological Associate**

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## RECEPTION MENTAL HEALTH SCREENING EVALUATION

Institution: _Kilby_     Date/Time Inmate Received: _5/18/06_

Date/Time of Screening: _5/18/06_    Signature/Title of Screener: _D. McLeod Lpn_

**MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC:**

| | | |
|---|---|---|
| Yes | (No) | Psychotropic medication: |
| Yes | (No) | Medication turned over to ADOC upon arrival? |
| Yes | (No) | Mental health follow-up in last 90 days: |
| Yes | (No) | Suicide/self-harm attempts in last 90 days: |

**MENTAL HEALTH HISTORY**   Does inmate report a history of the following (if yes, provide details):

| | | |
|---|---|---|
| Yes | (No) | Outpatient treatment: |
| Yes | No | Inpatient treatment: |
| Yes | (No) | Psychotropic medication: |
| Yes | (No) | Suicidal attempts: |
| Yes | No | Suicidal thoughts: |
| Yes | No | Head injury: |
| Yes | (No) | Seizures: |
| Yes | (No) | Violent behavior: |
| (Yes) | No | Substance abuse: _Etoh_ |
| Yes | (No) | Substance abuse treatment: |
| Yes | (No) | Special education classes: |

**INMATE SELF-REPORT OF CURRENT STATUS:**

| | | |
|---|---|---|
| (Yes) | No | First incarceration (reaction): "disappointed" |
| (Yes) | No | Reports family support: Aunt |
| Yes | (No) | Reports significant depression/remorse: |
| Yes | (No) | Thinking about suicide: |
| Yes | (No) | Has plan for suicide: |
| Yes | (No) | Possible to implement suicide plan: |
| Yes | (No) | Reports hallucinations: |

**BEHAVIORAL OBSERVATIONS:**

| | | | |
|---|---|---|---|
| Poor eye contact | Poor hygiene | Unable to pay attention | Unresponsive |
| Disoriented | Anxious | Unable to follow directions | Unable to read |
| Crying | Memory deficits | Signs of self-mutilation | Afraid |
| Illogical speech content | Appears to be hearing voices or seeing things | | Paranoid |
| Hostile | Other unusual behavior: | | |

**DISPOSITION/ PLACEMENT RECOMMENDATION (based on reception mental health screening):**

| | |
|---|---|
| Routine housing | Emergency mental health referral |
| Mental health follow-up but not emergency | Crisis cell placement recommended |
| Current psychotropic meds verified | Interim supply ordered |

Inmate Name: _Hicks, Charles_     AIS #: _246241_

Disposition: Inmate Medical Record

Reference: ADOC AR: 610, 612, 635
ADOC Form MH-011 – November 14, 2005

## ALABAMA DEPARTMENT OF CORRECTIONS
## <u>INMATE ORIENTATION TO MENTAL HEALTH SERVICES</u>

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

*This information on this form has been explained to me and I have received a copy of the information for my future reference.*

| | | |
|---|---|---|
| _Charles E. Hicks_ | _246241_ | _____ |
| Inmate Signature | AIS # | Date Signed |

_Hicks, Charles_

## BLOOD SUGAR

INMATE: Hicks, Charles    AIS#: 246241    SITE: FLYC

| DATE | 3 AM | 5 AM | 9 AM | 11 AM | 3 PM | 5 PM |
|------|------|------|------|-------|------|------|
| 10 25 06 | | | | | 188 | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / | | | | | | |
| / | | | | | | |

**Prison Health Services**

### REFUSAL OF TREATMENT FORM

Institution: _FLYC_

Resident's Name: _Charles Hicks_      ID# _____

D.O.B. _11-2-61_

I, _Charles Hicks_      have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | | | |
|---|---|---|---|---|
| ___ | A. | Refused medication. | E. | Refused X-Ray services. |
| ___ | B. | Refused dental care. | F. | Refused other diagnostic tests. |
| ___ | C. | Refused an outside medical appointment. | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | H. | Other (Please specify) |

_____

_____

Reason For Refusal _No need to be screened_

_____

_____

Potential Consequences Explained _____

_____

_____

    I acknowledge that I have been fully informed of and understand the above treatment recommendations
and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory
authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which
may result from this refusal and I shall personally assume responsibility for my welfare.

    I have read this form and certify that I understand its contents.

_J. Surrell Jr_
Witness Signature

_J. Osborne, COI_
Witness Signature

_11-8-06_
Date

_Charles Hicks_
Patient Signature

_11 55/Am_
Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to
that of the medical staff member.

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11/3/06

**To:** FLYC

**From:** Stafon Hu

**Inmate Name:** Hicks, Charles    **ID#:** 246241

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**                                   Start 11/3/06

Bottom Bounk profile X 180 Days    Stop 5/3/07

No Prolonged Standing                  Start 11/3/06
Front of Line
Walking cane          X 180 days
Anti Embolism Stockings            Stop 11/3/06

**Date:** 11/3/06    **MD Signature:** Williams    **Time:** _____

60418



**PRISON
HEALTH
SERVICES
INCORPORATED**

## DEPARTMENT OF CORRECTIONS

# RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _____ Hicks , Charles _____    246241
  (Print Name)                                          (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   )   Splint

(   )   Eyeglasses

(   )   Dentures

(   )   Prothesis     describe _____

(   )   Wheelchair _____

(X)   Cane

(   )   Crutches

(X)   Other     describe Anti embolic stocking x 1

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.


_Charles Hicks_ _____    _11/3/06_ _____
(Inmate)                                          (Date)


_____    _____
(Witness)                                          (Date)


| INMATE NAME (LAST, FIRST, MIDDLE) Hicks, Charles | DOC# 246241 | DOB 11/12/61 | R/S | FAC. |
|---|---|---|---|---|

PHS-MD-70005

(White – Medical File, Yellow – Security Property Officer)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 10-27-06

**To:** DOC

**From:** Staton HCU

**Inmate Name:** Hicks, Charles     **ID#:** 246241

**The following action is recommended for medical reasons:**

1. House in
2. Medical Isolation
3. Work restrictions
4. May have extra
5. Other _____ until _____

**Comments:**

Slide Profile → Marked
peripheral edema X 60 days

**Date:** 10-28-06 **MD Signature:** ABlunt / Dr. Corbier **Time:** 9:00 pm

60418

Treatment Continued: Epsom Salt Soaks QD x14days
BP Vs QD x 14 days

| Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| 10/8 | 10/9 | 10/10 | 10/11 | 10/12 | 10/13 | 10/14 |
|  |  | Done 142/100 | Done 140/90 |  | Done | Done 148/90 |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| 10/15 | 10/16 | 10/17 | 10/18 | 10/19 | 10/20 | 10/21 |
|  | 118/76 | 120/80 | 112/85 |  | 140/90 |  |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| 10/22 |  |  |  |  |  |  |
| 150/98 Tx Done NB |  |  |  |  |  |  |

Comments:

| Patient Name/Number | Allergies: | Housing Unit: |
|---|---|---|
| Hicks, Charles | NKA | FLYC |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _10/24/06_

**To:** _F/yc_

**From:** _HCU_

**Inmate Name:** _Hicks, Charles_         **ID#:** _246 241_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

_Blood Sugar checks x 2 weeks to expire 11/4/06_

**Date:** _10/20/06_    **MD Signature:** _wo Dr Phil/il McRuslyn_    **Time:** _1915_

60418

Treatment Continued:

B/P ✓ qd x 14 days

| | Date 9/13/00 | Date 9/14/00 | Date 9/15/00 | Date 9/16/00 | Date 9/17/00 | Date 9/18/00 | Date 9/19/00 |
|---|---|---|---|---|---|---|---|
| pm | | 130/90 | 176/94 | 163 | 124/88 | 128/80 | 150/96 |
| | Initials | Thones | AAS | AAS | MB | | |
| | | Initials | Initials | Initials | Initials | Initials | Initials |

| | Date 9/20/00 | Date 9/21/00 | Date 9/22/00 | Date 9/23/00 | Date 9/24/00 | Date 9/25/00 | Date 9/26/00 |
|---|---|---|---|---|---|---|---|
| pm | 166/96 | 144/88 | | 132/86 | | 150/98 | |
| | AAS | KMS | | | | | |
| | Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

Comments:

| Patient Name/Number 246241 Hick, Charles | Allergies: NKDA | Housing Unit: F1/C |
|---|---|---|

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

Date: _10-2-06_

To: _FYC_

From: _SHCU_

Inmate Name: _Hicks, Charles_    ID#: _246241_

**The following action is recommended for medical reasons:**

1.   House in _____
2.   Medical Isolation _____
3.   Work restrictions _____
4.   May have extra _____ until _____
5.   Other _____

**Comments:**

2000 CAL ADA diet x 180 days

May Purchase diabetic shoes off store

Date: _10/2/06_   MD Signature: _Mahood, CRNP/ J. Parker LPN_   Time: _10:42 pm_

60418

# BLOOD SUGAR

7/5/06 → 8/5

NAME: Hicks, Charles    AIS#: 246241    SITE: FLYC

| DATE | 3 AM | 5 AM | 9 AM | 11 AM | 3 PM | 5 PM |
|------|------|------|------|-------|------|------|
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |
| / / | | | | | | |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# MEDICAL INFORMATION TRANSFER FORM
## Confidential Medical Data

To: _Jefferson Co Crt._
(Agency)

_____
(Address)

From: _D4 C_
(Institution)

_(334) 567-1548_
(Telephone)

Inmate's Name: _Hicks, Charlie_

a/k/a: _____

D.O.B.: _11/2/61_    SS #: _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_

**Person Completing Form**

Name: _A. Chavez, LPN_

Signature: _____

Date: _3/16/06_

---

**MEDICAL PROBLEM(S):**

HTN
DM II

**TREATMENTS/MEDICATIONS:**

Maxzide 75/50mg  P.O qd
EC ASA 325mg  P.O qd
Glucotrol 10mg  P.O qd
Mevacor 20mg  P.O qd
Lisinopril 20mg P.O qd

**Allergies:** NKA

**Pregnant:**      Yes      No      Unknown

**Other Lab Data:**

| TB Skin Test: | NEG | POS | Date 5/2/06 |
|---|---|---|---|
| CXR: | NEG | POS | Date ___ |

| Test | | Treated | Date 5/19/06 |
|---|---|---|---|
| RPR: | NEG POS | Yes No | |
| VDRL: | NEG POS | Yes No | |
| GC: | NEG POS | Yes No | |
| Other: ___ | | Yes No | |

60109 (4/87)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7-12-06

**To:** Frank Lee

**From:** HCU

**Inmate Name:** Hicks, Charles     **ID#:** 246241

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other Start 2000 cal ADA diet X 365 days

**Comments:**

**Date:** 7-12-06    **MD Signature:** Dr. Pleasant / S Taylor LPN    **Time:** 10:110AM

60418



**PRISON
HEALTH
SERVICES
INCORPORATED**

## DEPARTMENT OF CORRECTIONS

# RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Hicks Charles_ _____    _246241_ _____
(Print Name)                                    (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(  )  Splint

(  )  Eyeglasses

(  )  Dentures

(  )  Prothesis        describe  _Thigh Length TED Hose_

(  )  Wheelchair

(  )  Cane

(  )  Crutches

(  )  Other           describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.


_Charles Hicks_ _____    _7-5-06_ _____
(Inmate)                         (Date)

_QHall Smith LPN_ _____    _7/5/6_ _____
(Witness)                        (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hicks, Charles | 246241 | 11 02 61 | B/m | PLYC |

PHS-MD-70005              (White – Medical File, Yellow – Security Property Officer)



PRISON
HEALTH
SERVICES
INCORPORATED

**BLOOD PRESSURE RECORD**

INSTRUCTIONS: _Plus men & yrs_ 5/22/06

PHYSICIAN: _____

| Date | B.P. | Arm | Initial |
|------|------|-----|---------|
| 5/22/06 | 150/80 | L | |
| 5/24/06 | 142/90 | ® | Jean |
| 5/29/06 | 140/0 | ® | |
| 5/31 | 130/85 | ® | |
| 6/5/06 | 170/106 | ® | CB/NH |
| 6/7/06 | 150/90 | | |

| Date | B.P. | Arm | Initial |
|------|------|-----|---------|
| | | | |

NAME: _Hicks, Charles_

246241

LOCATION: _____

60103 (3/98)

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7/5/06

**To:** FLYC

**From:** S Hcu

**Inmate Name:** Hicks, Charles    **ID#:** 246241

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Blood Sugar Checks 3A & 3P X 30 Days

Start 7/5/06

Stop 8/5/06

**Date:** 7/8/06  **MD Signature:** Howard Gudger  **Time:** _____

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5-19-6

**To:** ADOC

**From:** Phys.

**Inmate Name:** Hicks, Charles          **ID#:** 246241

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _Extra Blanket. to allow inmate to 7 feet X 3 Month._

5. Other _____

**Comments:**

Bottom Bunk profile X 3 months

Trim Nails @ TX Time — Notify provider to do.

AFC Bid X 30 day AAA Thin Layer

A & D oint. AAA Bid X 30 d.

**Date:** 5/19/06  **MD Signature:** _Lfasster / RN_     **Time:** 10⁵

60418

**Prison Health Services**
**Treatment Record**

Treatment Ordered: Trim nails TX. Time — Call
Provider to clip nails.

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
|      |      |      |      |      |      |      |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
|      |      |      |      |      |      |      |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

Comments:

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|-----------|---------------|
| 246241 Hicks, Charles | NKDA | E-Dorm M-74 |

Frank Lee Youth Center

Sick call is performed at 4:00 am (after pill call) in the shift office Monday through Friday. All completed sick call requests and grievances must be given to evening pill call nurse. All sick call requests must be completed and turned by 2:30 pm daily.

Pill call is performed twice a day from the shift office at the times stated below. Pill call is subject to change by health care unit and security.

1. Morning pill call: 3:00 am
2. Noon pill call: None
3. Evening pill call: 4:00 pm

Any dental, medical, or mental health educational information can be obtained through a written request to the Health Services Administrator.

I have had the opportunity to ask questions concerning the above information, and I have received a copy.

Inmate Signature: _Charles Hicks_    Date: _6-17-06_

Nurse Signature: _A. Hooper_    Date: _6/18/06_

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT)   _HICKS_          _Charles_
                        **LAST**           **FIRST**              **MI**

DATE OF BIRTH   _11-2-61_          SS# _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_

## Housing Recommendations:

General Population _X_

Medical Observation Unit ____

Lower Level/Lower Bunk ____

Suicide Precautions ____

Special Watch (15 Minute Checks) ____

Isolation ____

Initiate Universal Precautions ____

## Individual found to be:

Frail/Elderly ____

Physically Handicapped ____

Developmentally Disabled ____

Drug/Alcohol Withdrawal ____

Special Mental Health Needs ____

Expressed Suicidal Ideation ____

History of Seizures ____

Other ____

Specify _____

CC
HTN
×DM II×

Nurse _C. Hull_          Date _6/18/06_



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FAX (334) 215-9126
Phone (334) 215-6678

### DEPARTMENT OF CORRECTIONS

## AUTHORIZATION FOR RELEASE OF INFORMATION

To: _Cooper Green Hosp._
_Birmingham Al._

From: _PHS c/o Kilby Prison_
_P.O. Box 11_
_Mt. Meigs, Al_
_36057_

Patient: _Hicks, Charles_

Inmate ID No.: _246241_

Alias: _____

Social Security No.: _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_

Date of Birth: _11-2-61_

Date(s) of Service: _2005 Any_

I hereby authorize the above named provider to release to Prison Health Services, Inc. and Kansas Department of Corrections the following confidential information:

[ ✓ ] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[ ✓ ] Admission     [ ✓ ] Discharge     [ ✓ ] Operative Summary Reports

[ ✓ ] X-Ray     [ ] Special Studies Reports     [ ] HIV Test

[ ✓ ] Laboratory Reports     [ ] Immunization History     [ ] Dental Treatment Records

[ ] Psychiatric Summary Report     [ ] Drug Treatment History & Counseling Reports

[ ✓ ] Other Records _Cardiac / DM_

(Specify information requested)

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

_Charles Hicks_
(Patient's Signature)

_5-19-6_
(Date)

_Rhy_
(Witness' Signature)

_5-19-6_
(Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

_Charlotte Foster_
(Signature and Title for PHS)

_5-19-06_
(Date)

PHS-MD-70037

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

Date: 5/18/06

To: ADOC

From: WW

Inmate Name: Hicks, Charles    ID#: 246241

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

BS~S Daily 3A + 3p X 38 days.

WW

Date: 5/18/06 MD Signature: Protocol/Robbins    Time: 18:00

med/WW/ww

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: 5/19/06

To: _____

From: _____

Inmate Name: Hicks Charles          ID#: 246241

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

B/P √'s on Monday & Wed at 0800 am on westward x 4wks

Date: 5/19/06  MD Signature: WO, L Lassiter NP    Time: 915

N Stough RN

60418

# RECEIVING SCREENING FORM

INMATE'S NAME: _Hicks, Charles_        DATE: _5/18/06_ TIME: _10³⁰_

DOB: _11-2-61_    OFFICER: _COI Hires_        INSTITUTION: __KILBY__

### RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | X | — |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | — | ✓ |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | — | ✓ |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | — | ✓ |
| Is the skin in poor condition or show signs of vermin or rashes? | — | ✓ |
| Does the inmate appear to be under the influence of alcohol, or drugs? | — | ✓ |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | — | ✓ |
| Is the inmate making any verbal threats to staff or other inmates? | — | ✓ |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | — | ✓ |
| Does the inmate have any obvious physical handicaps? | — | ✓ |

## FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was ___✗___ a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

_____Col Hires_____
**Officer's Signature**

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FAX (334) 215-9126
Phone (384) 215-6628

DEPARTMENT OF CORRECTIONS

# AUTHORIZATION FOR RELEASE OF INFORMATION

To: Cooper Green Hosp. Birmingham Al.

From: PHS c/o Kilby Prison P.O. Box 4 Mt. Meigs, Al 36057

Patient: Hicks, Charles.

Alias: _____

Date of Birth: 11-2-6

Inmate ID No.: 246241

Social Security No.: 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

Date(s) of Service: 2005 May

I hereby authorize the above named provider to release to Prison Health Services, Inc. and Kansas Department of Corrections the following confidential information:

[ ✓ ] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[ ✓ ] Admission

[ ✓ ] X-Ray

[ ✓ ] Laboratory Reports

[ ] Psychiatric Summary Report

[ ✓ ] Other Records Cardiac / DM

[ ✓ ] Discharge

[ ] Special Studies Reports

[ ] Immunization History

[ ] Drug Treatment History & Counseling Reports

[ ✓ ] Operative Summary Reports

[ ] HIV Test

[ ] Dental Treatment Records

336334

(Specify information requested)

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

Charles Hicks
(Patient's Signature)

(Witness' Signature)

5-19-6
(Date)

5-19-6
(Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

Charlotte Foster
(Signature and Title for PHS)

5-19-06
(Date)

PHS-MD-70037

JEFFERSON HEALTH SYSTEM
COOPER GREEN HOSPITAL
EMERGENCY DEPARTMENT RECORD
EMERGENCY SERVICES CARE PROTOCOLS

TIME _____ DATE ___/___/___



keyplate

### CHEST PAIN
- OLD CHART, CARDIAC MONITOR, SALINE LOCK
- STAT ECG.
- CBC, CMP, CHEST PAIN PANEL, MG, PCXR
- PULSE OXIMETRY
- □ _____ O2 per _____
- □ UDS
- UCG IF INDICATED
- ASPIRIN 81MG TO CHEW IF NO ALLERGY
- NITROGLYCERIN 0.4 MG SL Q 5 MIN (IF SBP >90)
- □ LABETOLOL 5 MG IV (IF SBP > 90)

### SOB/RESPIRATORY DISTRESS
- OLD CHART, CARDIAC MONITOR, SALINE LOCK
- CBC, CMP, ABG (IF SAT < 90)
- UCG IF INDICATED
- PULSE OXIMETRY (O2 IF SAT < 90)
- □ _____ O2 per _____
- ALBUTEROL/ATROVENT NEBS Q 15 MIN X'S 3
- □ ECG
- □ SOLUMEDROL 125 MG IV
- □ BLOOD CULTURES X 2 BEFORE ANTIBIOTICS (IF TEMP > 100.6)
- □ ROCEPHIN 1 GM IV
- □ LEVAQUIN 500MG IV

### NEW ONSET SEIZURE
- OLD CHART, CARDIAC MONITOR, SALINE LOCK
- CBC, BMP, CA, MG, ACCUCHECK
- UDS IF INDICATED
- □ ETOH IF INDICATED
- UCG IF INDICATED
- PULSE OXIMETRY (O2 IF SAT < 90)
- □ _____ O2 per _____
- □ BRAIN CT
- □ ATIVAN 2 MG FOR ACTIVE SEIZURES

### SUSPECTED RENAL COLIC
- OLD CHART, SALINE LOCK
- □ CBC, CMP, UA
- □ ABDOMINAL SERIES
- UCG IF INDICATED

### EXTREMITY INJURY
- SALINE LOCK
- IMMOBILIZE/ELEVATE EXTREMITY
- APPLY COLD COMPRESS IF INJURY < 48 HRS OLD
- TETANUS TOXOID  0.5 ML IM IF INDICATED
- X-RAY _____
- UCG IF INDICATED

### MEDICAL CLEARANCE FOR PSYCHIATRIC EVALUATION
- BC, BMP
- TOH
- DS
- G IF INDICATED

### BRAIN ATTACK/ALTERED MENTAL STATUS
- OLD CHART, CARDIAC MONITOR, SALINE LOCK, ECG, ACCUCHECK
- □ CBC, CMP, PT/PTT, T4, TSH, B12, U/A, PCXR
- PULSE OXIMETRY
- □ _____ O2 per _____
- □ BRAIN CT
- □ UDS
- UCG IF INDICATED

### ETOH INTOXICATION
- OLD CHART, SALINE LOCK
- □ CBC, CMP, ETOH, MG, ACCUCHECK
- □ IV FLUIDS WITH 1 AMP MVI, FOLATE, THIAMINE 100MG
- PULSE OXIMETRY (O2 IF SAT < 90)
- □ _____ O2 per _____
- □ UDS IF INDICATED
- UCG IF INDICATED

RESPIRATORY PRECAUTIONS

### SICKLE CELL CRISIS
- OLD CHART, CARDIAC MONITOR, SALINE LOCK, PCXR
- □ IV FLUIDS NS @ _____ ML/HR
- □ CBC, RETICULOCYTE COUNT, CMP, UA
- UCG IF INDICATED
- PULSE OXIMETRY (O2 IF SAT < 90)
- □ _____ O2 per _____
- □ DILAUDID 2 MG IV

### SUSPECTED PYLEONEPHRITIS
- OLD CHART, SALINE LOCK
- □ CBC, CMP, UA, URINE, C & S
- UCG IF INDICATED
- ACETAMINOPHEN 650 MG PO OR RECTAL PRN FOR TEMP > 100.6

### SUSPECTED HIP FRACTURED
- SALINE LOCK
- □ CBC, CMP, UA
- □ X-RAY  □ R HIP     □ L HIP
- □ X-RAY _____
- UCG IF INDICATED

### THERAPEUTIC LEVELS WHEN INDICATED
- □ DIGOXIN
- □ THEOPHYLLINE
- □ DILANTIN
- □ PHENOBARBITAL
- □ PROTIME (PT) / INR

### SUSPECTED OVERDOSE
- OLD CHART, CARDIAC MONITOR, SALINE LOCK, ECG, ACCUCHECK
- □ CBC, CMP, ACETAMINOPHEN & SALICYLATE LEVEL
- □ ETOH LEVEL IF INDICATED
- PULSE OXIMETRY
- □ _____ O2 per _____
- □ UDS
- UCG IF INDICATED

### GI BLEED
- OLD CHART, CARDIAC MONITOR
- □ CBC, CMP, PT/PTT, U/A, PCXR
- TYPE AND SCREEN IF INDICATED
- UCG IF INDICATED
- □ IV FLUIDS NS @ _____ ML/HR
- □ NG TUBE IF INDICATED
- □ HEMOCULT STOOLS
- □ ABDOMINAL SERIES

### FEVER > 100.6 IMMUNOCOMPROMISED/ AGE 60 OR OLDER
- OLD CHART, SALINE LOCK, PCXR
- □ CBC, CMP, UA, URINE C & S
- □ BLOOD CULTURES X 2 BEFORE ANTIBIOTICS (IF TEMP > 100.6)
- UCG IF INDICATED
- PULSE OXIMETRY (O2 IF SAT < 90)
- □ _____ O2 per _____
- ACETAMINOPHEN 650 MG PO OR RECTAL PRN FOR TEMP > 100.6

### LOWER ABD PAIN/ VAGINAL BLEEDING
- OLD CHART, SALINE LOCK
- □ CBC, CMP, UA
- UCG IF INDICATED
- □ SERUM QUANT. HCG IF UCG POSITIVE
- □ TYPE & RH IF PREGNANT AND BLEEDING
- □ ABDOMINAL SERIES
- ACETAMINOPHEN 650 MG PO OR RECTAL PRN FOR TEMP > 100.6

### LACERATIONS
- □ CLEAN WOUND WITH SALINE
- X-RAY IF FOREIGN BODY/FRACTURE SUSPECTED
- □ X-RAY _____
- □ TETANUS TOXOID  0.5 ML IM IF INDICATED
- SUTURE SET-UP

MD SIGNATURE _____
RN SIGNATURE _____
CLERK'S SIGNATURE _____

- Done without MD order
- □ Requires Physician order

**JEFFERSON HEALTH SYSTEM**
**COOPER GREEN HOSPITAL**
EMERGENCY DEPARTMENT RECORD

| Level 1, 2, 3 Documentation - 1 to 3 elements | All elements not circled/struck/checked/annotated - were not pertinent |
|---|---|

Chief complaint: incarcerated for 1month, Out of meds x 1 week    Time seen by physician 1200

c/o legs swelling more in (L) leg. Denies any SOB or chest pain really just needs √ up. W√ to get PMD to follow.

□ Symptom/Location

□ Severity

□ Modifying Factors

□ Context/Mechanism of Injury

□ Quality

□ Duration

□ Timing

□ Associated Signs & Sx

□ EMS Direction

**Pain Severity 0 - 1 - 2 - 3 - 4 - 5 (Circle One)**

☑ All systems negative except as noted
☐ Unable to fully assess due to:
( ) altered LOC  ( ) patient condition  ( ) other

**ENT:** sore throat, nosebleeds, rhinorrhea, hoarse, throat swelling, hearing loss, otalgia, drooling

**CV:** chest pain, rapid ht beat, LE edema, palpitations, slow ht beat, orthopnea, PND

**RES:** SOB, prod. cough, DOE, pleuritic CP, nonprod. cough, hemoptysis, croupy cough

**GI:** nausea, diarrhea, pain, vomiting, constipation, bloating, melena, jaundice, blood in stool

**GU:** dysuria, discharge, dyspareunia, frequency, irreg menses, flank pain, hematuria, urine output, past UTI

**MS:** myalgias, neck/back pain, redness, arthralgias, inflammation, heat, limping, previous injury

**SKN:** rash, bruising, contusions, swelling, lacerations, abrasions

**NEU:** headache, numbness, change funct., weakness, change LOC, paresthesias, change speech, developmental delay

**PSY:** change MS, agitation, suicidal, confusion, depression, hostile, memory loss

**HEME:** fatigue, polyuria, hair change, weakness, polydipsia, heat tolerance, bleeding, nodes, bruising, petechiae

**ALL:** rhinorrhea, atopic dermat., asthma, sneezing, itchy eyes

☑ All normal   strike negatives   circle positives

**CON:** fever, chills, high BP, weight loss, dizzy, weak, activity, poor feeding, sweats

**EYE:** redness, discharge, visual loss, pain, blurred, vision change

**RISK FACTORS**

Age > 35 years
CAD
HTN
DM  NIDDM
Family H/O CAD/MI
Menopause
Bilateral Oophorectomy
Cocaine within 1 week
Tobacco use

CX
CVA
Asthma
PVD

Gender
CVA   SZ
Tobacco   Marital Status
ETOH  Sub Abuse  Lives Alone

**ALLERGIES & MED'S**

☐ See Attached Notes.

NKDA

☐ See Attached Notes.

□ Review old charts

© Copyright 2004 Team Health, Inc. All Rights Reserved. Not to be reproduced without permission.

JEFFERSON HEALTH SYSTEM
COOPER GREEN HOSPITAL
EMERGENCY DEPARTMENT RECORD

| Level 2, 3 – 2 to 4 body areas / organ systems | All elements not circled/struck/checked/annotated - were not pertinent |
| --- | --- |
| | Level 4 – 5 to 7 body areas / organ systems |

## Physical Examination

☒ Physical Examination incomplete due to critical condition of patient.

☑ Normal    Circle positives and provide additional documentation    Level 5 – 8 or more organ systems

**CONS**
- ☑ Vital signs per nurses notes
- ☑ Well developed, well nourished
- ☐ No acute pain/distress
- ☐ No Odor ETOH
- ☐

**PSYCH**
- ☑ Alert and oriented to TPP    more below ☐
- ☑ No abnormalities of mood or affect
- ☐ Memory (recent and remote) intact
- ☐ Anxious
- ☐ Depressed
- ☐ Suicidal
- ☐

**EYES**
- ☑ PERRL    more below ☐
- ☑ Conjunctivae and lids normal
- ☐ Fundi and discs normal
- ☑ EOM normal
- ☐

**ENT**
- ☑ Otoscopic exam of external canal and TMs normal    more below ☐
- ☑ Nasal mucosa, turbinates, and septum normal
- ☑ Mouth, tongue, and pharynx normal
- ☑ Pharynx without edema, exudate, or injection
- ☐

**NECK**
- ☑ Neck supple    more below ☐
- ☑ No JVD
- ☑ No thyromegaly
- ☐ No bruits
- ☐    more below ☐

**LYMPH**
- ☑ No adenopathy of neck
- ☐ No adenopathy of axilla
- ☐ No adenopathy of groin
- ☐ No adenopathy, other _____
- ☐

**MUS**
- ☐ Normal gait and station    *lying*    more below ☐
- ☑ Normal digits and nails
- ☑ Muscle atrophy
- ☑ Neurovascular status intact
- ☐

**SKIN**
- ☑ Normal to inspection
- ☑ Normal to palpation
- ☐
- ☐

**GCS**
- ☒ Glasgow Coma Scale
- Initial _____    Repeat _____

**Breasts**
- ☐ No masses or tenderness
- ☐ Breasts symmetric
- ☐ No discharge
- ☐
- ☐
- ☐

### Procedures

Laceration    Length _____ cm.    Layered Y/N
FB Y/N
Neur/vas/motor intact Y/N

**RESP**
- ☑ Normal respiratory effort and excursion    more below ☐
- ☐ No rales, rhonchi or wheezes    *mild*
- ☑ Normal to percussion
- ☑ Equal air entry
- ☐

### CRITICAL CARE TIME MUST BE DOCUMENTED

☒ CRITICAL CARE TIME BELOW DOES NOT INCLUDE TIME FOR SEPARATELY BILLED PROCEDURES.

CRITICAL CARE Total Time _____    30-74 minutes ☒    75-105 minutes ☒

Additional documentation

**CV**
- ☑ Normal PMI with no thrills, RSR    more below ☐
- ☑ No murmurs or gallops
- ☐ Normal carotids    ☐ normal abd aorta
- ☑ No edema or varicosities    ☐ normal femorals    ☐ normal pedals
- ☐

*CXR mild cardiomegaly*
*no evidence of CHF per radiology*

**NEURO**
- ☑ Normal speech    more below ☐
- ☑ CN II-XII intact
- ☐ DTRs normal, no pathologic reflexes
- ☑ Normal motor and sensory function
- ☑ No ataxia
- ☑ Normal cerebellar
- ☑ Normal Rhomberg
- ☐



**GI**
- ☑ No masses, tenderness, rebound or guarding    more below ☐
- ☐ Normal liver, spleen, kidney
- ☐ No hernia
- ☑ Rectal, not indicated    ☐ rectal normal    ☐ hemoccult negative/positive
- ☑ Normal bowel sounds
- ☐
- ☐

*2+ very firm diffuss to assess edema*

**GU**
- ☐ Genitalia normal to inspection    more below ☐
- ☐ No masses, tenderness or adenopathy
- ☐ Genitalia normal to palpation
- ☐ Normal cervix
- ☐ Normal bimanual    ☐ bladder ☐ uterus ☐ adnexa ☐
- ☐ CVA tenderness
- ☐    more below ☐

© Copyright 2004 Team Health, Inc. All Rights Reserved. Not to be reproduced without permission.

Version 092205

JEFFERSON HEALTH SYSTEM
COOPER GREEN HOSPITAL
EMERGENCY DEPARTMENT RECORD

HICKS, CHARLES
00-33-63-34    09102004
DOUYON, HUGUETTE
M    42    11/02/61    S

Date _____

Name _Charles E. Hicks_

Primary Diagnosis _____ KEY
PU

Vital Signs _BP_____ Pulse _____ Resp_____ Temp_____

Allergies _NKA_

| Time Ordered | MED / FLUID / DOSE / ROUTE / RATE | | Time Done | Nurse Initials |
|---|---|---|---|---|
| | CBC | | 830 | BC |
| | BMP | | 830 | BC |
| 2015 | Clonidine 0.2 mg po | | 2015 | OW |

Consultation: Dr: _____ Called ____ Ans ____ Arr ____ Dr. _____ Called ____ Ans ____ Arr ____

Initial Impression/Different Diagnosis _____

Additional history, exam, reassessments _____

Secondary Diagnosis _____

Secondary Diagnosis _____

Secondary Diagnosis _____

Secondary Diagnosis _____

**CONDITION** / **DISPOSITION**

☑Stable ☐Improved    Disp. Time ____   ☐Exp. ☐AMA ☑DC ☐Admit ☐IP ☐OB ☐Transfer to ____

Notification: ☐Family ☐Police ☐Coroner    Time ____ By ____

CERTIFIED MEDICAL EMERGENCY
☐YES ☐NO

Physician ☑Signature
Chart complete when checked

☐NOTE DICTATED

Version #92255

# COOPER GREEN HOSPITAL
## EMERGENCY DEPARTMENT RECORD
## EMERGENCY SERVICES CARE PROTOCOLS

HICKS, CHARLES
00-33-63-34    09102004
DOUYON, HUGUETTE
42    11/02/61    S

2683b585    33

keyplate

TIME _____    DATE ___/___/___

### CHEST PAIN
- OLD CHART, CARDIAC MONITOR, SALINE LOCK
- STAT ECG
- CBC, CMP, CHEST PAIN PANEL, MG, PCXR
- PULSE OXIMETRY
- □ _____ O2 per _____
- □ UDS
- □ UCG IF INDICATED
- ASPIRIN 81MG TO CHEW IF NO ALLERGY
- □ NITROGLYCERIN 0.4 MG SL Q 5 MIN (IV SBP >90)
- □ LABETOLOL 5 MG IV (IF SBP > 90)

### SOB/RESPIRATORY DISTRESS
- OLD CHART, CARDIAC MONITOR, SALINE LOCK
- CBC, CMP, ABG (IF SAT < 90)
- UCG IF INDICATED
- PULSE OXIMETRY  (O2 IF SAT < 90)
- □ _____ O2 per _____
- □ ALBUTEROL/ATROVENT NEBS Q 15 MIN X'S 3
- □ ECG
- SOLUMEDROL 125 MG IV
- BLOOD CULTURES X 2 BEFORE ANTIBIOTICS (IF TEMP > 100.6)
- ROCEPHIN 1 GM IV
- LEVAQUIN 500MG IV

### NEW ONSET SEIZURE
- OLD CHART, CARDIAC MONITOR, SALINE LOCK
- CBC, BMP, CA, MG, ACCUCHECK
- UDS IF INDICATED
- ETOH IF INDICATED
- UCG IF INDICATED
- PULSE OXIMETRY (O2 IF SAT < 90)
- □ _____ O2 per _____
- □ BRAIN CT
- □ ATIVAN 2 MG FOR ACTIVE SEIZURES

### SUSPECTED RENAL COLIC
- OLD CHART, SALINE LOCK
- CBC, CMP, UA
- ABDOMINAL SERIES
- UCG IF INDICATED

### EXTREMITY INJURY
- SALINE LOCK
- IMMOBILIZE/ELEVATE EXTREMITY
- APPLY COLD COMPRESS IF INJURY < 48 HRS OLD
- TETANUS TOXOID. 0.5 ML IM IF INDICATED
- X-RAY _____
- UCG IF INDICATED

### MEDICAL CLEARANCE FOR PSYCHIATRIC EVALUATION
- CBC, BMP
- ETOH
- UDS
- UCG IF INDICATED

### BRAIN ATTACK/ALTERED MENTAL STATUS
- OLD CHART, CARDIAC MONITOR, SALINE LOCK, ECG, ACCUCHECK
- CBC, CMP, PT/PTT, T4, TSH, B12, U/A, PCXR
- PULSE OXIMETRY
- □ _____ O2 per _____
- □ BRAIN CT
- □ UDS
- □ UCG IF INDICATED

### ETOH INTOXICATION
- OLD CHART, SALINE LOCK
- CBC, CMP, ETOH, MG, ACCUCHECK
- □ IV FLUIDS WITH 1 AMP MVI, FOLATE, THIAMINE 100MG
- PULSE OXIMETRY  (O2 IF SAT < 90)
- □ _____ O2 per _____
- □ UDS IF INDICATED
- UCG IF INDICATED

### RESPIRATORY PRECAUTIONS

### SICKLE CELL CRISIS
- OLD CHART, CARDIAC MONITOR, SALINE LOCK, PCXR
- IV FLUIDS NS @ _____ ML/HR
- CBC, RETICULOCYTE COUNT, CMP, UA
- UCG IF INDICATED
- PULSE OXIMETRY (O2 IF SAT < 90)
- □ _____ O2 per _____
- □ DILAUDID 2 MG IV

### SUSPECTED PYELONEPHRITIS
- OLD CHART, SALINE LOCK
- CBC, CMP, UA, URINE, C & S
- UCG IF INDICATED
- ACETAMINOPHEN 650 MG PO OR RECTAL PRN FOR TEMP > 100.6

### SUSPECTED HIP FRACTURED
- SALINE LOCK
- CBC, CMP, UA
- X-RAY    □ R HIP    □ L HIP
- X-RAY _____
- UCG IF INDICATED

### THERAPEUTIC LEVELS WHEN INDICATED
- □ DIGOXIN
- □ THEOPHYLLINE
- □ DILANTIN
- □ PHENOBARBITAL
- □ PROTIME (PT) / INR

### SUSPECTED OVERDOSE
- OLD CHART, CARDIAC MONITOR, SALINE LOCK, ECG, ACCUCHECK
- □ CBC, CMP, ACETAMINOPHEN &...
- SALICYLATE LEVEL
- □ ETOH LEVEL IF INDICATED
- PULSE OXIMETRY
- □ _____ O2 per _____
- □ UDS
- UCG IF INDICATED

### GI BLEED
- OLD CHART, CARDIAC MONITOR
- CBC, CMP, PT/PTT, U/A, PCXR
- TYPE AND SCREEN IF INDICATED
- UCG IF INDICATED
- IV FLUIDS NS @ _____ ML/HR
- NG TUBE IF INDICATED
- HEMOCULT STOOLS
- ABDOMINAL SERIES

### FEVER > 100.6 IMMUNOCOMPROMISED/AGE 60 OR OLDER
- OLD CHART, SALINE LOCK, PCXR
- CBC, CMP, UA, URINE C & S
- BLOOD CULTURES X 2 BEFORE ANTIBIOTICS (IF TEMP > 100.6)
- UCG IF INDICATED
- PULSE OXIMETRY (O2 IF SAT < 90)
- ACETAMINOPHEN 650 MG PO OR RECTAL PRN FOR TEMP > 100.6

### LOWER ABD PAIN/VAGINAL BLEEDING
- OLD CHART, SALINE LOCK
- CBC, CMP, UA
- UCG IF INDICATED
- SERUM QUANT. HCG IF UCG POSITIVE
- TYPE & RH IF PREGNANT AND BLEEDING
- ABDOMINAL SERIES
- ACETAMINOPHEN 650 MG PO OR RECTAL PRN FOR TEMP > 100.6

### LACERATIONS
- CLEAN WOUND WITH SALINE
- X-RAY IF FOREIGN BODY/FRACTURE SUSPECTED
- X-RAY _____
- TETANUS TOXOID. 0.5 ML IM IF INDICATED
- SUTURE SETUP

MD SIGNATURE _____
RN SIGNATURE _____
CLERK'S SIGNATURE _____

- • Done without MD order
- □ Requires Physician order

JEFFERSON HEALTH SYSTEM
COOPER GREEN HOSPITAL
EMERGENCY DEPARTMENT RECORD

HICKS, CHARLES
00-33-63-34
DOUYON, HUGUETTE    102004
B    42    11/02/61    S
26836585

| Level 1, 2, 3 Documentation - 1 to 3 elements | All elements not circled/struck/checked/annotated - were not pertinent | 33 |
|---|---|---|
| | Level 4 - 4 > elements or 3 chronic or inactive conditions | |

**Chief complaint:**

Level 5 - 4 > elements or 3 chronic or inactive conditions

Time seen by physician

The pt presents today for Rx refills. Pt is w/o any of his meds x 1 year. He denies any active symptoms

- ☐ Symptom/Location
- ☐ Severity
- ☐ Modifying Factors
- ☐ Context/Mechanism of injury
- ☐ Quality
- ☐ Duration
- ☐ Timing
- ☐ Associated Signs & Sx
- ☐ EMS Direction

**Physician CC & History of Present Illness**

**Review of Systems**

| Level 1, 2, 3 Documentation - 1 system, problem pertinent | Level 4 Documentation - 2 to 9 systems | Pain Severity 0 - 1 - 2 - 3 - 4 - 5 (Circle One) |
|---|---|---|

☒ All systems negative except as noted
☐ Unable to fully assess due to:
( ) altered LOC   ( ) patient condition   ( ) other

Level 5 Documentation - 10+ systems

**ENT:** sore throat, nosebleeds, rhinorrhea, hoarse, throat swelling, hearing loss, otalgia, drooling

**GU:** dysuria, discharge, dyspareunia, frequency, irreg menses, flank pain, hematuria, urine output, post UTI

**PSY:** change MS, agitation, suicidal, confusion, depression, hostile, memory loss

☒ All normal   Circle positive

**CV:** chest pain, rapid ht beat, LE edema, palpitations, slow ht beat, orthopnea, PND

**MUS:** myalgias, neck/back pain, redness, arthralgias, inflammation, heat, limping, previous injury

fatigue, polyuria, hair change, weakness, polydipsia, heat tolerance

fever, chills, high BP, weight loss, dizzy, weak, activity, poor feeding, sweats

**RES:** SOB, prod. cough, DOE, pleuritic CP, nonprod. cough, hemoptysis, croupy cough

**SKN:** rash, bruising, contusions, swelling, lacerations, abrasions

bleeding, nodes, bruising, petechiae

**EYE:** redness, discharge, visual loss, pain, blurred, vision change

**GI:** nausea, diarrhea, pain, vomiting, constipation, bloating, melena, jaundice, blood in stool

**NEU:** headache, numbness, change funct, weakness, change LOC, paresthesias, change speech, developmental delay

rhinorrhea, atopic dermat, asthma, wheezing, itchy eyes

| Level 1, 2, 3 Documentation - None | Level 4 Documentation - One area | Level 5 Documentation - 2 of 3 areas |
|---|---|---|

**RISK FACTORS**

**Past Medical History**

| | | |
|---|---|---|
| Age > 35 years | | |
| CAD | CA | |
| (HTN) | CVA | |
| (DM) | Asthma | Pedal Edema |
| Family H/O CAD/MI | | |
| Menopause | | |
| Bilateral Oophorectomy | | |
| Cocaine within 1 week | | |
| Tobacco use | | |

**Fam Hx:** DM, HBP, CA, RAD, CAD, CVA, SZ

**Social Hx:** Tobacco, Marital Status S, ETOH, Sub Abuse, Lives Alone

**ALLERGIES & MEDS**
☐ See Attached Notes.
☐ See Attached Notes.

Copyright 2004 Team Health, Inc. All Rights Reserved. Not to be reproduced without permission.

Review old charts

JEFFERSON HEALTH SYS. ...
COOPER GREEN HOSPITAL
EMERGENCY DEPARTMENT RECORD

HICKS, CHARLES
00-33-63-34    09102004
DOUYON, HUGUETTE
M    42    11/02/61    S

26836585    33

Level 2, 3 – 2 to 4 body areas / organ systems
All elements not circled/struck/checked/annotated - were not pertinent
Level 4 – 5 to 7 body areas / organ systems

## Physical Examination

☒ Physical Examination incomplete due to critical condition of patient.

☑ Normal    ○ circle positives and provide additional documentation
Level 6 – 8 or more organ systems

**CONS**
☑ Vital signs per nurses notes
☑ Well developed, well nourished
☑ No acute pain/distress
☑ No Odor ETOH

☑ Alert and oriented to TPP
☐ No abnormalities of mood or affect
☑ Memory (recent and remote) intact
☐ Anxious
☐ Depressed
☐ Suicidal
more below ☐

**EYES**
☐ PERRL
☑ Conjunctivae and lids normal
☐ Fundi and discs normal
☐ EOM normal
more below ☐

**ENT**
☐ Otoscopic exam of external canal and TMs normal
☐ Nasal mucosa, turbinates, and septum normal
☑ Mouth, tongue, and pharynx normal
☐ Pharynx without edema, exudate, or injection

**NECK**
☑ Neck supple
☐ No JVD
☐ No thyromegaly
☐ No bruits
☐ No masses or tenderness
☐ Breasts symmetric
☐ No discharge
more below ☐

**RESP**
☑ Normal respiratory effort and excursion
☐ No rales, rhonchi or wheezes
☐ Normal to percussion
☐ Equal air entry
more below ☐

**CV**
☑ Normal PMI with no thrills, RSR
☐ No murmurs or gallops
☐ Normal carotids    ☐ normal abd aorta    ☐ normal femorals    ☐ normal pedals
☐ No edema or varicosities
⊕ B/L pedal edema c̄ chronic venous
stasis disez lower legs
more below ☐

☑ Normal speech
☐ CN II-XII intact
☐ DTRs normal, no pathologic reflexes
☐ Normal motor and sensory function
☐ No ataxia
☐ Normal cerebellar
☐ Normal Rhomberg

**GI**
☐ No masses, tenderness, rebound or guarding
☐ Normal liver, spleen, kidney
☐ No hernia
☑ Rectal, not indicated    ☐ rectal normal    ☐ hemoccult negative/positive
☐ Normal bowel sounds
more below ☐

☐ Genitalia normal to inspection
☐ No masses, tenderness or adenopathy
☐ Genitalia normal to palpation
☐ Normal cervix
☐ Normal bimanual    ☐ bladder    ☐ uterus    ☐ adnexa
☐ CVA tenderness
more below ☐

☑ No adenopathy of neck
☐ No adenopathy of axillae
☐ No adenopathy of groin
☐ No adenopathy, other

**MUS**
☐ Normal gait and station
☐ Normal digits and nails
☐ Muscle atrophy
☐ Neurovascular status intact
more below ☐

**SKN**
☐ Normal to inspection
☐ Normal to palpation

**GCS**
☑ Glasgow Coma Scale
Initial _____    Repeat _____

### Procedures

Laceration    Length _____ cm.    Layered Y/N
FB Y/N    Neur/vas/motor intact Y/N

## CRITICAL CARE TIME MUST BE DOCUMENTED

☑ CRITICAL CARE TIME BELOW DOES NOT INCLUDE TIME
FOR SEPARATELY BILLED PROCEDURES.

CRITICAL CARE    Total Time _____    30-74 minutes ☒    75-105 minutes ☐

Additional documentation
140 (cor)    14    14.7 (29)
4.3  8.9    (113   5.2)    4.3
Ca 9.6

© Copyright 2004 Team Health, Inc. All Rights Reserved. Not to be reproduced without permission.

1515 Sixth Avenue South
Birmingham, Al 35233

| NAME | | | SEX | ACCOUNT NUMBER |
|------|------|------|------|------|
| HICKS, CHARLES | | | M | 27066679 |
| ORDERING PHYSICIAN | | PT. STATUS | LOCATION | MEDICAL RECORD NO. |
| PERRY, JACQULINE T. | | UNK | UNK | 00336334 |
| ATTENDING PHYSICIAN | DATE OF BIRTH 11/02/1961 | AGE 44 | DATE OF EXAM 10/19/2004 | RADIOLOGY NO. 00077441 |

EXAM#        TYPE/EXAM                              RESULT
000451974 DXER/CHEST, TWO VIEWS, FRONT &

PA AND LATERAL CHEST:  Negative study.


** REPORT SIGNATURE ON FILE 10/20/2004 **
Reported By: William P. Cason, M.D.
Signed By:   Dr. William Cason


CC: PERRY, JACQULINE T.

Technologist: JESSIE M. CALHOUN
Transcribed Date/Time: 10/19/2004 (1541)
Transcriptionist: SMOVE
Printed Date/Time: 05/19/2006 (1454)

PAGE 1                  ADDENDUM Printed From PCI

RUN DATE: 05192006
RUN TIME: 1454
RUN USER: BROHE

Cooper Green Hospital          *LIVE*
Summary Discharge Report

PAGE 1

## LOCATION

| PATIENT: HICKS, CHARLES | ACCT #: 26836585 | LOC: ER | U #: 00336334 |
| REG DR: DOUYON, HUGUETTE | AGE/SX: 42/M | ROOM: | REG: 09102004 |
| | STATUS: DEP ER | BED: | DIS: |

**\* \* \* \* Chemistry Section \* \* \* \***
General Chemistry

| Day | Date | Time | Na (136-148) MMOL/L | K (3.6-5.2) MMOL/L | Cl (98-108) MMOL/L | CO2 (21-32) MMOL/L | BUN (7-18) MG/DL |
|-----|------|------|------|------|------|------|------|
| => 1 | SEP 10 | 1835 | 140 | 4.3 | 105 | 25.7 | 14 |

| Day | Date | Time | Gluc (70-110) MG/DL | Crea (0.6-1.3) MG/DL | ANION (9-16) MMOL/L | BUN/CREAT (12-22) RATIO | Ca (8.7-10.2) MG/DL |
|-----|------|------|------|------|------|------|------|
| => 1 | SEP 10 | 1835 | 313 H | 1.4 H | 13.60 | 10.00 L | 9.6 |

| Patient: HICKS, CHARLES | Age/Sex: 42/M | Acct#26836585 | Unit#00336334 |

RUN DATE: 05192006
RUN TIME: 1454
RUN USER: BROHE

Cooper Green Hospital      *LIVE*
Summary Discharge Report                    PAGE 2

LOCATION

| Patient: HICKS, CHARLES | #26836585 | (Continued) |
| --- | --- | --- |

**\* \* \* \* Hematology Section \* \* \* \***

**Complete Blood Count**

| Day | Date | Time | WBC (4.3-10.8) TH/uL | RBC (4.2-6.1) MIL/uL | HGB (13.0-18.0) g/dL | HCT (43-52) % | MCV (80-98) fL |
| --- | --- | --- | --- | --- | --- | --- | --- |
| => 1 | SEP 10 | 1835 | 5.2 | 5.01 | 14.7 | 43.2 | 86.3 |

| Day | Date | Time | MCH (27-32) pg | MCHC (32-37) g/dL | RDW (11.5-14.5) UNITS | PLT (140-440) TH/uL | MPV (7.4-10.4) fL |
| --- | --- | --- | --- | --- | --- | --- | --- |
| => 1 | SEP 10 | 1835 | 29.3 | 34.0 | 14.1 | 298 | 7.8 |

| Patient: HICKS, CHARLES | Age/Sex: 42/M | Acct#26836585 | Unit#00336334 |
| --- | --- | --- | --- |

# JEFFERSON HEALTH SYSTEM
# COOPER GREEN HOSPITAL
## EMERGENCY DEPARTMENT RECORD

Date 10/19/06

27066679

Name Charles E. Hicks

Primary Diagnosis Hypertension non-compliant PVD

Vital Signs BP 192/111 Pulse 66 Resp 20 Temp 98

Allergies NKDA

| Time Ordered | MED / FLUID / DOSE / ROUTE / RATE | Time Done | Nurse Initials |
|---|---|---|---|
| | (1) Clonidine 0.2mg po x1 | 1310 | |
| | (2) old records | | |
| | (3) CXR PA+LAT ✓C | | |
| | (4) acc ✓ 110    PcT3 1300 | | |
| 1310 | Repeat B/P 194/121  1300 | 1310 | |
| | TED hose knee high   done | 1500 | |
| 1450 | BP 139/92   P65  R18 | 1600 | |
| | | | |

THERAPEUTIC

Consultation: Dr: ___

Initial Impression/Different Diagnosis ___ Called ___ Ans ___ Arr ___ Dr: ___

Additional history, exam, reassessments   HTN / Diabetes / peripheral edema   Called ___ Ans ___ Arr ___

Secondary Diagnosis

Secondary Diagnosis

Secondary Diagnosis

Secondary Diagnosis

**CONDITION**
☐ Stable ☐ Improved ☐ Disp. Time

**DISPOSITION**

Notification: ☐ Family ☐ Police ☐ Exp. ☐ AMA ☐ DC ☐ Admit ☐ IP ☐ OB ☐ Transfer to ___ Time ___ By ___ ☐ Coroner

CERTIFIED MEDICAL EMERGENCY ☐ YES ☐ NO

Physician ☐ Signature
Chart complete when checked

☐ NOTE DICTATED

#10113

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES HICKS (# 246241)** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **2:06-CV-1033-WKW** |
| | * | |
| **RICHARD ALLEN, et al.** | * | |
| **Defendants.** | * | |
| | * | |

## AFFIDAVIT OF PAUL CORBIER, M.D.

STATE OF ALABAMA

COUNTY OF *Elmore*

**BEFORE ME,** *Charles Reid Glenn*, a notary public in and for said County and State, personally appeared **PAUL CORBIER, M.D.** and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

My name is Paul Corbier. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been licensed as a physician in Alabama since 2005, and have been board certified in internal medicine since 1998. I have served as the Medical Director for Staton Correctional Facility in Elmore, Alabama since July 2006. I also provide treatment to inmates at Frank Lee Youth Center in Deatsville, Alabama that are brought to Staton Correctional Facility. Since July 2006 my employment at Staton Correctional Facility has been with Prison Health Services, Inc. ("PHS"), the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Charles Hicks (#246241) is an inmate who was incarcerated at Frank Lee Youth Center and treated at Staton Correctional Facility at all times relevant to this matter. I have reviewed Mr. Hicks' Complaint in this action as well as his medical records (certified copies of which are being produced to the Court along with this Affidavit).

It is my understanding that Mr. Hicks has made a Complaint in this matter that Frank Lee Youth Center has failed to provide him with appropriate medical treatment between April 2006 and October 19, 2006. Mr. Hick's allegations are unfounded, as this inmate has been provided appropriate care at all times.

Mr. Hicks has a medical history of Diabetes and swelling in his left leg with venous insufficiency. His Diabetes is a hereditary condition. He has circulatory problems which are complicated by problems with his feet. His condition can be treated by controlling his Diabetes and swelling in his left leg, but there is no cure. Mr. Hicks has been treated at Staton Correctional Facility for these problems with medication, blood tests, diagnostic studies and TED hose. Mr. Hicks requested diabetic shoes and his request was submitted to the proper authorities. His request was denied due to his lack of meeting the proper criteria. I have since re-evaluated Mr. Hicks and resubmitted his request based on additional information I obtained. He has been treated each time he raised any health complaints.

Based on my review of Hicks' medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that all of his medical conditions and complaints have been evaluated in a timely fashion at Staton Correctional Facility, and that his diagnosed conditions have been treated in a timely and appropriate fashion. At all times, he has received appropriate medical treatment for his health conditions from me and the other PHS personnel at Staton Correctional Facility. At no time has he been denied any needed medical treatment. In

other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate.

At no time have I or any of the medical or nursing staff at Staton Correctional Facility denied Hicks any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Hicks. At all times, Hicks' known medical complaints and conditions have been addressed as promptly as possible under the circumstances.

Further affiant sayith not.

_____
PAUL CORBIER, M.D.


STATE OF ALABAMA          )
                          )
COUNTY OF _____       )


Sworn to and subscribed before me on this the _____ day of
_____, 2007.

_____
Notary Public

My Commission Expires:

_____

# EXHIBIT C

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES HICKS, (AIS #246241),          *

                                       *

        Plaintiff,                     *

                                       *          2:06-CV-1033-WKW
V.                                     *

RICHARD ALLEN, et al.                  *

        Defendants.                    *

## AFFIDAVIT OF DARRYL ELLIS, DIRECTOR OF NURSING

**BEFORE ME,** *Annie Ladimore,* a notary public in and for said County and State, personally appeared **DARRYL ELLIS, DIRECTOR OF NURSING,** and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Darryl Ellis.  I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit.  I have been a licensed, registered nurse in Alabama since 1995.  I hold an Associates Degree in nursing from Troy State University.  Since 1995, I have practiced as a registered nurse in a variety of positions and settings.  In particular, I have worked at Staton Correctional Facility in Elmore, Alabama as a LPN since 1985 and as a registered nurse since 1995.  Staton Correctional Facility also provides treatment to inmates at Frank Lee Youth Center in Deatsville, Alabama.  Since October 2005, I have been employed as the Director of Nursing for Staton Correctional Facility by Prison Health Services, Inc., the company which currently

contracts with the Alabama Department of Corrections to provide medical services to inmates.

Prison Health Services, Inc. (PHS) has established a simple three-step procedure for identifying and addressing inmate grievances at Frank Lee Youth Center. If an inmate has a grievance regarding a healthcare issue he must submit to the healthcare unit a "Medical Complaint Form." These are standard forms that may be requested from an inmate's supervising officer in his dormitory. The inmate medical complaint form allows an inmate to communicate any healthcare related concern by placing the medical complaint form in the sick call box or mailbox to be forwarded to the healthcare unit. I subsequently review the request and respond accordingly via in-house mail. Also, when deemed necessary, the inmate will receive a face-to-face interview with me or the doctor or both. At this time, the needs of the inmate are addressed and treatment is discussed.

If an inmate is unsatisfied with my response, he may request an "Inmate Formal Grievance" form from the healthcare unit. This form allows an inmate to again voice his concerns relating to the healthcare issue addressed with the medical complaint form. I again respond to the inmate via in-house mail.

If the inmate is still unsatisfied with my response, he or she may request from the healthcare unit an "Inmate Grievance Appeal" form. This form is again submitted to me and represents the final step of the appeal process. After an inmate submits an inmate grievance appeal, I will meet with the inmate face-to-face in a final attempt to address his concerns verbally.

It is my understanding that Charles Hicks has filed suit in this matter alleging that PHS has failed to provide him with appropriate medical treatment between April 2006

and October 19, 2006. However, Mr. Hicks has failed to exhaust Frank Lee's informal

grievance procedure relating to the receipt of medical care for this alleged condition.

Specifically, Mr. Hicks has not submitted all appropriate and required forms. As such,

the healthcare unit at Frank Lee Youth Center (Staton Correctional Facility) has not been

afforded the opportunity to resolve Mr. Hick's medical complaints prior to filing suit.

    Further affiant sayeth not.

                                    _Darryl Ellis_
                                    DARRYL ELLIS
                                    DIRECTOR OF NURSING


STATE OF ALABAMA        )
                        )
COUNTY OF _Elmore_      )


    Sworn to and subscribed before me on this the ____26____ day of
_February_ 2007.

                                    _Annie Slatimore_

                                    Notary Public


My Commission Expires:

_12/06/2008_

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

_Charles Hicks # 246341_ )
Full name and prison number )
of plaintiff(s) )

RECEIVED
2006 NOV -1  A 11: 05

DEBRA P. HACKE
U.S. DISTRICT
MIDDLE DISTRICT

CIVIL ACTION NO. _2:06CV990-m_

v. ) (To be supplied by Clerk of
) U.S. District Court)

_ALABAMA Department of_ )
_Et, Al And Prison Medical_ )
_Services 416 Mary Lindsay_ )
_Park Dr, Suite 515, Franklin_ )
_Tn, 37067_ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.    PREVIOUS LAWSUITS
      A.   Have you begun other lawsuits in state or federal court
           dealing with the same or similar facts involved in this
           action?  YES ( )  NO ( ✓ )

      B.   Have you begun other lawsuits in state or federal court
           relating to your imprisonment?  YES ( )  NO ( ✓ )

      C.   If your answer to A or B is yes, describe each lawsuit
           in the space below.  (If there is more than one lawsuit,
           describe the additional lawsuits on another piece of
           paper, using the same outline.)

           1.   Parties to this previous lawsuit:

                Plaintiff(s) _____N/A_____

                _____

                Defendant(s) _____N/A_____

                _____

           2.   Court (if federal court, name the district; if
                state court, name the county) ___N/A_____

                _____

3.  Docket number _____ N/A

4.  Name of judge to whom case was assigned _____
    _____ N/A _____

5.  Disposition (for example: Was the case dismissed?
    Was it appealed? Is it still pending?) _____
    _____ N/A _____

6.  Approximate date of filing lawsuit _____ N/A _____

7.  Approximate date of disposition _____ N/A _____

II.  PLACE OF PRESENT CONFINEMENT _Frank. Lee Youth Center_
_P. O. B. 220410 , Deatsville, AL 36022_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Frank Lee Youth_
_Center_

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.
        NAME                    ADDRESS

1.  _Commissioner Richard Allen ET, Al_   _1400 Lloyd St. Montgomery Al 36107_

2.  _Dr. Corbier ET, Al, Prison Medical Services_  _416 Mary Lindsay Pk. Dr._
3.  _____  _Suite 515_
    _Franklin, TN 37067_

4.  _____

5.  _____

6.  _____

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED _April -2006_
_thru October 19, 2006_

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _____ _To Provide Adequate Medical Treatment_
_____

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I am a diabetic and has been incarcerated since April, 2006. Since that time the Ala. Dept of Corr, and Prison Medical Services. Has not provided me with Adequate Medical Treatment. As of this moment My left leg is Swollen to the brusting stage I cannot wear a shoe on my feet or hardly walk. This Administration has done nothing to treat the illness Adquatly. This Administration has not provided me with Adequate eye Care, Adequate Diabetic Meals. I have repeatedly Requested Adequate Medical Treatment. But my Request have been Ignored By the Medical Service, that provide Medical Services to Prisoner. The defendant's owe me this and Adequate Medical Care. They have breached this duty. And the breach has caused me harm. By there continueing Negligence of the matter. This has continued for a period of 7 months. I have filed Numerous Grievances, but nothing has been done. I have complained to both chain of Command. But only to be Ignored, My condition is worsten and I am in Constant pain. And I fear that I may have to have my left leg Amputeed because of this continued Negligence.

3

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
       MAKE NO LEGAL ARGUMENT.    CITE NO CASES OR STATUTES.

_I want to receive Adequate Medical treatment, And to be seen by_
_And outside Physician, Immediately want to be Attended to by A_
_Medical Specialist in this Area of Care._

_Charles Hicks_
Signature of plaintiff(s)

    I declare under penalty of perjury that the foregoing is true
and correct.

    EXECUTED on _10/19/06_ .
                    (Date)

_Charles Hicks_
Signature of plaintiff(s)

4

# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

RECEIVED

· 2006 NOV 17 A 9: 49

2:06CV1033 - WKW

Inmate Identification Number: #246200 SANDRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Charles Hicks
(Enter above the full name(s) of the plaintiff(s)
in this action)

NOTICE TO FILING PARTY

It is your responsibility to
notify the clerk in writing
of any address change.
Failure to notify the clerk
may result in dismissal
of your case
without further notice.

vs.

"Alabama Deptartment of Corrections"
"Frank Lee Youth Center"

(Enter above full name(s) of the defendant(s)
in this action)

I.  Previous lawsuits

  A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved
      in this action or otherwise relating to your imprisonment?
      Yes  ( ✓ )        No  ( )

  B.  If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than
      one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

    1.  Parties to this previous lawsuit:

        Plaintiff(s):        Charles Hicks

        Defendant(s):        Alabama Department of Corrections, Commissioner Richard

        Allen etc, Alabama Prison Medical Services

2.    Court (if Federal Court, name the district; if State Court, name the county)

_In the District Court of the United States for the Middle District of Ala._

3.    Docket number _2: 06 - CV - 990 MEF_

4.    Name of judge to whom case was assigned    _Charles S. Coody_

5.    Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?)    _It is still pending_

6.    Approximate date of filing lawsuit    _October 19th 2006_

7.    Approximate date of disposition    _November 6th 2006_

I.    Place of present confinement    _Frank Lee Youth Center_

A.    Is there a prisoner grievance procedure in this institution?
       Yes    ( ✓ )        No    (    )

B.    Did you present the facts relating to your complaint in the state prisoner grievance procedure?
       Yes    ( ✓ )        No    (    )

C.    If your answer is YES:

       1.    What steps did you take?  _(1) Notified an Officer (2). Brought it to the Captains attention (3). Spoke with the Warden (Cummins)._

       2.    What was the result?  _The Warden set up an doctors appointment in which I did receive an ultra sound._

D.    If your answer is NO, explain why not?    _N/A_

2

I. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff(s)   Charles Hicks

Address   FLYC   P.O. Box 220410   Deatsville, Ala 36022

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B.   Defendant   Alabama Dept. of Correction etc, Richard Allen

is employed as   Commissioner

at   Alabama Dept. of Corrections in Montgomery, Alabama

C.   Additional Defendants   Prison Medical and Health Services

416 Mary Lindsay Park Drive  Suite 515

Franklin, Tennessee 37067

V.   Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I am a diabetic and have been incarcerated since April, 2006. Since that time the Ala Dept. of Corr, and Prison Medical Services has not provided me with adequate medical treatment. My left leg is swollen and so badly that I cant wear an shoe, I can hardly walk. This admin. has done nothing to treat this illness adequately. I have constantly written medical requests to see the doctor but all of my requests have been ignored by the Professional medical

3

here at Frank Lee Youth Center, that suppose to provide medical treatment to all prisoners. The defendants owe me this adequate medical treatment. They have breached their duty and caused me enormous amounts of physical pain, due to the lack of attention. This has been an on going affliction for the past 7 months, I have filed numerous of grievances, but nothing has been done. I have went through the chain of command to only get ignored. My condition has worsten, and I'm in constant pain. I fear that I may have to have my leg amputated because of this continued negligence.

**RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to sue the Dept. of Corrections of Alabama "Richard Allen" for neglect and cruel unusual punishment. I would also like to receive adequate medical treatment, and be seen by an outside physician, "Immediately".

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __November 14th, 2006__ .

Charles Hicks # 246241    pro-se
FLYC   dorm 3  bed 12
P.O. Box 220410
Deatsville, Ala  36022

_Charles Hicks_
Signature(s)

4

# EXHIBIT F



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Charles Hicks_    Date of Request: _8/2/06_

ID # _246241_    Date of Birth: _11-2-61_ Location: _2 Dorm/Bed 20_

Nature of problem or request: _I need to see a doctor real_
_bad because i am not feeling well at_
_all, as soon as possible. I am having trouble_
_with my left shoulder, and my diabetes and blood_
_____Charles Hicks_____ _pres_
                                                    Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────┐
│            RECEIVED         │
│ Date: 8/2/06                │
│ Time: 10:44 pm              │
│ Receiving Nurse Intials 10  │
└─────────────────────────────┘
```

**(S)ubjective:**


**(O)bjective**


**(A)ssessment:**


**(P)lan:**


Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
                                            CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )      No ( )
                    Was MD/PA on call notified:    Yes ( )      No ( )

                        _____
                                        *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

# EXHIBIT G

PHS                    Nursing Evaluation Tool:              General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Hutton_ _Charles_ M

Inmate Number: _246241_    Date of Birth: _11_ / _12_ / _61_
                                          MM   DD   YYYY

Date of Report: _8_ / _23_ / _06_    Time Seen: _17:30_   AM / **PM** Circle One
                 MM   DD   YYYY

**Subjective:** Chief Complaint(s): _Came Back Monday from Court in Jefferson_
Onset: _County. Have not had any medicine since_

Brief History: _Sunday. I get Diabetic medicine, Lasix, & BP_
(Continue on back if necessary) _medicines, aspirin. I would like my_
_medication restarted!_

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98_  P: _72_  RR: _12_  B/P: _147_/_86_

Examination Findings: _On exam calm, oriented, cooperative._
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Assessment:** *(Referral Status)*    Preliminary Determination(s): _____
☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _put Note on Aug MAR in MAR Book from_
   _to give meds from Stock until KOP arrives._

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☑ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
              (Describe)
OTC Medications given ☐ NO  ☐ YES (If Yes List): _____

Referral: ☑ NO ☐ YES (If Yes, Whom/Where): _____   Date for referral: __/__/__
                                                                              MM DD YYYY
Referral Type: ☐ Routine ☑ Urgent ☐ Emergent (if emergent who was contacted?): _____   Time _____

Nurses Signature _____   Name: _____
                                         (Print)

# EXHIBIT H

12/05/2006 15:12 FAX 95677167          STATON                            ☑002

| **POLICY/PROCEDURE** | Date of Origin: 11/03/03 |
|---|---|
| Prison Health Services, Inc | Date of Previous:<br>Revised Date: 1/1/05<br>Revised Date: 5/18/05 |
| | Page 1 of 1 |
| FACILITY NAME: Alabama Department of Corrections | COUNTY:<br>STATE: Alabama |

TITLE: Grievance Mechanism for Health Complaints          NUMBER: GP011

REFERENCE: NCCHC : P-A-11; ACA Standard 1-HC-3A-01

**POLICY:**

It is the policy of PHS to encourage the resolution of inmate concerns regarding the health care system prior to the documentation of a written grievance. A grievance mechanism addresses inmate's complaints about health services.

**PROCEDURE:**

1.  The Health Administrator will work with the facility administrator to ensure that there is a well-defined procedure for handling inmate grievances and appeals.

2.  When a grievance about health care services is received (inmate grievance), the medical record is reviewed, and if necessary, the inmate is interviewed. A review of the grievance occurs within 3 days after receiving the grievance and answered.

3.  Immediate resolution is expected if the grievance involves the inmate's access to health care. The Warden or Warden's designee will be copied.

4.  Every effort will be made to resolve the inmate's grievance to his/her satisfaction.

5.  If the grievance cannot be resolved to the inmate's satisfaction, the inmate may request an appeal in which case the written grievance will be reviewed through the facility review process and answered within 5 days.

6.  Separate logs will be maintained for grievances and grievance appeals.

7.  Summary review of inmate health care (grievances and grievance appeal logs) are included in the Quality Improvement meetings and identified problems are viewed as opportunities to improve care.