IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES HICKS, #246241

plaintiff,

V.

ALABAMA DEPT. OF CORRECTIONS, ET AL:
DEFENDANTS

CHANGE OF ADDRESS

I, CHARLES HICKS AM WRITING THE MIDDLE DISTRICT COURT THIS LETTER TO LET YOU KNOW THAT I HAVE BEN TRANSFERRED FROM FRANK LEE YOUTH CENTER ON APRIL 25th, 2007. I am at station correctional in elmore COUNTY. MY CASES NUMBERS ARE (1) CIVIL ACTION NO: 2;07-cv-142-mht,(2)CIVIL ACTION NO:2;07-cv-64-wkw, (3) CIVIL ACTION NO:2;06-cv-990-mef, (4) CIVIL ACTION NO: 2;07-cv-148-mef, (5) CIVIL ACTION NO: 2;06-cv-1033-wkw-csc, (6) CIVIL ACTION :2;07-cv-257-mht.

THIS IS WHERE YOU CAN WRITE ME AT THIS TIME.

YOURS TRULY,

CHARLES HICKS,#246241,

STATION CORRECTIONAL

E2-9A

P.O. BOX 56

Elmore, Al 36025