# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **CHARLES HICKS, #246241,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )     CASE NO. 2:06-cv-1033-WKW |
| | ) |
| **RICHARD ALLEN,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

On August 17, 2007, the Magistrate Judge filed a Recommendation (Doc. # 22) in this case to which no timely objections were filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 22) is ADOPTED;

2. The case is DISMISSED without prejudice for plaintiff's abandonment of his claims, his failure to properly prosecute this action and his failure to comply with the orders of this court.

An appropriate judgment will be entered.

DONE this 7th day of September, 2007.

                                               /s/ W. Keith Watkins
                                               UNITED STATES DISTRICT JUDGE